IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE ) | |
| ) | |
| Plaintiffs, ) | C. A. No.: 17-1407-CFC-SRF |
| ) | (CONSOLIDATED) |
| v. ) | |
| ) | |
| AMGEN INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Peter E. Gratzinger of Munger, Tolles & Olson LLP to represent Amgen Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been or will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
_____
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Steven W. Lee (No. 6676)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
slee@ycst.com

Dated: February 25, 2020

*Attorneys for Amgen Inc.*

IT IS HEREBY ORDERED this ___ day of _____, 2020 that counsel's motion for the admission *pro hac vice* of Peter E. Gratzinger is GRANTED.

_____
United States District Judge