IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENENTECH, INC. and CITY OF HOPE | ) | |
| | ) | |
| Plaintiffs, | ) | C. A. No.:  17-1407-CFC-SRF |
| | ) | (CONSOLIDATED) |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Emily Curtis Johnson of Amgen Inc., defendant in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been or will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*

_____
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Steven W. Lee (No. 6676)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
slee@ycst.com

Dated: March 2, 2020

*Attorneys for Amgen Inc.*

IT IS HEREBY ORDERED this ___ day of _____, 2020 that counsel's motion for the admission *pro hac vice* of Emily Curtis Johnson is GRANTED.

_____
United States District Judge