

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

March 2, 2020

**VIA CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, Delaware 19801-3555

Re:  ***Genentech, Inc. v. Amgen Inc.*,**
     **C.A. No. 17-1407-CFC (D. Del.) (consolidated)**

Dear Judge Connolly:

I write on behalf of Plaintiffs in the above-referenced action regarding Amgen's letter submitted in advance of the March 5, 2020 status conference. (D.I. 641). Amgen's status conference letter identifies no case management issues that require decision by the Court. Instead, Amgen argues the merits of two of the pending infringement claims. It presumably comes as no surprise to the Court that Genentech sees the merits differently. We will address Amgen's non-infringement arguments at the appropriate time.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)


cc:     Counsel of record (via CM/ECF and electronic mail)

ME1 32770241v.1