# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC., and CITY OF HOPE | )<br>)<br>) |
| Plaintiffs, | )<br>) C.A. No. 17-1407-CFC |
| v. | ) (Consolidated)<br>) |
| AMGEN INC. | )<br>) |
| Defendant. | )<br>) |

## STIPULATION AND [PROPOSED] ORDER
## MODIFYING CASE SCHEDULING ORDER

WHEREAS the ransomware attack on Epiq continues to limit Amgen's access to documents produced in this case;

WHEREAS the President has declared a national emergency with respect to the outbreak of COVID-19;

WHEREAS the parties and their counsel have analyzed the extent of disruption caused by the national emergency and the need to work remotely;

WHEREAS the parties have conferred extensively about the effect of these extraordinary circumstances upon the case's schedule; and

WHEREAS the parties have reached agreement on the proposed extension of certain deadlines in this case that will not impact the filing of the pretrial order and preserve the scheduled dates for the pretrial conference or trial;

WHEREAS the parties' proposed schedule modifies the summary judgment deadlines but maintains several months between the completion of any permitted briefing and the pretrial conference;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Opening Expert Reports | 3/19/2020 | 4/9/2020 |
| Rebuttal Expert Reports | 5/12/2020 | 6/2/2020 |
| Reply Expert Reports | 6/2/2020 | 6/23/2020 |
| Close of Expert Discovery | 7/10/2020 | 8/7/2020 |
| If Court allows SJ motions, Opening Briefs | 7/17/2020 | 8/14/2020 |
| If Court allows SJ motions, Opposition Briefs | 7/31/2020 | 8/28/2020 |
| If Court allows SJ motions, Reply Briefs | 8/7/2020 | 9/4/2020 |
| Joint Proposed Pretrial Order | 9/29/2020 | (unchanged) |
| Pretrial Conference | 11/19/2020 | (unchanged) |
| Trial | 11/30/2020 | (unchanged) |

| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| --- | --- |
| */s/ Daniel M. Silver*<br>Michael P. Kelly (No. 2295)<br>Daniel M. Silver (No. 4758)<br>Alexandra M. Joyce (No. 6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Genentech, Inc. and City of Hope* | */s/ James L. Higgins*<br>Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |

ME1 32880788v.1

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP<br>Paul B. Gaffney<br>David I. Berl<br>Thomas S. Fletcher<br>Kyle E. Thomason<br>Teagan J. Gregory<br>C. Luke McCloud<br>Kathryn S. Kayali<br>Jonathan S. Sidhu<br>D. Shayon Ghosh<br>Jinyuan Luo<br>Sumeet P. Dang<br>William F. Hawkins<br><br>725 Twelfth St. NW<br>Washington, DC  20005<br>(202) 434-5000<br><br>*Attorneys for Genentech, Inc.*<br><br>DURIE TANGRI<br>Daralyn J. Durie<br>Adam R. Brausa<br>David F. McGowan<br>Eneda Hoxha<br>Eric C. Wiener<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>(415) 362-6666<br><br>*Attorneys for Genentech, Inc. and City of Hope* | Siegmund Y. Gutman<br>Amir Naini<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>(310) 557-2900<br><br>Steven M. Bauer<br>Gourdin W. Sirles<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br><br>*Attorneys for Amgen Inc.* |

IT IS SO ORDERED, this ____ day of _____, 2020.

_____
United States District Judge

3

ME1 32880788v.1