# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-1407-CFC-SRF ) |
| AMGEN INC., | ) ) |
| Defendant. | ) |

## GENENTECH'S MOTION TO DISMISS AND/OR STRIKE AMGEN'S FIFTEENTH COUNTERCLAIM AND FIFTEENTH AFFIRMATIVE DEFENSE

Pursuant to Federal Rule of Civil Procedure 12(b)(6), 12(f), and 15(a), Plaintiff Genentech, Inc. respectfully moves for dismissal of and/or to strike Defendant Amgen Inc.'s Fifteenth Counterclaim and Fifteenth Affirmative Defense. The bases for this motion are set forth in the Opening Brief contemporaneously filed herewith.

| | |
|---|---|
| DATED: March 18, 2020 | **MCCARTER & ENGLISH, LLP** |
| | |
| | */s/ Daniel M. Silver* |
| | Michael P. Kelly (# 2295) |
| | Daniel M. Silver (# 4758) |
| | Alexandra M. Joyce (#6423) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | Tel.: (302) 984-6300 |
| | Fax: (302) 984-6399 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | ajoyce@mccarter.com |

*Attorneys for Plaintiffs Genentech, Inc. and City of Hope*

**OF COUNSEL:**

Paul B. Gaffney
David I. Berl
Thomas S. Fletcher
Kyle E. Thomason
Teagan J. Gregory
Charles L. McCloud
Kathryn S. Kayali
Jonathan S. Sidhu
D. Shayon Ghosh
Jingyuan Luo
Sumeet P. Dang
William F. Hawkins
**WILLIAMS & CONNOLLY LLP**
725 Twelfth St. NW
Washington, DC 20005
(202) 434-5000

*Attorneys for Plaintiff Genentech, Inc.*

2

ME1 32891781v.1