# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GENENTECH, INC. and CITY OF HOPE )

Plaintiffs,

v.

AMGEN INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C. A. No.:  17-1407-CFC-SRF
(CONSOLIDATED)

██████████████████████

████████████████████████

REDACTED - PUBLIC VERSION

## AMGEN INC.'S ANSWERING BRIEF
## IN OPPOSITION TO GENENTECH'S MOTION
## TO DISMISS AMGEN'S FIFTEENTH COUNTERCLAIM
## AND STRIKE ITS FIFTEENTH AFFIRMATIVE DEFENSE

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Steven W. Lee (No. 6676)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
slee@ycst.com

PROSKAUER LLP
Siegmund Y. Gutman
Amir A. Naini
David M. Hanna
Sarah M. Cork
Christopher D. Lynch
Michelle M. Ovanesian
2029 Century Park East,
Suite 2400
Los Angeles, CA  90067-3010
(310) 557-2900

Steven M. Bauer
Gourdin W. Sirles
Kimberly Q. Li
One International Place
Boston, MA  02110-2600
(617) 526-9600

*Attorneys for Amgen Inc.*

Dated:  April 15, 2020

# TABLE OF CONTENTS

**Page**

NATURE AND STAGE OF PROCEEDINGS ......................................................1

SUMMARY OF ARGUMENT.............................................................................1

ARGUMENT.........................................................................................................3

     I.     AMGEN'S INEQUITABLE CONDUCT DEFENSE AND
           COUNTERCLAIM ARE PROPER UNDER RULE 15(A)(3)...........4

     II.    AMGEN'S INEQUITABLE CONDUCT DEFENSE AND
           COUNTERCLAIM ARE ADEQUATELY PLED. ..........................11

CONCLUSION ...................................................................................................16

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Berrada v. Cohen*,
 2017 WL 6513954 (D.N.J. Dec. 20, 2017)..........................................................5

*Bristol-Myers Squibb Co. v. Rhone-Poulenc Rorer, Inc.*,
 2002 U.S. Dist. Lexis 480 (S.D.N.Y. Jan. 15, 2002) ......................................16

*Cargill, Inc. v. Canbra Foods, Ltd.*,
 476 F.3d 1359 (Fed. Cir. 2007) .......................................................................14

*Delano Farms Co. v. Cal. Table Grape Comm'n*,
 655 F.3d 1337 (Fed. Cir. 2011) .......................................................................14

*E.I. DuPont De Nemours & Co. v. Millennium Chems., Inc.*,
 1999 WL 615164 (D. Del. Aug. 2, 1999) ...........................................................5

*Exergen Corp. v. Wal-Mart Stores, Inc.*,
 575 F.3d 1312 (Fed. Cir. 2009) .......................................................................12

*Fesnak & Assoc., LLP v. U.S. Bank. Nat'l Ass'n*,
 722 F. Supp. 2d 496 (D. Del. 2010) ...................................................................3

*Genentech, Inc. v. Amgen Inc.*,
 2020 WL 707243 (D. Del. Feb. 12, 2020)..................................................*passim*

*Genentech, Inc. v. Amgen Inc.*,
 C.A. No. 18-924-CFC (D. Del. Feb. 18, 2020)...................................................5

*Joseph Bancroft & Sons Co. v. M. Lowenstein & Sons, Inc.*,
 50 F.R.D. 415 (D. Del. 1970)...................................................................5, 6, 7

*Patel v. Pandya*,
 2016 WL 3129615 (D.N.J. June 2, 2016)..........................................................10

*Rohm & Haas Co. v. Crystal Chem. Co.*,
 722 F.2d 1556 (Fed. Cir. 1983).................................................................15, 16

*Senju Pharm. Co., Ltd. v. Apotex, Inc.*,
 921 F. Supp. 2d 297 (D. Del. 2013) ...................................................................3

*Shamrock Holdings, Inc. v. Arenson*,
    456 F. Supp. 2d 599 (D. Del. 2006) ...................................................................4

*Sirona Dental Sys., Inc. v. Dental Imaging Techs. Corp.*,
    2012 WL 3929949 (D. Del. Sept. 10, 2012)....................................................8, 9

*Slim CD, Inc. v. Heartland Payment Sys., Inc.*,
    2007 WL 2459349 (D.N.J. Aug. 24, 2007) ......................................................10

*Standard Chlorine of Del., Inc. v. Sinibaldi*,
    1995 WL 562285 (D. Del. Aug. 24, 1995)......................................................6, 7

*Symbol Techs., Inc. v. Aruba Networks, Inc.*,
    609 F. Supp. 2d 353 (D. Del. 2009) .................................................................4

*Teva Pharm. USA, Inc. v. Forest Labs., Inc.*,
    2016 WL 7325511 (D. Del. June 16, 2016)........................................................8

*Unigene Labs., Inc. v. Apotex, Inc.*,
    655 F.3d 1352 (Fed. Cir. 2011) ......................................................................10

*Upek, Inc. v. AuthenTec, Inc.*,
    2010 WL 2681734 (N.D. Cal. July 6, 2010).....................................................10

*Wyeth Holdings Corp. v. Sandoz, Inc.*,
    2012 WL 600715 (D. Del. Feb. 3, 2012)..........................................................14

*Wyeth Holdings Corp. v. Sandoz, Inc.*,
    2012 WL 749378 (D. Del. Mar. 1, 2012) .........................................................14

**Statutes and Rules**

35 U.S.C. § 271(g)...............................................................................................1, 9

D. Del. Local Rule 7.1.3(c)(2) ..................................................................................9

D. Del. Local Rule 7.1.5 ..........................................................................................6

Fed. R. Civ. P. 12(f)................................................................................................3

Fed. R. Civ. P. 15(A)(3)...........................................................................................4

Fed. R. Civ. P. 15(d) ..............................................................................................9

## NATURE AND STAGE OF PROCEEDINGS

On February 19, 2020—more than two years after filing its original complaint—Genentech made the strategic decision to file a Second Amended Complaint ("SAC").  D.I. 631.  The SAC asserted new infringement claims under 35 U.S.C. § 271(g) relating to Amgen's manufacturing process and its alleged conduct during clinical trials.  *E.g.*, D.I. 631, ¶¶ 43, 49, 63, 69, 70, 85–89, 118, 124, 126, 131–132, 135, 139, 143, 148, 165.

Amgen timely answered on March 4, 2020.  D.I. 648.  The answer included an affirmative defense and counterclaim based on Genentech's inequitable conduct before the Patent and Trademark Office ("PTO") when prosecuting the '869 patent.  *Id.*, Affirmative Defenses ¶¶ 28–108, Counterclaims ¶¶ 160–249.  Genentech now moves to strike or dismiss Amgen's inequitable conduct counterclaim and defense.  D.I. 657.

## SUMMARY OF ARGUMENT

The arguments that Genentech makes in support of its motion were rejected by this Court just two months ago in a companion case between these same parties.  *See Genentech, Inc. v. Amgen Inc.*, 2020 WL 707243 (D. Del. Feb. 12, 2020) (the "Herceptin Case").  In the Herceptin case (like here), Genentech belatedly amended its complaint years after the lawsuit commenced.  There (like here), Amgen timely answered Genentech's amended complaint and included a defense and counterclaim

alleging that Genentech committed inequitable conduct by intentionally omitting data from the experiment described in Example 8 of the '869 patent.  In the Herceptin case (like here), Genentech moved to strike or dismiss the inequitable conduct defense and counterclaim, arguing:  (1) the Federal Rules do not permit Amgen to add new defenses and counterclaims in response to Genentech's amended complaint; and (2) the inequitable conduct defense and counterclaim are inadequately pled.  The Court in the Herceptin case rejected both of those arguments and denied Genentech's motion.  2020 WL 707243, at *1.

The Court's decision in the Herceptin case heralds the outcome of Genentech's motion here.  In its motion, Genentech argues that Amgen was not permitted to add new defenses and counterclaims when answering the amended complaint.  The Court correctly rejected that precise argument in the Herceptin case. As the Court explained, it is well established that the filing of an amended complaint gives a defendant the right to file a responsive pleading, and the defendant is not limited in what it may assert in that responsive pleading.  2020 WL 707243, at *1 ("Amgen's filing of a responsive pleading as of right allows it to bring new counterclaims without regard to the scope of [Genentech's] amendment.").  In fact, the Court reminded Genentech's counsel of that rule in the Herceptin case—the same counsel that represents Genentech here—*one day* before Genentech amended its complaint in this case.  *See* C.A. No. 18-924-CFC, Feb. 18, 2020 Teleconference Tr.

2

at 17:12–18, attached as Exhibit 1. Genentech thus fully understood that by amending its complaint it would "open[] the door to Amgen filing its counterclaims."2020 WL 707243, at *1.

Genentech's challenge to the sufficiency of Amgen's inequitable conduct allegations was likewise rejected by the Court in the Herceptin case. There, Amgen amended its answer to assert the same inequitable conduct defense and counterclaim based on the same factual allegations as here. Genentech moved to strike or dismiss on several grounds, including that Amgen failed to adequately plead inequitable conduct. The Court denied Genentech's motion in its entirety, implicitly holding that Amgen's factual allegations support a viable inequitable conduct defense and counterclaim. 2020 WL 707243, at *1. Since Amgen has asserted the same inequitable conduct allegations here as it did in the Herceptin case, the defense and counterclaim should be sustained for the same reasons they were sustained in the Herceptin case.

## ARGUMENT

A motion to strike an affirmative defense under Federal Rule of Civil Procedure 12(f) is generally disfavored. *Fesnak & Assoc., LLP v. U.S. Bank. Nat'l Ass'n*, 722 F. Supp. 2d 496, 502 (D. Del. 2010). Such a motion should not be granted "unless the insufficiency of the defense is clearly apparent." *Senju Pharm. Co., Ltd. v. Apotex, Inc.*, 921 F. Supp. 2d 297, 301 (D. Del. 2013) (citing *Symbol Techs., Inc.*

*v. Aruba Networks, Inc.*, 609 F. Supp. 2d 353, 356 (D. Del. 2009)). When ruling on a motion to strike an affirmative defense, the Court must construe all facts in favor of the nonmoving party and deny the motion "if the defense is sufficient under [the] law." *Symbol Techs.*, 609 F. Supp. 2d at 356.

"The standards for determining a motion to dismiss a counter-claim are the same as for determining a motion to dismiss a complaint." *Shamrock Holdings, Inc. v. Arenson*, 456 F. Supp. 2d 599, 605 (D. Del. 2006). That is, the Court must accept all well-pleaded allegations in the counterclaim to be true and draw all reasonable inferences in favor of the counterclaimant. *Id.* Dismissal is proper only if the counterclaimant "cannot demonstrate any set of facts that would entitle him to relief." *Id.*

## I.    AMGEN'S INEQUITABLE CONDUCT DEFENSE AND COUNTERCLAIM ARE PROPER UNDER RULE 15(A)(3).

Genentech's primary argument in support of its motion is that Federal Rule of Civil Procedure 15 supposedly did not authorize Amgen to add a new defense or counterclaim when responding to the SAC. Opening Br. 2–5. That position flies in the face of Rule 15's text and longstanding precedent in this Court—including a decision rendered just two months ago in the companion case between these parties.

Rule 15 gives a party the right to respond to an "amended pleading" within fourteen days of service. Fed. R. Civ. P. 15(a)(3). By its terms, the Rule does not limit the scope of that response. It "does not direct a response to the 'amendment,'

4

as it might have, but to the 'amended pleading'" as a whole. *Genentech*, 2020 WL 707243, at *1 (quoting *Joseph Bancroft & Sons Co. v. M. Lowenstein & Sons, Inc.*, 50 F.R.D. 415, 419 (D. Del. 1970)). Accordingly, "[i]t has long been the rule in this district that in answering an amended complaint the defendant is free to answer not simply the amendments, but the new complaint, as if answering an original complaint." *Id.* (quoting *Standard Chlorine of Del., Inc. v. Sinibaldi*, 1995 WL 562285, at *2 (D. Del. Aug. 24, 1995)); *E.I. DuPont De Nemours & Co. v. Millennium Chems., Inc.*, 1999 WL 615164, at *4 (D. Del. Aug. 2, 1999); *Joseph Bancroft & Sons Co.*, 50 F.R.D. at 419; *see also Berrada v. Cohen*, 2017 WL 6513954, at *1 (D.N.J. Dec. 20, 2017). More specifically, it is "well established . . . that a defendant may include counterclaims in its answer to an amended complaint" even if those counterclaims could have been asserted in response to the original complaint but were omitted. *DuPont*, 1999 WL 615164, at *4 (cited with favor in *Genentech*, 2020 WL 707243, at *1).[1]

Amgen was thus authorized by Rule 15(a)(3) to assert an inequitable conduct defense and counterclaim when answering Genentech's SAC. As the Court

---

[1] As the Court told Genentech in the Herceptin case: "The law has been clear in this district. If Genentech had researched it, it would have easily found that it's 'well established' that the filing of an amended complaint allows under Rule 15 for the as of right filing of an answer, and that it's well established that our courts don't limit what can be pled in a filing as of right in response to an amended complaint." *Genentech, Inc. v. Amgen Inc.*, C.A. No. 18-924-CFC, Feb. 18, 2020 Teleconference Tr. at 17:12–18, attached as Exhibit 1.

explained in the Herceptin Case, by choosing to amend its complaint, Genentech "has only itself to blame" for "open[ing] the door to" Amgen's defense and counterclaim. 2020 WL 707243, at *1; *see also Joseph Bancroft & Sons Co.*, 50 F.R.D. at 419 (holding that a party filing an amended pleading "can hardly be heard to complain that claims filed against him are improper because they should have been asserted in response to his original pleading").

Even though the Court's recent decision in the Herceptin case is directly on point, Genentech relegates its discussion of the decision to a footnote. Opening Br. 3 n.1. In the footnote, Genentech argues that the Court's Herceptin decision was wrong and that the Court should abandon the well-established rule that it recently reaffirmed. *Id.*[2] However, the Court was correct in February when it denied Genentech's motion in the Herceptin case, and it should deny the motion here for the same reasons.

In arguing that the Court was wrong in the Herceptin case, Genentech contends that none of the decisions cited by the Court involved counterclaims first asserted after the deadline to amend. *Id.* That is false. In *Standard Chlorine,* the defendants' counterclaims were filed several months after the deadline to amend pleadings. *See* Exhibit 2 (Docket Sheet in *Standard Chlorine*), D.I. 279 (June 16,

---

[2] Genentech did not move for reargument of the Court's order in the Herceptin case within 14 days as required by District of Delaware Local Rule 7.1.5.

1994 Deadline to Amend Pleadings), D.I. 379 (Aug. 5, 1994 Third Amended Complaint), D.I. 410 (Dec. 27, 1994 Answer and Counterclaims filed).  The Court nevertheless held that the plaintiff's amended complaint opened the door to the defendant's responsive pleading that asserted new counterclaims.  *Standard Chlorine*, 1995 WL 562285, at *2.  Moreover, the counterclaims allowed in *Standard Chlorine* were filed less than two months before trial.  *See* Exhibit 2 at D.I. 406, 412.  Here, Amgen filed its inequitable conduct counterclaim and defense more than eight months before trial is scheduled to begin on November 30, 2020.

Genentech's contention that it would be unfairly prejudiced by Amgen's amendment is meritless.  Genentech made the strategic decision to introduce new theories of liability into the case by amending its complaint, and it therefore cannot be heard to protest Amgen's assertion of a new defense.  *See* Herceptin Case, 2020 WL 707243, at *1; *Joseph Bancroft & Sons Co.*, 50 F.R.D. at 419.  Nor does Genentech require discovery to respond to Amgen's inequitable conduct allegations. The inequitable conduct defense and counterclaim turn on whether the inventors of the '869 patent deliberately withheld data from the PTO.  Genentech controls those inventors and possesses all of the information concerning their behavior and their decision to withhold data.  D.I. 526 at 9.  Genentech's suggestion that it needs to depose "Amgen's scientists" "regarding the data and references at issue" makes no

sense because those scientists have no knowledge concerning the inventors' misconduct at the PTO.  Opening Br. 4.

The Delaware cases cited by Genentech are distinguishable because they involved purely ministerial amendments.  For example, in *Teva Pharmaceuticals USA, Inc. v. Forest Laboratories, Inc.*, the plaintiff amended its complaint solely to add as a party the defendant's wholly-owned subsidiary.  2016 WL 7325511, at *1 n.1 (D. Del. June 16, 2016).  The amendment "made no substantive changes" and did not "change[] the theory of recovery or expand[] the scope and nature of the case."  *Id.*  The Court did not permit the defendant to assert new invalidity theories in response to the ministerial amendment because the "case is simply too close to trial to add completely new issues without prejudicing Plaintiffs and unduly delaying the litigation."  *Id.*[3]

Similarly, in *Sirona Dental Systems, Inc. v. Dental Imaging Technologies Corp.*, the plaintiff amended its complaint merely to re-name the parties following a merger, remove a parent company as a defendant, and substitute substantively identical reissue patents.  2012 WL 3929949, at *4 (D. Del. Sept. 10, 2012).  The defendant was not permitted to assert a new unclean hands defense in response.  *Id.*

---

[3] The *Teva Pharmaceuticals* docket sheet, attached as Exhibit 3, reflects that the pretrial conference was held on July 7, 2016, just three weeks after the decision.

The Court held that the defendant could not expand the issues in the case in response to "purely ministerial" amendments. *Id.*[4]

Here, by contrast, Genentech's amendments are not purely ministerial. To the contrary, Genentech substantively expanded the scope of the case by adding new infringement claims under 35 U.S.C. § 271(g), new claims of past infringement relating to alleged conduct during clinical trials, and a new willfulness claim. *E.g.*, D.I. 631, ¶¶ 43, 49, 63, 69, 70, 85–89, 118, 124, 126, 131–132, 135, 139, 143, 148, 165. Those substantive amendments opened the door for Amgen to introduce its inequitable conduct defense and counterclaim into the case. *Herceptin Case*, 2020 WL 707243, at *1.

Indeed, Amgen's amended answer would be proper even under the so-called "moderate approach" touted by Genentech. Opening Br. 2–5. As Genentech's own cases show, the "moderate approach" permits a defendant to introduce new

---

[4] *Sirona* is further distinguishable because the Court's decision was based on Rule 15(d), not Rule 15(a)(3). Unlike Genentech's SAC, the amendments in *Sirona* concerned events occurring after the original complaint was filed and were therefore "supplements," not "amendments." Under Rule 15(d), "[t]he court *may order* that the opposing party plead to the supplemental pleading within a specified time." Fed. R. Civ. P. 15(d) (emphasis added). Because the defendant had not secured leave to file its responsive pleading asserting the new unclean hands defense, the Court held the pleading improper under Rule 15(d). *Sirona*, 2012 WL 3929949, at *4. Genentech did not argue in its opening brief that its SAC is a supplemental pleading under Rule 15(d) (nor could it), and it should not be permitted to raise such an argument for the first time in reply. D. Del. Local Rule 7.1.3(c)(2) ("The party filing the opening brief shall not reserve material for the reply brief which should have been included in a full and fair opening brief.").

9

counterclaims when answering an amended complaint as long as the scope of the new counterclaims is proportional to the scope of the new theories in the amended complaint. *Slim CD, Inc. v. Heartland Payment Sys., Inc.*, 2007 WL 2459349, at *6 (D.N.J. Aug. 24, 2007) ("[W]hen the plaintiff's amended complaint changes the theory of the case, it would be inequitable to require leave of the court before the defendant could respond with appropriate counterclaims."); *see also Unigene Labs., Inc. v. Apotex, Inc.*, 655 F.3d 1352, 1360 (Fed. Cir. 2011) (district court acted within its discretion in rejecting defendant's assertion of inequitable conduct in response to amended complaint that "merely renamed the patent in suit post-reexamination" which "did not so materially alter the proceedings as to authorize previously unasserted counterclaims"); *Patel v. Pandya*, 2016 WL 3129615, at *2 (D.N.J. June 2, 2016) (defendant's assertion of new counterclaims "clearly exceeded the scope of the minimal changes plaintiffs were allowed to make" in adding two defendants); *Upek, Inc. v. AuthenTec, Inc.*, 2010 WL 2681734, at *3 (N.D. Cal. July 6, 2010) (amended complaint that "did not add new subject matter" did not permit introduction of new counterclaims).[5]  Here, Genentech significantly expanded its theory of liability by adding new infringement claims based on alleged activities by

---

[5] The *Upek* decision focused on whether the defendant's amended answer and counterclaims was filed within the time permitted by Rule 15 for affirmative amendments without leave.  It *did not* address whether the defendant's filing was a proper responsive pleading under Rule 15(a)(3).  *Id.* at *3–5.

Amgen pre-dating the original complaint. *E.g.*, D.I. 631, ¶¶ 43, 49, 63, 69, 70, 85–89, 118, 124, 126, 131–132, 135, 139, 143, 148, 165.  Amgen's addition of a single inequitable conduct defense and counterclaim is at the very least proportional to Genentech's new allegations.

Finally, the Court's prior denial of Amgen's motion for leave to amend its answer is irrelevant.  Opening Br. 1–2.  In that ruling, the Court found that Amgen failed to show good cause under Rule 16(b) to support amending its answer after the deadline for amended pleadings.  D.I. 628 at 2–3.  Here, by contrast, Amgen did not attempt to unilaterally amend its answer after the deadline for amending, so Rule 16(b) does not govern.  Instead, Amgen filed an answer as of right under Rule 15 because Genentech knowingly "opened the door to Amgen filing its counterclaims." 2020 WL 707243, at *1.   Under this Court's well-established jurisprudence, Amgen's inequitable conduct counterclaim and defense are proper responses to the SAC.

## II.   AMGEN'S INEQUITABLE CONDUCT DEFENSE AND COUNTERCLAIM ARE ADEQUATELY PLED.

Genentech next argues that Amgen's inequitable conduct defense and counterclaim should be dismissed because they are "legally deficient."  Opening Br. 5.  That argument, too, was rejected in the Herceptin case.  There, Amgen asserted the same inequitable conduct defense and counterclaim based on the same allegations that the inventors of the '869 patent withheld material data concerning

the experiment described in Example 8 of the patent.  *Compare* D.I. 648, Affirmative

Defenses ¶¶ 28–108, Counterclaims ¶¶ 160–249 *with* C.A. No. 18-924-CFC, D.I.

366, Affirmative Defenses ¶¶ 11–96, Counterclaims ¶¶ 79–85.  As here, Genentech

moved to strike or dismiss the inequitable conduct defense and counterclaim as

insufficiently pled.  C.A. No. 18-924-CFC, D.I. 442, at 18–20.  The Court denied

Genentech's motion and, in so doing, implicitly rejected Genentech's challenge to

the adequacy of the inequitable conduct allegations.  2020 WL 707243, at *1.  The

same result is warranted here.

An inequitable conduct claim is adequately pled if there are allegations from

which a reasonable jury could conclude that an individual associated with the filing

and prosecution of a patent application made an affirmative misrepresentation of

material fact, failed to disclose material information, or submitted false material

information with the intent to deceive the PTO.  *Exergen Corp. v. Wal-Mart Stores,*

*Inc.*, 575 F.3d 1312, 1327 n.3 (Fed. Cir. 2009).  Amgen has plead those requisite

facts here.

As alleged in the amended answer, the inventors of the '869 patent

deliberately withheld data from the experiment described in Example 8, which, if

disclosed, would have shown that they did not discover a method to prevent disulfide

bond reduction as claimed in the patent.  D.I. 648, Affirmative Defenses ¶¶ 28–108,

Counterclaims ¶¶ 160–249.  At least three Genentech presentations and the Trexler-

Schmidt 2010 article show that the inventors of the '869 patent possessed the complete set of data points for the nitrogen sparging control experiment described in Example 8.  D.I. 648, Affirmative Defenses, ¶¶ 37–43.  Moreover, at least two Genentech documents confirm that one of the inventors, Ms. Schmidt, was aware that the antibody in the air-sparging experiment in Example 8 reduced and re-oxidized, which the patent distinguishes from the prevention of the reduction of disulfide bonds.  D.I. 648, Affirmative Defenses, ¶¶ 30, 44, 105.

Ms. Schmidt testified that she was responsible for Example 8 and Figure 20 in the '869 patent application and that she *deliberately deleted* the six data points in the nitrogen control experiment before submitting the application.  *See* Exhibit 4 (10/1/2019 30(b)(6) deposition) at 32:8–34:3.  She further admitted that:  (a) the claims of the '869 patent are directed to the prevention of the reduction of a disulfide bond, which she explained was different from the reduction and re-oxidation of a disulfide bond (*id*. at 20:11–21:9; 24:11–21); and (b) the only data in the patent for air sparging showed a reduction and re-oxidation (i.e., there was no data that shows a prevention of the reduction of a disulfide bond) (*id*. at 63:25–65:3, 66:8–67:14, 219:4–12, 220:25–221:10).  That testimony establishes that Ms. Schmidt not only withheld material data from the PTO, but she intentionally did so.  In its opening brief, Genentech never confronts Ms. Schmidt's deliberate decision to delete the data from the patent application.  The deliberateness of the data deletion, and the tacit

13

acknowledgement of its materiality by its inclusion in the Trexler-Schmidt 2010 paper, satisfy the pleading requirement for materiality and intent to deceive. *See Delano Farms Co. v. Cal. Table Grape Comm'n*, 655 F.3d 1337, 1350 (Fed. Cir. 2011) (holding that an inequitable conduct claim is viable if a reasonable jury could infer from allegations that an inventor knew of material information but decided not to disclose it with deceptive intent); *Cargill, Inc. v. Canbra Foods, Ltd.*, 476 F.3d 1359, 1364 (Fed. Cir. 2007) ("[A]n intent to deceive is usually inferred from the facts and circumstances surrounding the conduct at issue."); *Wyeth Holdings Corp. v. Sandoz, Inc.*, 2012 WL 600715, at *8–9 (D. Del. Feb. 3, 2012) (explaining that standard for pleading inequitable conduct claim is "whether the facts as pled give rise to a reasonable inference that material information was misrepresented with the specific intent (i.e., as the result of a deliberate decision) to deceive the PTO"), *report and recommendation adopted*, 2012 WL 749378 (D. Del. Mar. 1, 2012).

Genentech contends that it did not misrepresent any facts about the nitrogen-control experiment but instead merely offered attorney argument about the implications of the study. Opening Br. 6–7. That argument ignores the allegations showing that the inventors intentionally omitted data and misrepresented the negative nitrogen control—information that, if disclosed, would have undercut the attorney argument Genentech was making. The inventors' omission and misrepresentation of material information and data constitute inequitable conduct

and distinguish this case from those cited in Genentech's motion, where courts held that attorney argument based on a complete record did not constitute inequitable conduct. *Id.* (citing cases). It is a far different scenario for an attorney to make legal arguments based on data in the possession of the examiner versus what occurred here—where the proffered arguments were contradicted by data that was deliberately withheld from, and misrepresented to, the examiner.[6]

Genentech further argues that the intentional withholding of data was absolved by the belated submission of the Trexler-Schmidt 2010 article in an information disclosure statement ("IDS") six years after the submission of the patent application. The IDS did not cure Genentech's inequitable conduct, however. To cure a misrepresentation that a patent applicant is aware of during prosecution, the applicant must: (1) "expressly advise the PTO of its existence, stating specifically wherein it resides;" (2) advise the PTO "what the actual facts are" "if the misrepresentation is of one or more facts," "making it clear that further examination in light thereof may be required if any PTO action has been based on the misrepresentation;" and (3) "establish patentability of the claimed subject matter" "on the basis of the new and factually accurate record." *Rohm & Haas Co. v. Crystal Chem. Co.*, 722 F.2d 1556, 1571–72 (Fed. Cir. 1983). Genentech did none of those

---

[6] Genentech's citation to Federal Circuit cases criticizing parties for bringing frivolous inequitable conduct claims misses the point. Opening Br. 10. Amgen's defense as pled is meritorious.

things.  It did not advise the PTO of the missing data points or the fact that the antibody in the air-sparging experiment reduces and re-oxidizes, and it did not establish the patentability of the claimed subject matter in view of the missing data points.  Ms. Schmidt confirmed each of these points.  *See* Exhibit 4 at 51:14–52:5; 55:10–56:22.  A patent applicant cannot cure a misrepresentation that it knew about during prosecution simply by submitting an article as part of a voluminous IDS.  *See Bristol-Myers Squibb Co. v. Rhone-Poulenc Rorer, Inc.*, 2002 U.S. Dist. Lexis 480, at *57–58 (S.D.N.Y. Jan. 15, 2002) ("mere listing of [article at issue] as one of six disclosed articles in a[n] . . . information disclosure statement and provision of [the article] . . . is insufficient under *Rohm & Haas Co.* to cure . . .").  Genentech has pointed to nothing in the record showing that it took the steps necessary to inform the PTO that it had previously withheld material information. It therefore did not cure its inequitable conduct as a matter of law.

## CONCLUSION

For the foregoing reasons, Amgen respectfully requests that the Court deny Genentech's motion to strike or dismiss the inequitable conduct defense and counterclaim.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ James L. Higgins*

_____

OF COUNSEL:

Siegmund Y. Gutman
Amir A. Naini
David M. Hanna
Sarah M. Cork
Christopher D. Lynch
Michelle M. Ovanesian
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900

Steven M. Bauer
Gourdin W. Sirles
Kimberly Q. Li
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600


Dated:  April 15, 2020

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Steven W. Lee (No. 6676)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
slee@ycst.com

*Attorneys for Amgen Inc.*

## <u>WORD COUNT CERTIFICATION</u>

The undersigned counsel hereby certify that the Amgen Inc.'s Answering

Brief In Opposition to Genentech's Motion to Dismiss Amgen's Fifteenth

Counterclaim and Strike Its Fifteenth Affirmative Defense contains 3,950 words,

which were counted by James L. Higgins by using the word count feature in

Microsoft Word, in 14-point Times New Roman font.  The foregoing word count

does not include the cover page or the counsel blocks.

Dated: April 15, 2020                          */s/ James L. Higgins*
                                               James L. Higgins (No. 5021)

## <u>CERTIFICATE OF SERVICE</u>

I, James L. Higgins, Esquire, hereby certify that on April 15, 2020, I caused

to be electronically filed a true and correct copy of Amgen Inc.'s Answering Brief

in Opposition to Genentech's Motion to Dismiss Amgen's Fifteenth Counterclaim

and Strike its Fifteenth Affirmative Defense with the Clerk of the Court using

CM/ECF, which will send notification to the following counsel of record:

Michael P. Kelly
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
mkelly@mccarter.com
dsilver@mccarter.com

I further certify that on April 15, 2020, I caused a copy of the foregoing

document to be served on the above-listed counsel of record and on the following

non-registered participants in the manner indicated:

**<u>BY E-MAIL:</u>**

| | |
|---|---|
| Paul B. Gaffney | Daralyn J. Durie |
| David I. Berl | Adam R. Brausa |
| Thomas S. Fletcher | David F. McGowan |
| Kyle E. Thomason | Eneda Hoxha |
| Teagan J. Gregory | Eric C. Wiener |
| C. Luke McCloud | Durie Tangri |
| Kathryn S. Kayali | 217 Leidesdorff Street |
| Jonathan S. Sidhu | San Francisco, CA  94111 |
| D. Shayon Ghosh | ddurie@durietangri.com |
| Jingyuan Luo | abrausa@durietangri.com |
| Sumeet P. Dang | Ehoxha@durietangri.com |
| William F. Hawkins | ewiener@durietangri.com |

Williams & Connolly LLP
725 Twelfth St. NW
Washington, DC  20005
pgaffney@wc.com
dberl@wc.com
tfletcher@wc.com;
kthomason@wc.com
tgregory@wc.com;
lmccloud@wc.com
kkayali@wc.com
jsidhu@wc.com
sghosh@wc.com
jluo@wc.com
sdang@wc.com

*/s/ James L. Higgins*

_____

James L. Higgins (No. 5021)

26359737.1

# EXHIBIT 1

1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                IN AND FOR THE DISTRICT OF DELAWARE

 3                            - - -

 4
      GENENTECH, INC.,              :   CIVIL ACTION
 5                                  :
                 Plaintiff,         :
 6                                  :
           vs.                      :
 7                                  :
      AMGEN, INC.,                  :
 8                                  :
                 Defendant.         :   NO. 18-924 (CFC)
 9

10
                             - - -
11
                            Wilmington, Delaware
12                          Tuesday, February 18, 2020
                            11:00 o'clock, a.m.
13                          ***Telephone conference

14                           - - -

15    BEFORE:  HONORABLE COLM F. CONNOLLY, U.S.D.C.J.

16                           - - -

17
      APPEARANCES:
18

19            McCARTER & ENGLISH, LLP
              BY:  DANIEL M. SILVER, ESQ.
20

21                    -and-

22

23

24

25
```

2

APPEARANCES (Continued):

WILMER CUTLER PICKERING HALE AND DORR LLP
BY:  ROERT J. GUNTHER, JR., ESQ.
     NORMA Q.E. PASSAMANECK, ESQ.,
     STEPHANIE LIN, ESQ. and
     JOSHUA STERN, ESQ.

     Counsel for Plaintiff


SMITH KATZENSTEIN & JENKINS LLP
BY:  NEAL C. BELGAM, ESQ.

          -and-

COOLEY LLP
BY:  MICHELLE RHYU, ESQ.,
     DANIEL KNAUSS, ESQ. and
     CHRISTOPHER MEAD, ESQ.

     Counsel for Defendant

          - - -

3

1          P R O C E E D I N G S

2

3          (REPORTER'S NOTE:  The following telephone

4 conference was held in chambers, beginning at 11:00 a.m.)

5

6          THE COURT:  All right.  Good morning, counsel.

7          (Counsel respond, "Good morning, Your Honor.")

8          THE COURT:  So we've got Mr. Silver for the

9 plaintiffs?

10          MR. SILVER:  We do, Your Honor, and I'm joined

11 by Mr. Gunther, Mr. Stern, Ms. Lin and Ms. Passamaneck.

12          THE COURT:  Okay.

13          MR. SILVER:  On behalf of Genentech.

14          THE COURT:  All right.  And then Mr. Belgam?

15          MR. BELGAM:  Good morning, Your Honor.  Neal

16 Belgam for Amgen.  I have Dan Knauss, Michelle Rhyu and

17 Christopher Mead on for Amgen.

18          THE COURT:  All right.  Mr. Silver, you asked

19 for the call, so do you want to go first?

20          MR. SILVER:  Yes, Your Honor.  I'm going to hand

21 it over to Mr. Gunther if that's okay.

22          THE COURT:  All right.

23          MR. SILVER:  Thank you.

24          MR. GUNTHER:  Good morning, Your Honor.  It's

25 Bob Gunther.  Thanks for taking the time and making the time

4

1 for the call.

2          As your Honor knows, the case is scheduled

3 currently for trial to start on April 20th.  Where we are in

4 the case, fact and expert discovery on issues related to

5 liability has been closed for months.  The trial was moved

6 at Amgen's election and we're engaged solely with respect to

7 damages discovery at the moment.

8          Last week, Your Honor, and this is the reason

9 that we asked for the call, we received Your Honor's ruling

10 denying our motion to strike, and we viewed that, Your

11 Honor, as a procedural ruling that Amgen is procedurally

12 allowed to respond how it chooses to to our amended

13 pleadings.  However, we did not view that ruling, especially

14 at the late stage of the case here, as altering records on

15 invalidity issues and Your Honor's prior rulings on those

16 issues, including discovery.

17          And as Your Honor will recall, last October

18 there was a significant hearing on issues relating to

19 Amgen's effort to inject the derivation, improper

20 inventorship issue into the case.  That was on October 16th.

21 It happened in conjunction with the hearing on the Kao

22 issue.

23          Your Honor, during that hearing, you denied

24 Amgen's request to take discovery relating to those new

25 defenses as untimely.  Specifically, you denied their

5

1 request to take the deposition of Dr. Leyland-Jones on the

2 issue of derivation and improper inventorship.  You denied

3 it untimely there, the request to redepose one of the

4 inventors on the patent, Hoffman.  And you also denied their

5 request for additional document discovery as untimely.

6          We viewed that ruling on October 16th as a

7 substantive ruling and it carried forward in the case.  We

8 did not think Your Honor would foreclose discovery

9 concerning those defenses on derivation/improper

10 inventorship because those requests were made too late and

11 then allow Amgen to bring that evidence forward at trial and

12 effectively surprise us.

13          Amgen is taking a different view of your

14 ruling on the motion to strike, Your Honor.  They've

15 informed us they believe that the import of your ruling is

16 that they can call Dr. Jones, Leyland-Jones, as a witness

17 at trial  and put in other evidence on these defenses

18 notwithstanding your October 16th denial of discovery on

19 these issues.

20          And so the reason that we actually requested the

21 call, Your Honor, is to seek clarity on whether the

22 procedural ruling from last week alters in any way Your

23 Honor's ruling last October denying Amgen's request for

24 discovery on derivation and improper inventorship as

25 untimely.

1       If not, if your ruling last week did not alter
2   the rulings in October, which we believe ought to be the
3   case, then fine.  We can go forward with the existing trial
4   date.  We can finish up the damages discovery and try the
5   case starting on April 20th.
6       If the Court were inclined, however, to allow
7   them to put on evidence relating to these defenses to
8   effectively stand or change the record and deviate from
9   the rulings that were made last October, then we think
10  we would need to talk about what the trial date needs
11  to move to allow Genentech time to conduct discovery into
12  these defenses that were only added to the case very
13  recently.
14      And so, Your Honor, I'm prepared to go further
15  on that, but I wanted to let you know at the outset the
16  reason for the call, and I can go into further detail if you
17  would like at this point.
18      THE COURT:  Well, let me just get some
19  clarification.  So you're telling me that on October 16th I
20  denied Amgen's request to take discovery with respect to
21  derivation and what else?
22      MR. FLETCHER:  Improper inventorship, Your
23  Honor.
24      THE COURT:  And improper inventorship.  Okay.
25  And I denied it as untimely.  Is that right?

7

1       MR. GUNTHER:  That's correct, Your Honor.
2       THE COURT:  All right.  And then subsequent to
3   October 16th is when you all agreed that Genentech could
4   file a third amended complaint.  Is that right?
5       MR. FLETCHER:  Actually, Your Honor, it happened
6   before October 16th, and the amended complaint was filed on
7   September 4th.
8       THE COURT:  Okay.
9       MR. FLETCHER:  Their answer to the amended
10  complaint raising the new derivation, improper inventorship
11  and inequitable conduct defenses was filed on
12  September 24th.
13      And so we went into the hearing with those, with
14  them having just sort of added those defenses to their
15  answer and counterclaims.
16      We had told the Court at that point that we
17  would be filing a motion to strike those defenses, which I
18  believe we filed the day before the October 16th hearing,
19  and then we refiled those shortly after the hearing.  So,
20  Your Honor, at least, although it was relatively close in
21  time to the October 16th hearing, they had a few weeks
22  before to put in their amended pleadings with their
23  additional defenses.
24      THE COURT:  Got you.  All right.  And what you
25  want is that you want to say that, look, I precluded them

1   from taking discovery, so you're saying they can't assert
2   the defense at trial that --
3       MR. GUNTHER:  Well, Your Honor, I think what I'm
4   saying is, and, again, we're not asking you to necessarily
5   reconsider your ruling from last week.
6       THE COURT:  I'm not going to reconsider.  I will
7   just tell you right now, I'm not going to reconsider my
8   ruling from last week, so let's forget that.  Go ahead.
9       MR. GUNTHER:  Yes, yes.  And we're not, just to
10  be clear, we're not asking you to do that.  But what we are
11  saying is that while you ruled as a procedural matter that
12  these defenses can be part of the case, we also think that
13  you had previously ruled that the evidence relating, certain
14  evidence relating to those defenses that they were trying to
15  take discovery on, that is Dr. Leyland-Jones, further
16  discovery from Dr. Hoffman, further document discovery,
17  effectively, you ruled all of that as untimely.
18      And so our position is that while these are now
19  part of the case, these defenses as a procedural matter,
20  that they should be -- that we all should be sort of living
21  in the world that we've been living in since last October,
22  which is discovery relating to those defenses has been
23  denied as untimely.
24      THE COURT:  Well, but I guess where I'm
25  struggling, Mr. Gunther, is that it doesn't seem to me that

9

1   my two rulings are necessarily at odds with each other.  In
2   other words, I have apparently, because I don't recall this,
3   but I apparently denied Amgen the ability to take certain
4   discovery, but I did not deny Amgen the ability to go
5   forward with a defense based on whatever they have in their
6   possession, custody and control.  And so I guess -- I mean,
7   it seems to me it could be perfectly consistent with both
8   rulings to allow Amgen to put on whatever case it wants to,
9   but it's not going to have the benefit of a deposition of
10  Dr. Leyland-Jones, or Dr., is it Banfrom, or something like
11  that, and the document discovery they otherwise would have
12  liked to have taken.
13      Now, maybe Amgen doesn't want to do that.  I can
14  ask them, but I guess I'm just trying to understand why my
15  ruling that apparently denied them affirmative discovery
16  requests precludes them from going forward with whatever
17  information and evidence they already have.
18      MR. GUNTHER:  Your Honor, I don't think your
19  rulings are necessarily inconsistent, but I do think there's
20  an important sort of (inaudible) that comes out of both of
21  those rulings, which is that given that discovery was denied
22  relating to these issues and given that the parties had
23  moved forward since that October 16th hearing focused
24  entirely on issues relating to damages, that one of the
25  things that would happen if they were able to, say, call

10

1 Dr. Leyland-Jones at trial is that we've had little

2 opportunity even to take his deposition or take discovery

3 relating to that issue.

4         And, in addition, had this issue been in the

5 case in a timely fashion, we certainly could have -- would

6 have done a lot of different things in terms of potentially

7 adding additional witnesses that we might want to bring

8 forward on these issues of derivation and improper

9 inventory.

10        We might -- we would want, for example, to --

11 right now we're relying on the priority date of the dosing

12 patents in terms of our invalidity case for date of

13 invention, but if, in fact, derivation and improper

14 inventory are going to be in the case, we would want

15 to be able to establish an earlier date of invention, which

16 we believe we can do in order to deal with these new

17 defenses.

18        THE COURT:  Well, let me --

19        MR. GUNTHER:  We also --

20        THE COURT:  Wait.

21        MR. GUNTHER:  Yes.

22        THE COURT:  You've got a lot of information

23 packed in there.

24        MR. GUNTHER:  Yes, sir.

25        THE COURT:  So these issues weren't removed from

11

1 the case.  There was an answer, and as of October 16th, I

2 guess you told me you were going to file a motion to strike,

3 but they weren't struck.

4         And let me actually ask you this, and I would

5 like an immediate answer to this and then we can talk about

6 the other subjects.

7         MR. GUNTHER:  Yes.

8         THE COURT:  I'm assuming since I had to have a

9 hearing on this on October 16th, that Genentech didn't want

10 Dr. Leyland-Jones to be deposed.  In other words, you

11 opposed his deposition by Amgen.  Is that right?

12        MR. GUNTHER:  That's correct.

13        THE COURT:  Okay.  So I mean, you know, part of

14 this is we all make choices.  You guys inundate the Court

15 literally with monthly discovery hearings, with literally

16 dozens and dozens of discovery issues.  Nobody can keep up

17 with it let alone one Magistrate Judge and one District

18 Court Judge.

19        You can't assume as a litigant which way the

20 Court is going to rule when there's a pending motion before

21 it.  I mean, so the fact that Genentech decided to take the

22 risk of precluding Amgen from deposing Dr. Leyland-Jones

23 when the Court had not made a ruling on whether or not

24 Amgen would be allowed to go forward with its answer to

25 the third amended complaint, I mean, is a risk that

12

1 Genentech took, and it is represented by sophisticated

2 counsel and shouldn't have made any assumptions.  And we

3 are where we are.

4         Let me hear from Amgen.

5         MR. GUNTHER:  Your Honor, I -- I'm sorry?

6         THE COURT:  Let me hear from Amgen first.  Maybe

7 Amgen doesn't want to go forward with the trial and maybe

8 they don't want to present testimony on this and witnesses.

9 Let me hear what their position is.

10        MR. KNAUSS:  Good morning, Your Honor.  This is

11 Dan Knauss for defendant.

12        You won't be surprised that we actually agree

13 with your view on this, that the rulings are not

14 inconsistent with each other.  Genentech is now seeking a

15 motion in limine or to maybe reopen discovery.  Those issues

16 weren't before you in October, and so our basic position is

17 that these issues would have been in the case.

18        Leyland-Jones was added.  The derivation and

19 incorrect inventory defenses have been in our contention

20 interrogatories honestly since September and October, and as

21 you said, Genentech took a risk, you know.  Your ruling is

22 going to go one of two ways on the motion to strike.

23        And so for them to now say they have no

24 opportunity to take the Leyland-Jones deposition and they

25 actually went to court to stop it is surprising.  And so we

13

1 do not view (inaudible).  There is no motion before you.  We

2 are ready for trial.

3         THE COURT:  All right.  Mr. Gunther, anything

4 else?

5         MR. GUNTHER:  Your Honor, I would say that, you

6 know, essentially, what happened in October and I think

7 that, Your Honor, it is really important to put ourselves

8 back in time in terms of what was happening then.  We were a

9 couple of months from trial at that point.  They were trying

10 to bring this new evidence forward with respect to

11 derivation and with respect to improper inventory, and

12 part of what our whole thrust back in October at the hearing

13 was that that discovery, their effort to bring that

14 information forward was untimely.  That was in the context

15 of their request to take a deposition and to get additional

16 information, but, Your Honor, I think it's fair to say that

17 what we were pushing back at was that this evidence was

18 being introduced too late in the case.

19        And, Your Honor, if you would look, for example,

20 at pages 207 -- I know you probably don't have it.

21        THE COURT:  Actually, I will tell you what I'm

22 going to do.  Hold on a second.  Am going to put you on hold

23 for probably a minute.  I'm going to pull up the transcript,

24 so hold on.

25        MR. GUNTHER:  Thank you, your Honor.

1     (Pause.)
2          THE COURT:  All right.  Mr. Gunther, I have the
3     transcript.  What page?
4          MR. GUNTHER:  Thank you, your Honor.  It starts,
5     the discussion starts on page -- of the whole thing, starts
6     on page 194, but I think the relevant rulings that you make
7     are on 207 and carry over onto 208.
8          THE COURT:  Okay.  I've just read it and I
9     denied it as untimely consistent with what you described,
10    and so it doesn't -- having read it, it does not strike
11    me --
12         MR. GUNTHER:  Your Honor, can I just --
13         THE COURT:  Yes.  Go ahead.
14         MR. GUNTHER:  Your Honor, I'm sorry.  So, Your
15    Honor, here is kind of the fundamental position from us.
16         Discovery had closed, fact discovery had closed
17    on all issues in June of last year.  This arose -- now, they
18    started to try to take discovery themselves.  We have no
19    basis to take discovery after the fact relating to these
20    issues.
21         Fact discovery was closed.  They were making
22    efforts to take discovery on these issues.  We opposed that
23    as untimely.  You agreed with us.  And so now we're in the
24    position where they've never asked to reopen discovery.
25    You know, well, the one time they asked to reopen discovery

1     Leyland-Jones at trial and sort of ha-ha, Genentech, because
2     discovery closed a long time ago, you don't get a chance to
3     depose that person.  You don't get a chance to further
4     develop the record on these defenses that came up for the
5     first time after the close of fact discovery.  You don't get
6     to put in expert opinion with respect to these issues.
7          And so what we're left with, Your Honor, is kind
8     of like -- and, again, I'm not blaming this on the Court,
9     but given the way this has come up, this would be a trial by
10    surprise where the rulings that you've made previously
11    denying discovery and basically saying that June was the end
12    of discovery and holding to that are now being turned on its
13    head, and we're being placed in the position where we have
14    to go to trial on defenses with no discovery at all and with
15    no ability to develop the record, and we just really think
16    that's unfair.
17         THE COURT:  All right.  And just so I'm really
18    clear, fact discovery ended in June of 2019.  Is that
19    correct?
20         MR. GUNTHER:  Yes, sir.
21         THE COURT:  And Genentech decided to file a
22    third amended complaint in September of 2019.  Correct?
23         MR. GUNTHER:  That's correct, Your Honor.  And,
24    again, just by way of explanation, because a lot of water
25    has gone under the bridge between now and then.  That was

15

1     and that culminated in the October 16th hearing, you denied
2     it.  And so now what we have is a record that has been
3     developed where there's effectively no discovery that has
4     been taken with respect to these issues.
5          And we don't think, again, in terms of choices
6     that we made, and I understand where Your Honor is coming
7     from with respect to that, but you also, I think, have to
8     keep in mind, Your Honor, that the choices we made were
9     dictated by the fact that discovery had long ago closed.  We
10    believed that whether or not these defenses were as a
11    procedural matter going to be allowed in the case later
12    depended on the motion to strike.
13         Remember, they only brought up these issues of
14    derivation and improper inventorship after the close of fact
15    discovery in June.  So from our perspective, we had no
16    reason to try to reopen things or rock the boat.  Our view
17    was discovery was closed.  You had denied their attempt to
18    reopen discovery on the issues.
19         And so in terms of choices that we made, we
20    essentially were just complying with the rulings that had
21    been made to date and the discovery that had been cut off.
22    And effectively, Your Honor, what we think is going on here,
23    and that they are trying to now take the ruling that you
24    made last week and kind of then turn everything on its head
25    and basically say, well, we can call people like

17

1     simply as a result of their at risk launch to add a claim
2     for damages for the adverse launch and a demand for a jury
3     trial, and those were the only amendments that we made to
4     the complaint.
5          THE COURT:  Well, you know, they call it the
6     launch at risk for a reason, and when you file a third
7     amended complaint, I guess you do it somewhat.  If you do it
8     after discovery, you do it at risk.  And that's what
9     Genentech did in this case.  It didn't have to inject
10    damages into the case.  It did decide to do that.  It filed
11    a third amended complaint at risk.
12         ==The law has been clear in this district.  If==
13    ==Genentech had researched it, it would have easily found that==
14    ==it's "well established" that the filing of an amended==
15    ==complaint allows under Rule 15 for the as of right filing of==
16    ==an answer, and that it's well established that our courts==
17    ==don't limit what can be pled in a filing as of right in==
18    ==response to an amended complaint.==
19         So I don't know that I have a formal
20    application, but to the extent Genentech is seeking to
21    preclude the introduction of evidence at trial on defenses
22    that have been fairly pled, it's denied, and to the extent
23    Genentech is seeking to delay trial, it's denied.
24         MR. GUNTHER:  Your Honor, this is Bob Gunther.
25    I appreciate those rulings.

18

1    Your Honor, one question.  Can we -- with the

2  current trial date, we would request that discovery be

3  opened, reopened on these issues to allow us to depose

4  Dr. Jones and to do whatever else we need to do to meet

5  these defenses.  We recognize you're not going to meet the

6  trial date, but we do think as a matter of fundamental

7  fairness, we ought to have an opportunity to address the

8  defenses.

9    THE COURT:  And that's denied as well unless

10  Amgen will agree to it, and the reason why is because you

11  made me rule on October 16th that Amgen could not seek or

12  obtain that deposition, and so you can't come to the Court

13  now on the eve of trial and ask for the same deposition.

14  Again, you know, you take positions in litigation.  You've

15  got to pay the consequences.

16    So I will hear from Amgen.  If Amgen wants to

17  have a deposition of Dr. Jones and you can agree to it, but,

18  no.  You can't.  I mean, you shouldn't have opposed it on

19  October 16th.

20    MR. KNAUSS:  Your Honor, this is -- (inaudible).

21    THE COURT:  I cannot hear the person who is

22  peaking.  We cannot hear the person who is speaking.  You're

23  very mooted.  You have a bad connection.  If you could speak

24  up and be clear, please.

25    MR. KNAUSS:  Your Honor, this is Dan Knauss for

---

19

1  Amgen.  Can you hear me now?

2    THE COURT:  Barely.  Are you on a cellphone?

3    MR. KNAUSS:  I apologize, Your Honor.  I'm on a

4  cellphone, yes.

5    THE COURT:  So going forward, don't call the

6  Court on a cellphone in this case because we can't hear you.

7  Do you want to get somebody else to speak for you?

8    MS. RHYU:  Your Honor, this is Michelle Rhyu.

9  If you can't hear Dan, I would be happy to address.  Can you

10  hear me?

11    THE COURT:  We can.  Thank you.

12    MS. RHYU:  Okay.  Well, we agree with Your

13  Honor's ruling.  I just want to clarify that for the reason

14  that we sought Leyland-Jones' deposition when we did is that

15  Genentech had produced evidence six weeks after the close of

16  fact discovery and that is when we were pursuing that

17  deposition at that time.  It would be very prejudicial to

18  Amgen at this point to permit the additional discovery that

19  Genentech is seeking.

20    THE COURT:  Okay.

21    MS. RHYU:  Genentech is -- I don't want to say

22  any more, Your Honor.  I understand their position.

23    THE COURT:  All right.  So, Mr. Gunther, just to

24  clarify, you know, you're asking to take additional

25  discovery after fact discovery is long closed, and

---

20

1  specifically to depose Dr. Jones, so that application is

2  denied.

3    Is there anything else?

4    MR. GUNTHER:  No, Your Honor.

5    THE COURT:  All right.  Anything from the

6  defense?

7    MR. BELGAM:  Nothing, Your Honor.  Thank you.

8    THE COURT:  All right.  Have a good morning.

9  Thanks.

10    (Telephone conference concluded at 11:31 a.m.)

11            - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# 1

**11:00** [2] - 1:12, 3:4
**11:31** [1] - 20:10
**15** [1] - 17:15
**16th** [14] - 4:20, 5:6, 5:18, 6:19, 7:3, 7:6, 7:18, 7:21, 9:23, 11:1, 11:9, 15:1, 18:11, 18:19
**18** [1] - 1:12
**18-924** [1] - 1:8
**194** [1] - 14:6

# 2

**2019** [2] - 16:18, 16:22
**2020** [1] - 1:12
**207** [2] - 13:20, 14:7
**208** [1] - 14:7
**20th** [2] - 4:3, 6:5
**24th** [1] - 7:12

# 4

**4th** [1] - 7:7

# A

**a.m** [3] - 1:12, 3:4, 20:10
**ability** [3] - 9:3, 9:4, 16:15
**able** [2] - 9:25, 10:15
**ACTION** [1] - 1:4
**add** [1] - 17:1
**added** [3] - 6:12, 7:14, 12:18
**adding** [1] - 10:7
**addition** [1] - 10:4
**additional** [6] - 5:5, 7:23, 10:7, 13:15, 19:18, 19:24
**address** [2] - 18:7, 19:9
**adverse** [1] - 17:2
**ago** [2] - 15:9, 16:2
**agree** [4] - 12:12, 18:10, 18:17, 19:12
**agreed** [2] - 7:3, 14:23
**ahead** [2] - 8:8, 14:13
**allow** [5] - 5:11, 6:6, 6:11, 9:8, 18:3
**allowed** [3] - 4:12, 11:24, 15:11
**allows** [1] - 17:15
**alone** [1] - 11:17
**alter** [1] - 6:1
**altering** [1] - 4:14
**alters** [1] - 5:22

**amended** [11] - 4:12, 7:4, 7:6, 7:9, 7:22, 11:25, 16:22, 17:7, 17:11, 17:14, 17:18
**amendments** [1] - 17:3
**Amgen** [21] - 3:16, 3:17, 4:11, 5:11, 5:13, 9:3, 9:4, 9:8, 9:13, 11:11, 11:22, 11:24, 12:4, 12:6, 12:7, 18:10, 18:11, 18:16, 19:1, 19:18
**AMGEN** [1] - 1:7
**Amgen's** [5] - 4:6, 4:19, 4:24, 5:23, 6:20
**AND** [2] - 1:2, 2:2
**answer** [6] - 7:9, 7:15, 11:1, 11:5, 11:24, 17:16
**apologize** [1] - 19:3
**APPEARANCES** [2] - 1:17, 2:1
**application** [2] - 17:20, 20:1
**appreciate** [1] - 17:25
**April** [2] - 4:3, 6:5
**arose** [1] - 14:17
**assert** [1] - 8:1
**assume** [1] - 11:19
**assuming** [1] - 11:8
**assumptions** [1] - 12:2
**attempt** [1] - 15:17

# B

**bad** [1] - 18:23
**Banfrom** [1] - 9:10
**barely** [1] - 19:2
**based** [1] - 9:5
**basic** [1] - 12:16
**basis** [1] - 14:19
**BEFORE** [1] - 1:15
**beginning** [1] - 3:4
**behalf** [1] - 3:13
**BELGAM** [3] - 2:8, 3:15, 20:7
**Belgam** [2] - 3:14, 3:16
**benefit** [1] - 9:9
**between** [1] - 16:25
**blaming** [1] - 16:8
**boat** [1] - 15:16
**Bob** [2] - 3:25, 17:24
**bridge** [1] - 16:25
**bring** [4] - 5:11, 10:7, 13:10, 13:13
**brought** [1] - 15:13

**BY** [4] - 1:19, 2:3, 2:8, 2:12

# C

**cannot** [2] - 18:21, 18:22
**carried** [1] - 5:7
**carry** [1] - 14:7
**case** [21] - 4:2, 4:4, 4:14, 4:20, 5:7, 6:3, 6:5, 6:12, 8:12, 8:19, 9:8, 10:5, 10:12, 10:14, 11:1, 12:17, 13:18, 15:11, 17:9, 17:10, 19:6
**cellphone** [3] - 19:2, 19:4, 19:6
**certain** [2] - 8:13, 9:3
**certainly** [1] - 10:5
**CFC** [1] - 1:8
**chambers** [1] - 3:4
**chance** [2] - 16:2, 16:3
**change** [1] - 6:8
**choices** [4] - 11:14, 15:5, 15:8, 15:19
**chooses** [1] - 4:12
**CHRISTOPHER** [1] - 2:13
**Christopher** [1] - 3:17
**CIVIL** [1] - 1:4
**claim** [1] - 17:1
**clarification** [1] - 6:19
**clarify** [2] - 19:13, 19:24
**clarity** [1] - 5:21
**clear** [4] - 8:10, 16:18, 17:12, 18:24
**close** [4] - 7:20, 15:14, 16:5, 19:15
**closed** [4] - 4:5, 14:16, 14:21, 15:9, 15:17, 16:2, 19:25
**COLM** [1] - 1:15
**coming** [1] - 15:6
**complaint** [10] - 7:4, 7:6, 7:10, 11:25, 16:22, 17:4, 17:7, 17:11, 17:15, 17:18
**complying** [1] - 15:20
**concerning** [1] - 5:9
**concluded** [1] - 20:10
**conduct** [2] - 6:11, 7:11
**conference** [3] - 1:13, 3:4, 20:10
**conjunction** [1] - 4:21
**connection** [1] - 18:23
**CONNOLLY** [1] - 1:15
**consequences** [1] -

**18:15
**consistent** [2] - 9:7, 14:9
**contention** [1] - 12:19
**context** [1] - 13:14
**Continued** [1] - 2:1
**control** [1] - 9:6
**COOLEY** [1] - 2:11
**correct** [5] - 7:1, 11:12, 16:19, 16:22, 16:23
**counsel** [3] - 3:6, 3:7, 12:2
**Counsel** [2] - 2:6, 2:14
**counterclaims** [1] - 7:15
**couple** [1] - 13:9
**court** [1] - 12:25
**COURT** [38] - 1:1, 3:6, 3:8, 3:12, 3:14, 3:18, 3:22, 6:18, 6:24, 7:2, 7:8, 7:24, 8:6, 8:24, 10:18, 10:20, 10:22, 10:25, 11:8, 11:13, 12:6, 13:3, 13:21, 14:2, 14:8, 14:13, 16:17, 16:21, 17:5, 18:9, 18:21, 19:2, 19:5, 19:11, 19:20, 19:23, 20:5, 20:8
**Court** [9] - 6:6, 7:16, 11:14, 11:18, 11:20, 11:23, 16:8, 18:12, 19:6
**courts** [1] - 17:16
**culminated** [1] - 15:1
**current** [1] - 18:2
**custody** [1] - 9:6
**cut** [1] - 15:21
**CUTLER** [1] - 2:2

# D

**damages** [5] - 4:7, 6:4, 9:24, 17:2, 17:10
**Dan** [4] - 3:16, 12:11, 18:25, 19:9
**DANIEL** [2] - 1:19, 2:12
**date** [8] - 6:4, 6:10, 10:11, 10:12, 10:15, 15:21, 18:2, 18:6
**deal** [1] - 10:16
**decide** [1] - 17:10
**decided** [2] - 11:21, 16:21
**defendant** [2] - 1:8, 12:11
**Defendant** [1] - 2:14

**defense** [3] - 8:2, 9:5, 20:6
**defenses** [21] - 4:25, 5:9, 5:17, 6:7, 6:12, 7:11, 7:14, 7:17, 7:23, 8:12, 8:14, 8:19, 8:22, 10:17, 12:19, 15:10, 16:4, 16:14, 17:21, 18:5, 18:8
**DELAWARE** [1] - 1:2
**Delaware** [1] - 1:11
**delay** [1] - 17:23
**demand** [1] - 17:2
**denial** [1] - 5:18
**denied** [17] - 4:23, 4:25, 5:2, 5:4, 6:20, 6:25, 8:23, 9:3, 9:15, 9:21, 14:9, 15:1, 15:17, 17:22, 17:23, 18:9, 20:2
**deny** [1] - 9:4
**denying** [3] - 4:10, 5:23, 16:11
**depended** [1] - 15:12
**depose** [3] - 16:3, 18:3, 20:1
**deposed** [1] - 11:10
**deposing** [1] - 11:22
**deposition** [15] - 5:1, 9:9, 10:2, 10:11, 12:24, 13:15, 18:12, 18:13, 18:17, 19:14, 19:17
**derivation** [10] - 4:19, 5:2, 5:24, 6:21, 7:10, 10:8, 10:13, 12:18, 13:11, 15:14
**derivation /improper** [1] - 5:9
**described** [1] - 14:9
**detail** [1] - 6:16
**develop** [2] - 16:4, 16:15
**developed** [1] - 15:3
**deviate** [1] - 6:8
**dictated** [1] - 15:9
**different** [2] - 5:13, 10:6
**discovery** [51] - 4:4, 4:7, 4:16, 4:24, 5:5, 5:8, 5:18, 5:24, 6:4, 6:11, 6:20, 8:1, 8:15, 8:16, 8:22, 9:4, 9:11, 9:15, 9:21, 10:2, 11:15, 11:16, 12:15, 13:13, 14:16, 14:18, 14:19, 14:21, 14:22, 14:24, 14:25, 15:3, 15:9, 15:15, 15:17,

15:18, 15:21, 16:2, 16:5, 16:11, 16:12, 16:14, 16:18, 17:8, 18:2, 19:16, 19:18, 19:25
**discussion** [1] - 14:5
**district** [1] - 17:12
**District** [1] - 11:17
**DISTRICT** [2] - 1:1, 1:2
**document** [3] - 5:5, 8:16, 9:11
**done** [1] - 10:6
**DORR** [1] - 2:2
**dosing** [1] - 10:11
**dozens** [2] - 11:16
**Dr** [12] - 5:1, 5:16, 8:15, 8:16, 9:10, 10:1, 11:10, 11:22, 18:4, 18:17, 20:1
**during** [1] - 4:23

## E

**easily** [1] - 17:13
**effectively** [5] - 5:12, 6:8, 8:17, 15:3, 15:22
**effort** [2] - 4:19, 13:13
**efforts** [1] - 14:22
**election** [1] - 4:6
**end** [1] - 16:11
**ended** [1] - 16:18
**engaged** [1] - 4:6
**ENGLISH** [1] - 1:19
**entirely** [1] - 9:24
**especially** [1] - 4:13
**ESQ** [9] - 1:19, 2:3, 2:3, 2:4, 2:4, 2:8, 2:12, 2:12, 2:13
**essentially** [2] - 13:6, 15:20
**establish** [1] - 10:15
**established** [2] - 17:14, 17:16
**eve** [1] - 18:13
**evidence** [11] - 5:11, 5:17, 6:7, 8:13, 8:14, 9:17, 13:10, 13:17, 17:21, 19:15
**example** [2] - 10:10, 13:19
**existing** [1] - 6:3
**expert** [2] - 4:4, 16:6
**explanation** [1] - 16:24
**extent** [2] - 17:20, 17:22

## F

**fact** [12] - 4:4, 10:13, 11:21, 14:16, 14:19, 14:21, 15:9, 15:14, 16:5, 16:18, 19:16, 19:25
**fair** [1] - 13:16
**fairly** [1] - 17:22
**fairness** [1] - 18:7
**fashion** [1] - 10:5
**February** [1] - 1:12
**few** [1] - 7:21
**file** [4] - 7:4, 11:2, 16:21, 17:6
**filed** [4] - 7:6, 7:11, 7:18, 17:10
**filing** [4] - 7:17, 17:14, 17:15, 17:17
**fine** [1] - 6:3
**finish** [1] - 6:4
**first** [3] - 3:19, 12:6, 16:5
**FLETCHER** [3] - 6:22, 7:5, 7:9
**focused** [1] - 9:23
**following** [1] - 3:3
**FOR** [1] - 1:2
**foreclose** [1] - 5:8
**forget** [1] - 8:8
**formal** [1] - 17:19
**forward** [12] - 5:7, 5:11, 6:3, 9:5, 9:16, 9:23, 10:8, 11:24, 12:7, 13:10, 13:14, 19:5
**fundamental** [2] - 14:15, 18:6

## G

**Genentech** [17] - 3:13, 6:11, 7:3, 11:9, 11:21, 12:1, 12:14, 12:21, 16:1, 16:21, 17:9, 17:13, 17:20, 17:23, 19:15, 19:19, 19:21
**GENENTECH** [1] - 1:4
**given** [3] - 9:21, 9:22, 16:9
**guess** [5] - 8:24, 9:6, 9:14, 11:2, 17:7
**GUNTHER** [21] - 2:3, 3:24, 7:1, 8:3, 8:9, 9:18, 10:19, 10:21, 10:24, 11:7, 11:12, 12:5, 13:5, 13:25, 14:4, 14:12, 14:14, 16:20, 16:23, 17:24,

20:4
**Gunther** [8] - 3:11, 3:21, 3:25, 8:25, 13:3, 14:2, 17:24, 19:23
**guys** [1] - 11:14

## H

**ha-ha** [1] - 16:1
**HALE** [1] - 2:2
**hand** [1] - 3:20
**happy** [1] - 19:9
**head** [2] - 15:24, 16:13
**hear** [10] - 12:4, 12:6, 12:9, 18:16, 18:21, 18:22, 19:1, 19:6, 19:9, 19:10
**hearing** [11] - 4:18, 4:21, 4:23, 7:13, 7:18, 7:19, 7:21, 9:23, 11:9, 13:12, 15:1
**hearings** [1] - 11:15
**held** [1] - 3:4
**Hoffman** [2] - 5:4, 8:16
**hold** [3] - 13:22, 13:24
**holding** [1] - 16:12
**honestly** [1] - 12:20
**Honor** [45] - 3:7, 3:10, 3:15, 3:20, 3:24, 4:2, 4:8, 4:11, 4:17, 4:23, 5:8, 5:14, 5:21, 6:14, 6:23, 7:1, 7:5, 7:20, 8:3, 9:18, 12:5, 12:10, 13:5, 13:7, 13:16, 13:19, 13:25, 14:4, 14:12, 14:14, 14:15, 15:6, 15:8, 15:22, 16:7, 16:23, 17:24, 18:1, 18:20, 18:25, 19:3, 19:8, 19:22, 20:4, 20:7
**Honor's** [4] - 4:9, 4:15, 5:23, 19:13
**HONORABLE** [1] - 1:15

## I

**immediate** [1] - 11:5
**import** [1] - 5:15
**important** [2] - 9:20, 13:7
**improper** [10] - 4:19, 5:2, 5:24, 6:22, 6:24, 7:10, 10:8, 10:13, 13:11, 15:14
**IN** [2] - 1:1, 1:2

**inaudible** [1] - 9:20
**inaudible )** [2] - 13:1, 18:20
**INC** [2] - 1:4, 1:7
**inclined** [1] - 6:6
**including** [1] - 4:16
**inconsistent** [2] - 9:19, 12:14
**incorrect** [1] - 12:19
**inequitable** [1] - 7:11
**information** [4] - 9:17, 10:22, 13:14, 13:16
**informed** [1] - 5:15
**inject** [2] - 4:19, 17:9
**interrogatories** [1] - 12:20
**introduced** [1] - 13:18
**introduction** [1] - 17:21
**inundate** [1] - 11:14
**invalidity** [2] - 4:15, 10:12
**invention** [2] - 10:13, 10:15
**inventors** [1] - 5:4
**inventorship** [12] - 4:20, 5:2, 5:10, 5:24, 6:22, 6:24, 7:10, 10:9, 10:14, 12:19, 13:11, 15:14
**issue** [5] - 4:20, 4:22, 5:2, 10:3, 10:4
**issues** [20] - 4:4, 4:15, 4:16, 4:18, 5:19, 9:22, 9:24, 10:8, 10:25, 11:16, 12:15, 12:17, 14:17, 14:20, 14:22, 15:4, 15:13, 15:18, 16:6, 18:3

## J

**JENKINS** [1] - 2:8
**joined** [1] - 3:10
**Jones** [14] - 5:1, 5:16, 8:15, 9:10, 10:1, 11:10, 11:22, 12:18, 12:24, 16:1, 18:4, 18:17, 20:1
**Jones'** [1] - 19:14
**JOSHUA** [1] - 2:4
**JR** [1] - 2:3
**Judge** [2] - 11:17, 11:18
**June** [4] - 14:17, 15:15, 16:11, 16:18
**jury** [1] - 17:2

## K

**Kao** [1] - 4:21
**KATZENSTEIN** [1] - 2:8
**keep** [2] - 11:16, 15:8
**kind** [3] - 14:15, 15:24, 16:7
**KNAUSS** [5] - 2:12, 12:10, 18:20, 18:25, 19:3
**Knauss** [3] - 3:16, 12:11, 18:25
**knows** [1] - 4:2

## L

**last** [11] - 4:8, 4:17, 5:22, 5:23, 6:1, 6:9, 8:5, 8:8, 8:21, 14:17, 15:24
**late** [3] - 4:14, 5:10, 13:18
**launch** [3] - 17:1, 17:2, 17:6
**law** [1] - 17:12
**least** [1] - 7:20
**left** [1] - 16:7
**Leyland** [11] - 5:1, 5:16, 8:15, 9:10, 10:1, 11:10, 11:22, 12:18, 12:24, 16:1, 19:14
**Leyland-Jones** [10] - 5:1, 5:16, 8:15, 9:10, 10:1, 11:10, 11:22, 12:18, 12:24, 16:1
**Leyland-Jones'** [1] - 19:14
**liability** [1] - 4:5
**limine** [1] - 12:15
**limit** [1] - 17:17
**LIN** [1] - 2:4
**Lin** [1] - 3:11
**literally** [2] - 11:15
**litigant** [1] - 11:19
**litigation** [1] - 18:14
**living** [2] - 8:20, 8:21
**LLP** [4] - 1:19, 2:2, 2:8, 2:11
**look** [2] - 7:25, 13:19

## M

**Magistrate** [1] - 11:17
**matter** [4] - 8:11, 8:19, 15:11, 18:6
**McCARTER** [1] - 1:19
**MEAD** [1] - 2:13
**Mead** [1] - 3:17

**mean** [5] - 9:6, 11:13, 11:21, 11:25, 18:18
**meet** [2] - 18:4, 18:5
**MICHELLE** [1] - 2:12
**Michelle** [3] - 3:16, 19:8
**might** [2] - 10:7, 10:10
**mind** [1] - 15:8
**minute** [1] - 13:23
**moment** [1] - 4:7
**monthly** [1] - 11:15
**months** [2] - 4:5, 13:9
**mooted** [1] - 18:23
**morning** [6] - 3:6, 3:7, 3:15, 3:24, 12:10, 20:8
**motion** [9] - 4:10, 5:14, 7:17, 11:2, 11:20, 12:15, 12:22, 13:1, 15:12
**move** [1] - 6:11
**moved** [2] - 4:5, 9:23
**MR** [33] - 3:10, 3:13, 3:15, 3:20, 3:23, 3:24, 6:22, 7:1, 7:5, 7:9, 8:3, 8:9, 9:18, 10:19, 10:21, 10:24, 11:7, 11:12, 12:5, 12:10, 13:5, 13:25, 14:4, 14:12, 14:14, 16:20, 16:23, 17:24, 18:20, 18:25, 19:3, 20:4, 20:7
**MS** [3] - 19:8, 19:12, 19:21

**N**

**NEAL** [1] - 2:8
**Neal** [1] - 3:15
**necessarily** [3] - 8:4, 9:1, 9:19
**need** [2] - 6:10, 18:4
**needs** [1] - 6:10
**never** [1] - 14:24
**new** [4] - 4:24, 7:10, 10:16, 13:10
**NO** [1] - 1:8
**nobody** [1] - 11:16
**NORMA** [1] - 2:3
**NOTE** [1] - 3:3
**nothing** [1] - 20:7
**notwithstanding** [1] - 5:18

**O**

**o'clock** [1] - 1:12
**obtain** [1] - 18:12
**October** [23] - 4:17,

4:20, 5:6, 5:18, 5:23, 6:2, 6:9, 6:19, 7:3, 7:6, 7:18, 7:21, 8:21, 9:23, 11:1, 11:9, 12:16, 12:20, 13:6, 13:12, 15:1, 18:11, 18:19
**odds** [1] - 9:1
**OF** [1] - 1:2
**one** [7] - 5:3, 9:24, 11:17, 12:22, 14:25, 18:1
**opened** [1] - 18:3
**opinion** [1] - 16:6
**opportunity** [3] - 10:2, 12:24, 18:7
**opposed** [3] - 11:11, 14:22, 18:18
**order** [1] - 10:16
**otherwise** [1] - 9:11
**ought** [2] - 6:2, 18:7
**ourselves** [1] - 13:7
**outset** [1] - 6:15

**P**

**packed** [1] - 10:23
**page** [3] - 14:3, 14:5, 14:6
**pages** [1] - 13:20
**part** [4] - 8:12, 8:19, 11:13, 13:12
**parties** [1] - 9:22
**PASSAMANECK** [1] - 2:3
**Passamaneck** [1] - 3:11
**patent** [1] - 5:4
**patents** [1] - 10:12
**Pause** [1] - 14:1
**pay** [1] - 18:15
**peaking** [1] - 18:22
**pending** [1] - 11:20
**people** [1] - 15:25
**perfectly** [1] - 9:7
**permit** [1] - 19:18
**person** [3] - 16:3, 18:21, 18:22
**perspective** [1] - 15:15
**PICKERING** [1] - 2:2
**placed** [1] - 16:13
**plaintiff** [1] - 1:5
**Plaintiff** [1] - 3:9
**plaintiffs** [1] - 3:9
**pleadings** [2] - 4:13, 7:22
**pled** [2] - 17:17, 17:22
**point** [4] - 6:17, 7:16, 13:9, 19:18

**position** [7] - 8:18, 12:9, 12:16, 14:15, 14:24, 16:13, 19:22
**positions** [1] - 18:14
**possession** [1] - 9:6
**potentially** [1] - 10:6
**preclude** [1] - 17:21
**precluded** [1] - 7:25
**precludes** [1] - 9:16
**precluding** [1] - 11:22
**prejudicial** [1] - 19:17
**prepared** [1] - 6:14
**present** [1] - 12:8
**previously** [2] - 8:13, 16:10
**priority** [1] - 10:11
**procedural** [5] - 4:11, 5:22, 8:11, 8:19, 15:11
**procedurally** [1] - 4:11
**produced** [1] - 19:15
**pull** [1] - 13:23
**pursuing** [1] - 19:16
**pushing** [1] - 13:17
**put** [7] - 5:17, 6:7, 7:22, 9:8, 13:7, 13:22, 16:6

**Q**

**Q.E** [1] - 2:3

**R**

**raising** [1] - 7:10
**read** [2] - 14:8, 14:10
**ready** [1] - 13:2
**really** [3] - 13:7, 16:15, 16:17
**reason** [7] - 4:8, 5:20, 6:16, 15:16, 17:6, 18:10, 19:13
**received** [1] - 4:9
**recently** [1] - 6:13
**recognize** [1] - 18:5
**reconsider** [3] - 8:5, 8:6, 8:7
**record** [4] - 6:8, 15:2, 16:4, 16:15
**records** [1] - 4:14
**redepose** [1] - 5:3
**refiled** [1] - 7:19
**related** [1] - 4:4
**relating** [10] - 4:18, 4:24, 6:7, 8:13, 8:14, 8:22, 9:22, 9:24, 10:3, 14:19
**relatively** [1] - 7:20
**relevant** [1] - 14:6
**relying** [1] - 10:11

**remember** [1] - 15:13
**removed** [1] - 10:25
**reopen** [5] - 12:15, 14:24, 14:25, 15:16, 15:18
**reopened** [1] - 18:3
**REPORTER 'S** [1] - 3:3
**represented** [1] - 12:1
**request** [8] - 4:24, 5:1, 5:3, 5:5, 5:23, 6:20, 13:15, 18:2
**requested** [1] - 5:20
**requests** [2] - 5:10, 9:16
**researched** [1] - 17:13
**respect** [7] - 4:6, 6:20, 13:10, 13:11, 15:4, 15:7, 16:6
**respond** [2] - 3:7, 4:12
**response** [1] - 17:18
**result** [1] - 17:1
**RHYU** [4] - 2:12, 19:8, 19:12, 19:21
**Rhyu** [3] - 3:16, 19:8
**risk** [7] - 11:22, 11:25, 12:21, 17:1, 17:6, 17:8, 17:11
**rock** [1] - 15:16
**ROERT** [1] - 2:3
**Rule** [1] - 17:15
**rule** [2] - 11:20, 18:11
**ruled** [3] - 8:11, 8:13, 8:17
**ruling** [17] - 4:9, 4:11, 4:13, 5:6, 5:7, 5:14, 5:15, 5:22, 5:23, 6:1, 8:5, 8:8, 9:15, 11:23, 12:21, 15:23, 19:13
**rulings** [12] - 4:15, 6:2, 6:9, 9:1, 9:8, 9:19, 9:21, 12:13, 14:6, 15:20, 16:10, 17:25

**S**

**scheduled** [1] - 4:2
**second** [1] - 13:22
**seek** [2] - 5:21, 18:11
**seeking** [4] - 12:14, 17:20, 17:23, 19:19
**seem** [1] - 8:25
**September** [4] - 7:7, 7:12, 12:20, 16:22
**shortly** [1] - 7:19
**significant** [1] - 4:18
**silver** [2] - 3:8, 3:18
**SILVER** [5] - 1:19, 3:10, 3:13, 3:20, 3:23

**simply** [1] - 17:1
**six** [1] - 19:15
**SMITH** [1] - 2:8
**solely** [1] - 4:6
**somewhat** [1] - 17:7
**sophisticated** [1] - 12:1
**sorry** [2] - 12:5, 14:14
**sort** [4] - 7:14, 8:20, 9:20, 16:1
**sought** [1] - 19:14
**speaking** [1] - 18:22
**specifically** [2] - 4:25, 20:1
**stage** [1] - 4:14
**stand** [1] - 6:8
**start** [1] - 4:3
**started** [1] - 14:18
**starting** [1] - 6:5
**starts** [2] - 14:4, 14:5
**STATES** [1] - 1:1
**STEPHANIE** [1] - 2:4
**stern** [1] - 3:11
**STERN** [1] - 2:4
**stop** [1] - 12:25
**strike** [7] - 4:10, 5:14, 7:17, 11:2, 12:22, 14:10, 15:12
**struck** [1] - 11:3
**struggling** [1] - 8:25
**subjects** [1] - 11:6
**subsequent** [1] - 7:2
**substantive** [1] - 5:7
**surprise** [2] - 5:12, 16:10
**surprised** [1] - 12:12
**surprising** [1] - 12:25

**T**

**telephone** [2] - 3:3, 20:10
**Telephone** [1] - 1:13
**terms** [5] - 10:6, 10:12, 13:8, 15:5, 15:19
**testimony** [1] - 12:8
**THE** [39] - 1:1, 1:2, 3:6, 3:8, 3:12, 3:14, 3:18, 3:22, 6:18, 6:24, 7:2, 7:8, 7:24, 8:6, 8:24, 10:18, 10:20, 10:22, 10:25, 11:8, 11:13, 12:6, 13:3, 13:21, 14:2, 14:8, 14:13, 16:17, 16:21, 17:5, 18:9, 18:21, 19:2, 19:5, 19:11, 19:20, 19:23, 20:5, 20:8

**themselves** [1] - 14:18
**they've** [2] - 5:14, 14:24
**third** [5] - 7:4, 11:25, 16:22, 17:6, 17:11
**thrust** [1] - 13:12
**timely** [1] - 10:5
**took** [2] - 12:1, 12:21
**transcript** [2] - 13:23, 14:3
**trial** [20] - 4:3, 4:5, 5:11, 5:17, 6:3, 6:10, 8:2, 10:1, 12:7, 13:2, 13:9, 16:1, 16:9, 16:14, 17:3, 17:21, 17:23, 18:2, 18:6, 18:13
**try** [3] - 6:4, 14:18, 15:16
**trying** [4] - 8:14, 9:14, 13:9, 15:23
**Tuesday** [1] - 1:12
**turn** [1] - 15:24
**turned** [1] - 16:12
**two** [2] - 9:1, 12:22

## U

**U.S.D.C.J** [1] - 1:15
**under** [2] - 16:25, 17:15
**unfair** [1] - 16:16
**UNITED** [1] - 1:1
**unless** [1] - 18:9
**untimely** [10] - 4:25, 5:3, 5:5, 5:25, 6:25, 8:17, 8:23, 13:14, 14:9, 14:23
**up** [7] - 6:4, 11:16, 13:23, 15:13, 16:4, 16:9, 18:24

## V

**view** [5] - 4:13, 5:13, 12:13, 13:1, 15:16
**viewed** [2] - 4:10, 5:6
**vs** [1] - 1:6

## W

**wait** [1] - 10:20
**wants** [2] - 9:8, 18:16
**water** [1] - 16:24
**ways** [1] - 12:22
**week** [6] - 4:8, 5:22, 6:1, 8:5, 8:8, 15:24
**weeks** [2] - 7:21, 19:15
**whole** [2] - 13:12, 14:5

**WILMER** [1] - 2:2
**Wilmington** [1] - 1:11
**witness** [1] - 5:16
**witnesses** [2] - 10:7, 12:8
**words** [2] - 9:2, 11:10
**world** [1] - 8:21

## Y

**year** [1] - 14:17

# EXHIBIT 2

Standard Chlorine DE v. Sinibaldi, et al, 1:91-CV-00188 (DEL)

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 02/07/2004**

**Current Date:** 4/15/2020
**Source:** U. S. District Court of Delaware (Wilmington)

| | |
|---|---|
| **Court:** | U. S. District Court of Delaware (Wilmington) |
| **Case Title:** | Standard Chlorine DE v. Sinibaldi, et al |
| **Case:** | 1:91-CV-00188 |
| **Judge:** | Judge Sue L. Robinson |
| **Date Filed:** | 03/31/1991 |
| **Case Status:** | CLOSED |

**CASE INFORMATION**

| | |
|---|---|
| **Case Number:** | 1:91CV00188 |
| **Jury Demand:** | Defendant |
| **Nature of Suit:** | Other Statutes: Racketeer Influenced and Corrupt Organizations (470) |
| **Key Nature of Suit:** | Other Federal Statutes; RICO (340.80) |
| **Jurisdiction:** | Federal Question |
| **Cause:** | 18 USC 1962 Racketeering (RICO) Act |

**PARTICIPANT INFORMATION**

## STANDARD CHLORINE OF DELAWARE INC.

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Richard D. Allen |
| **Firm Name:** | Morris, Nichols, Arsht Tunnell |
| **Attorney Address:** | 1201 North Market Street P.O. Box 1347 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |

## WILMINGTON TRUST COMPANY movant COMMA CORPORATION

| | |
|---|---|
| **Type:** | Counter-claimant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Firm Name:** | David S. Lank Theisen, Lank, Mulford & Goldberg |
| **Attorney Address:** | 1201 Orange St. P.O. Box 1470 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-656-7712 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |
| **Firm Name:** | Smith, Katzenstein, & Furlow |

| | |
|---|---|
| **Attorney Address:** | The Corporate Plaza |
| | 800 Delaware Ave. |
| | P.O. Box 410 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-652-8400 |
| **Attorney:** | Matthew J. Lynch, Jr. |
| **Attorney Terminated:** | 06/09/1993 |
| **Firm Name:** | Wilmington Trust Co. |
| **Attorney Address:** | 1100 N. Market Street |
| | Rodney Square North |
| | Wilmington, DE 19890 |
| **Attorney Phone:** | 302-651-8569 |

## LORRAINE RENTAL & EQUIPMENT CO., INC.

| | |
|---|---|
| **Type:** | Counter-claimant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Firm Name:** | David S. Lank |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## SHS HOLDING CORP.

| | |
|---|---|
| **Type:** | Counter-claimant |
| **Party Terminated:** | 12/04/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Firm Name:** | David S. Lank |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## ALL-AMERICAN PROMOTIONS, INC.

| | |
|---|---|
| **Type:** | Counter-claimant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Firm Name:** | David S. Lank |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## ANTHONY R. SINIBALDI

| | |
|---|---|
| **Type:** | Counter-claimant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 04/22/1993 |

Standard Chlorine DE v. Sinclair, et al, 1:91-cv-00438 (1991)

| | |
|---|---|
| **Firm Name:** | Theisen, Lank, Mulford Goldberg |
| **Attorney Address:** | 1201 Orange St. |
| | P.O. Box 1470 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-656-7712 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |
| **Firm Name:** | Smith, Katzenstein, & Furlow |
| **Attorney Address:** | The Corporate Plaza |
| | 800 Delaware Ave. |
| | P.O. Box 410 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-652-8400 |
| **Attorney:** | Steven J. Balick |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Steven J. Balick |
| | Ashby & Geddes |
| **Attorney Address:** | One Rodney Square |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-654-1888 |

## COMMA CORPORATION

| | |
|---|---|
| **Type:** | Third-party Plaintiff |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Firm Name:** | David S. Lank |
| | Theisen, Lank, Mulford & Goldberg |
| **Attorney Address:** | 1201 Orange St. |
| | P.O. Box 1470 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-656-7712 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |
| **Firm Name:** | Smith, Katzenstein, & Furlow |
| **Attorney Address:** | The Corporate Plaza |
| | 800 Delaware Ave. |
| | P.O. Box 410 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-652-8400 |

## LORRAINE RENTAL & EQUIPMENT CO., INC.

| | |
|---|---|
| **Type:** | Third-party Plaintiff |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Firm Name:** | David S. Lank |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

Case: 1:17-cv-01407-CFC-SRF   Document 672   Filed 04/22/20   Page 40 of 145 PageID #:
45416
Standard Sinoma DE v. Sinibaldi, et al;, 9 TV000106 (1990)

## SS&H REALTY

| | |
|---|---|
| **Type:** | Third-party Plaintiff |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Firm Name:** | David S. Lank |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## ALL-AMERICAN PROMOTIONS, INC.

| | |
|---|---|
| **Type:** | Third-party Plaintiff |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Firm Name:** | David S. Lank |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## MICHAEL O. SINIBALDI

| | |
|---|---|
| **Type:** | Third-party Plaintiff |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 04/22/1993 |
| **Firm Name:** | Theisen, Lank, Mulford Goldberg |
| **Attorney Address:** | 1201 Orange St. P.O. Box 1470 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-656-7712 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |
| **Firm Name:** | Smith, Katzenstein, & Furlow |
| **Attorney Address:** | The Corporate Plaza 800 Delaware Ave. P.O. Box 410 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-652-8400 |
| **Attorney:** | Steven J. Balick |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Steven J. Balick Ashby & Geddes |
| **Attorney Address:** | One Rodney Square P.O. Box 1150 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-654-1888 |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00188 (1991)

## ANTHONY R. SINIBALDI

| | |
|---|---|
| **Type:** | Third-party Plaintiff |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 04/22/1993 |
| **Firm Name:** | Theisen, Lank, Mulford Goldberg |
| **Attorney Address:** | 1201 Orange St. P.O. Box 1470 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-656-7712 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |
| **Firm Name:** | Smith, Katzenstein, & Furlow |
| **Attorney Address:** | The Corporate Plaza 800 Delaware Ave. P.O. Box 410 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-652-8400 |

## DOVER STEEL COMPANY, INC.

| | |
|---|---|
| **Type:** | Counter-claimant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 04/22/1993 |
| **Firm Name:** | Theisen, Lank, Mulford Goldberg |
| **Attorney Address:** | 1201 Orange St. P.O. Box 1470 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-656-7712 |
| **Attorney:** | Richard Galperin |
| **Attorney Terminated:** | 09/22/1993 |
| **Firm Name:** | Morris, James, Hitchens Williams |
| **Attorney Address:** | 222 Delaware Ave. P.O. Box 2306 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-888-6800 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |
| **Firm Name:** | Smith, Katzenstein, & Furlow |
| **Attorney Address:** | The Corporate Plaza 800 Delaware Ave. P.O. Box 410 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-652-8400 |
| **Attorney:** | Steven J. Balick |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Ashby & Geddes |

| | |
|---|---|
| **Attorney Address:** | One Rodney Square |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-654-1888 |

## ANTHONY R. SINIBALDI

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 04/22/1993 |
| **Firm Name:** | Theisen, Lank, Mulford |
| | Goldberg |
| **Attorney Address:** | 1201 Orange St. |
| | P.O. Box 1470 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-656-7712 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |
| **Firm Name:** | Smith, Katzenstein, & Furlow |
| **Attorney Address:** | The Corporate Plaza |
| | 800 Delaware Ave. |
| | P.O. Box 410 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-652-8400 |
| **Attorney:** | Steven J. Balick |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Ashby & Geddes |
| **Attorney Address:** | One Rodney Square |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-654-1888 |

## MICHAEL O. SINIBALDI

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 04/22/1993 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |
| **Attorney:** | Steven J. Balick |
| **Attorney Terminated:** | 11/13/1995 |

## DOVER STEEL COMPANY, INC.

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 04/22/1993 |
| **Attorney:** | Richard Galperin |

| | |
|---|---|
| **Attorney Terminated:** | 09/22/1993 |
| **Firm Name:** | Morris, James, Hitchens Williams |
| **Attorney Address:** | 222 Delaware Ave. P.O. Box 2306 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-888-6800 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |
| **Attorney:** | Steven J. Balick |
| **Attorney Terminated:** | 11/13/1995 |

## COMMA CORPORATION

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | David S. Lank |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Theisen, Lank, Mulford Goldberg |
| **Attorney Address:** | 1201 Orange St. P.O. Box 1470 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-656-7712 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## LORRAINE RENTAL & EQUIPMENT CO., INC.

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | David S. Lank |
| **Attorney Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## DELAWARE RENTAL CO.

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 12/04/1995 |
| **Attorney:** | David S. Lank |
| **Attorney Terminated:** | 12/04/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

Standard Chlorine DE v. Sinibaldi, et al., 1:91-CV-00188 (1990)

## SS&H REALTY

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | David S. Lank |
| **Attorney Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## SHS HOLDING CORP.

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 12/04/1995 |
| **Attorney:** | David S. Lank |
| **Attorney Terminated:** | 12/04/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## A.M.B. CONSTRUCTION CO., INC.

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 12/04/1995 |
| **Attorney:** | David S. Lank |
| **Attorney Terminated:** | 12/04/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## ALL-AMERICAN PROMOTIONS, INC.

| | |
|---|---|
| **Type:** | Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | David S. Lank |
| **Attorney Terminated:** | 11/13/1995 |
| **Attorney:** | Aubrey B. Lank |
| **Attorney Terminated:** | 11/18/1993 |
| **Attorney:** | Robert J. Katzenstein |
| **Attorney Terminated:** | 05/09/1991 |

## GEORGE MANTAKOUNIS

Standard Chlorine DE v. Sinibaldi, et al., 1:91-cv-00188 (1991)

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Gordon L. McLaughlin |
| **Attorney Terminated:** | 02/22/1993 |
| **Firm Name:** | Laffey & McLaughlin |
| **Attorney Address:** | 1500 North French St. |
| | Wilmington, DE 19801 |
| **Attorney Phone:** | 302-651-7979 |
| **Attorney:** | Richard D. Allen |
| **Attorney Terminated:** | 07/07/1992 |
| **Firm Name:** | Morris, Nichols, Arsht |
| | Tunnell |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |
| **Attorney:** | William D. Sullivan |
| **Firm Name:** | Elzufon & Austin |
| **Attorney Address:** | 1201 N. Market Street, Suite 1401 |
| | P.O. Box 1630 |
| | Wilmington, DE 19899-1630 |
| **Attorney Phone:** | 302-428-3181 |
| **Attorney:** | Chris J. Pietrafitta |
| **Attorney Terminated:** | 06/09/1993 |
| **Firm Name:** | Richards, Layton & Finger |
| **Attorney Address:** | One Rodney Square |
| | P.O. Box 551 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-6541 |

## MANTAS PAINTING COMPANY

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Angelo Falasca |
| **Firm Name:** | Angelo Falasca |
| **Attorney Address:** | 1228 French St. |
| | Wilmington, DE 19801 |
| **Attorney Phone:** | 302-656-7600 |
| **Attorney:** | Gordon L. McLaughlin |
| **Attorney Terminated:** | 02/22/1993 |
| **Attorney:** | Richard D. Allen |
| **Attorney Terminated:** | 07/07/1992 |
| **Attorney:** | William D. Sullivan |
| **Attorney:** | Chris J. Pietrafitta |
| **Attorney Terminated:** | 06/09/1993 |

## STANDARD CHLORINE OF DELAWARE INC.

| | |
|---|---|
| **Type:** | Counter-defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Richard D. Allen |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Morris, Nichols, Arsht |

Standard Chlorine of Delaware, et al, 1:91-cv-00406 (1991)

| | |
|---|---|
| | Tunnell |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |

## STANDARD CHLORINE OF DELAWARE INC.

| | |
|---|---|
| **Type:** | Counter-defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Richard D. Allen |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Morris, Nichols, Arsht |
| | Tunnell |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |

## LOUIS P. WIENER

| | |
|---|---|
| **Type:** | Third-party Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Karen L. Pascale |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Morris, Nichols, Arsht |
| | Tunnell |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |

## MARGARET L. WIENER

| | |
|---|---|
| **Type:** | Third-party Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Karen L. Pascale |
| **Attorney Terminated:** | 11/13/1995 |

## STANDARD CHLORINE OF DELAWARE INC.

| | |
|---|---|
| **Type:** | Third-party Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Karen L. Pascale |
| **Attorney Terminated:** | 11/13/1995 |

## LOUIS P. WIENER

| | |
|---|---|
| **Type:** | Third-party Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Karen L. Pascale |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Morris, Nichols, Arsht Tunnell |
| **Attorney Address:** | 1201 North Market Street P.O. Box 1347 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |

## MARGARET L. WIENER

| | |
|---|---|
| **Type:** | Third-party Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Karen L. Pascale |
| **Attorney Terminated:** | 11/13/1995 |

## STANDARD CHLORINE OF DELAWARE INC.

| | |
|---|---|
| **Type:** | Third-party Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Karen L. Pascale |
| **Attorney Terminated:** | 11/13/1995 |

## LOUIS P. WIENER

| | |
|---|---|
| **Type:** | Third-party Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Karen L. Pascale |
| **Attorney Terminated:** | 11/13/1995 |
| **Firm Name:** | Morris, Nichols, Arsht Tunnell |
| **Attorney Address:** | 1201 North Market Street P.O. Box 1347 Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |

## MARGARET L. WIENER

| | |
|---|---|
| **Type:** | Third-party Defendant |
| **Party Terminated:** | 11/13/1995 |
| **Attorney:** | Karen L. Pascale |
| **Attorney Terminated:** | 11/13/1995 |

## STANDARD CHLORINE OF DELAWARE INC.

**Type:**                          Third-party Defendant
**Attorney:**                      Karen L. Pascale

## MARGARET L. WIENER

**Type:**                          Counter-defendant
**Party Terminated:**              11/13/1995

## LOUIS P. WIENER

**Type:**                          Counter-defendant
**Party Terminated:**              11/13/1995

## STANDARD CHLORINE OF DELAWARE INC.

**Type:**                          Counter-defendant

Standard Chlorine DE v. Sinibaldi, et al., 1:91-cv-00188 (1991)

| | |
|---|---|
| **Attorney:** | Richard D. Allen |
| **Firm Name:** | Morris, Nichols, Arsht Tunnell |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |

**DOCKET PROCEEDINGS (610)**

| Entry #: | Date: | Description: | |
|---|---|---|---|
| 518 | 09/23/1998 | Return Acknowledgment of sealed documents DI 384 (lf) [Entry date 09/24/98] | Send Runner to Court |
| 517 | 09/10/1998 | ORDER, clerk shall inform parties of the retrieval of all. the sealed documents ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | Send Runner to Court |
| 516 | 05/21/1997 | JUDGMENT OF USCA (certified copy) Re: [512-1] appeal; Re: in accordance with agreement of the parties, appeal dismissed (lf) [Entry date 05/23/97] | Send Runner to Court |
| 515 | 05/15/1996 | Letter dated 5/15/96 from Gordon McLaughlin, Esq. to Carole White, Deputy Clerk; Re: No representation (lf) [Entry date 05/21/96] | Send Runner to Court |
| | 05/09/1996 | One certified copy of the docket entries to be filed as the Certified List in Lieu of the record. Transcript Purchase Order is filed and record is ready for appeal purposes. (lf) [Entry date 05/15/96] | Send Runner to Court |
| | 05/06/1996 | NOTICE of Docketing ROA from USCA Re: [512-1] appeal by Standard Chlorine DE USCA NUMBER: 96-7256 (lf) [Entry date 05/07/96] | Send Runner to Court |
| 514 | 05/01/1996 | Transcript requested (lf) [Entry date 05/03/96] | Send Runner to Court |
| 513 | 04/30/1996 | Letter dated 4/29/96 from Robert Katzenstein, Esq. to Judge Robinson; Re: no representation in case (lf) [Entry date 05/01/96] | Send Runner to Court |
| | 04/24/1996 | Notice of appeal and certified copy of docket to USCA: [512-1] appeal by Standard Chlorine DE (ds) | Send Runner to Court |
| 512 | 04/22/1996 | NOTICE OF APPEAL by Standard Chlorine DE [492-1] order . Time: 2:05pm Fee Status: paid (lf) [Entry date 04/23/96] | Send Runner to Court |
| | 03/27/1996 | So Ordered granting [511-1] stipulation, granting [510-1] | Send Runner to Court |

Standard Chlorine DE v Sinibaldi, et al, 1:91cv00188 (1991)

| | | | |
|---|---|---|---|
| | | dismiss/dismissal stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 03/28/96] | |
| | 03/27/1996 | Case closed (lf) [Entry date 03/28/96] | Send Runner to Court |
| 510 | 03/25/1996 | STIPULATION of dismissal with proposed order (lf) [Entry date 03/27/96] | Send Runner to Court |
| 511 | 03/25/1996 | STIPULATION with proposed order of judgment (lf) [Entry date 03/27/96] | Send Runner to Court |
| 509 | 02/09/1996 | Letter dated 2/9/96 from Richard D. Allen, Esq. to Hon. Sue L. Robinson advising that the parties have settled all claims - stipulation of dismissal and stipulated judgment to be filed within next few weeks (pr) | Send Runner to Court |
| 507 | 02/07/1996 | Letter dated 2/7/96 from Karen Pascale, Esq. to Hon. Sue L. Robinson responding to issues raised by counsel for Mantas Painting Company, Inc. concerning potential liability of each of Mantas defendants for wrongful conduct (see letter for details) (pr) | Send Runner to Court |
| 508 | 02/07/1996 | Letter from Thomas Zielinski, Esq. to Hon. Sue L. Robinson addressing three legal issues discussed during pretrial (see letter for details) (pr) | Send Runner to Court |
| 506 | 02/06/1996 | Letter dated 2/6/96 from Richard D. Allen, Esq. to Hon. Sue L. Robinson enclosing a copy of the 12/1/95 report of Standard's expert (Thomas Shopa) as requested by the court (pr) | Send Runner to Court |
| | 02/05/1996 | Pre-trial conference held before Hon. Sue L. Robinson - no ct rptr. (pr) [Entry date 02/07/96] | Send Runner to Court |
| 503 | 02/02/1996 | Letter dated 2/2/96 from Karen Pascale, Esq. to Hon. Sue L. Robinson enclosing copy of Standard's motion to strike Mantakounis's opposition to motion in limine as having been filed at least three days past deadline (pr) [Entry date 02/05/96] | Send Runner to Court |
| 504 | 02/02/1996 | MOTION by Standard Chlorine DE with Proposed Order to Strike [498-1] opposition memorandum Answer Brief due 2/16/96 re: [504-1] motion, Answer Brief due 2/16/96 re: [493-1] motion in Limine to | Send Runner to Court |

| | | exclude evidence at trial (pr) [Entry date 02/05/96] | |
|---|---|---|---|
| 505 | 02/02/1996 | Proposed Jury instructions by George Mantakounis (pr) [Entry date 02/05/96] | Send Runner to Court |
| 496 | 02/01/1996 | Voir dire questions by Mantas Painting Co. (pr) [Entry date 02/05/96] | Send Runner to Court |
| 497 | 02/01/1996 | Voir dire questions by George Mantakounis (pr) [Entry date 02/05/96] | Send Runner to Court |
| 498 | 02/01/1996 | MEMORANDUM OF LAW by George Mantakounis in opposition to [493-1] motion in Limine to exclude evidence at trial (pr) [Entry date 02/05/96] | Send Runner to Court |
| 499 | 02/01/1996 | Proposed Jury instructions by Standard Chlorine DE (pr) [Entry date 02/05/96] | Send Runner to Court |
| 500 | 02/01/1996 | Proposed pre-trial order filed by Standard Chlorine DE (pr) [Entry date 02/05/96] | Send Runner to Court |
| 501 | 02/01/1996 | PROPOSED Voir dire questions by Standard Chlorine DE (pr) [Entry date 02/05/96] | Send Runner to Court |
| 502 | 02/01/1996 | Proposed Special Verdicts and Interrogatories questions by Standard Chlorine DE (pr) [Entry date 02/05/96] | Send Runner to Court |
| | 01/29/1996 | Pre-trial conference set at 3:00 p.m. on 2/5/96 (pr) | Send Runner to Court |
| 495 | 01/29/1996 | ANSWER - Filed by Mantas Painting Co. [493-1] re motion in Limine to exclude evidence at trial (pr) | Send Runner to Court |
| 494 | 01/25/1996 | Letter dated 1/25/96 from Richard D. Allen, Esq. to Hon. Sue L. Robinson confirming change of time of pretrial from 10:00 a.m. on 2/5/96 to 3:00 p.m. (pr) [Entry date 01/26/96] | Send Runner to Court |
| 493 | 01/22/1996 | MOTION by Standard Chlorine DE with Proposed Order in Limine to exclude evidence at trial Answer Brief due 2/5/96 re: [493-1] motion (pr) [Entry date 01/23/96] | Send Runner to Court |
| 492 | 01/10/1996 | MEMORANDUM ORDER granting [486-1] motion for Summary Judgment on the counterclaims of Mantas Painting Co., Inc. ( signed by Judge Sue L. Robinson ) copies to: cnsl. (pr) | Send Runner to Court |
| 491 | 12/22/1995 | Reply Brief Filed by Standard Chlorine DE [486-1] motion for Summary Judgment on the counterclaims of Mantas | Send Runner to Court |

Standard Chlorine DE v. Sinclair, et al., 1:91-cv-00188 (1991)

| | | | |
|---|---|---|---|
| | | Painting Co., Inc. (lf) [Entry date 12/27/95] | |
| 489 | 12/15/1995 | Answer Brief Filed by Mantas Painting Co. [486-1] motion for Summary Judgment on the counterclaims of Mantas Painting Co., Inc. Reply Brief due 12/22/95 (lf) [Entry date 12/18/95] | Send Runner to Court |
| 490 | 12/15/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: answering brief to counterclaim deft to motion for summary judgment (lf) [Entry date 12/18/95] | Send Runner to Court |
| 488 | 12/04/1995 | TRANSCRIPT filed for dates of 11/15/95 (teleconference); Rptr: V. Gunning (lf) [Entry date 12/05/95] | Send Runner to Court |
| 486 | 12/01/1995 | MOTION by Standard Chlorine DE with Proposed Order for Summary Judgment on the counterclaims of Mantas Painting Co., Inc. (lf) [Entry date 12/04/95] | Send Runner to Court |
| 487 | 12/01/1995 | Opening Brief Filed by Standard Chlorine DE [486-1] motion for Summary Judgment on the counterclaims of Mantas Painting Co., Inc. Answer Brief due 12/15/95 (lf) [Entry date 12/04/95] | Send Runner to Court |
| 484 | 11/16/1995 | Letter dated 11/15/95 from Ronald Ashby, Esq. to Clerk; Re: filing Mantas Painting Co., Inc's notice of service (lf) [Entry date 11/20/95] | Send Runner to Court |
| 485 | 11/16/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co. ; Re: Mantas Painting Co., Inc.'s 2nd set of answers to interrogs of pltf (lf) [Entry date 11/20/95] | Send Runner to Court |
| 483 | 11/15/1995 | Letter dated 11/15/95 from Karen Pascale, Esq. to Judge Robinson; Re: update as to discovery dispute (lf) [Entry date 11/17/95] | Send Runner to Court |
| | 11/13/1995 | So Ordered granting [482-1] dismiss/dismissal stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 11/14/95] | Send Runner to Court |
| 482 | 11/08/1995 | STIPULATION of dismissal with proposed order (lf) [Entry date 11/13/95] | Send Runner to Court |
| 481 | 11/07/1995 | NOTICE by Standard Chlorine DE to take deposition of Mantas Painting Co. on 11/10/95 | Send Runner to Court |

Case 1:17-cv-01407-CFC-SRF   Document 672   Filed 04/22/20   Page 53 of 145 PageID #:
Standard Chlorine DE v. Sinbad, et al, 1:914-cv-00118 (1991)
45429

|  |  | at 10:00am (lf) [Entry date 11/08/95] |  |
| 479 | 10/31/1995 | Letter dated 10/30/95 from Ronald David Ashby, Esq. to Clerk; Re: Filing of cert. of service (lf) [Entry date 11/01/95] | Send Runner to Court |
| 480 | 10/31/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: Answers to interrogs of pltf (lf) [Entry date 11/01/95] | Send Runner to Court |
| 478 | 10/26/1995 | TRANSCRIPT filed for dates of 10/23/95; Rptr: V. Gunning (lf) | Send Runner to Court |
| 476 | 10/25/1995 | Letter dated 10/24/95 from Ronald David Ashby, Esq. to clerk; Re: filing notice of service (lf) | Send Runner to Court |
| 477 | 10/25/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: supplemental reply to pltf (lf) | Send Runner to Court |
| 475 | 10/24/1995 | REVISED SCHEDULING ORDER setting Discovery cutoff 11/15/95 ; Deadline for filing dispositive motions 12/1/95 ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 10/25/95] | Send Runner to Court |
| 473 | 10/23/1995 | Letter dated 10/23/95 from Karen Pascale, Esq. to Judge Robinson; Re: telecnf. scheduled for 10/23/95 - re: discovery (lf) | Send Runner to Court |
| 474 | 10/23/1995 | NOTICE by Standard Chlorine DE to take deposition of Mantas Painting Co. Inc. on 11/6/95 at 10:00am (lf) [Entry date 10/25/95] | Send Runner to Court |
| 471 | 10/18/1995 | Subpoena for Gordon McLaughlin, Esq. for 10/24/95 at 10:00am (lf) [Entry date 10/19/95] | Send Runner to Court |
| 472 | 10/18/1995 | TRANSCRIPT filed for dates of 9/28/95; Rptr: K. Maurer (lf) [Entry date 10/19/95] | Send Runner to Court |
| 470 | 10/17/1995 | NOTICE by Standard Chlorine DE to take deposition of Gordon L. McLaughlin on 10/24/95 at 10:00am (lf) [Entry date 10/18/95] | Send Runner to Court |
| 469 | 10/16/1995 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's response to Mantas Painting Co's rqst for admissions; pltf's answers to Mantas Painting Co. Interrogs; and pltf's response to Mantas Painting Co. rqst for production of documents (lf) | Send Runner to Court |
| 466 | 10/11/1995 | Letter dated 10/9/95 from Ronald Ashby, Esq. to Clerk; | Send Runner to Court |

| | | Re: filing of notice of service (lf) [Entry date 10/12/95] | |
|---|---|---|---|
| 467 | 10/11/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: reply to pltf's rqst for production of documents (lf) [Entry date 10/12/95] | Send Runner to Court |
| 468 | 10/11/1995 | ORDER, by 10/31/95 Mantaas Painting Co. shall respond fully to said interrogs ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 10/12/95] | Send Runner to Court |
| 464 | 10/02/1995 | Letter dated Ronald David Ashby, Esq. to Judge Robinson; Re: filing outline of the method of counting the number of interrogs submitted by pltf to Mantas Painting CO. (lf) [Entry date 10/05/95] | Send Runner to Court |
| 465 | 10/02/1995 | Letter Std. Chlorine's position on the refusal of Mantas Inc. to respond to Std's interrogs concerning the counterclaims of Mantas Inc. (lf) [Entry date 10/05/95] | Send Runner to Court |
| 461 | 09/29/1995 | Steno Notes for 9/28/95;Rtpr: K. Maurer (lf) | Send Runner to Court |
| 462 | 09/29/1995 | Letter dated 9/28/95 from Ronald David Ashby, Esq. to Judge Robinson; RE; Filing of notice of service (lf) | Send Runner to Court |
| 463 | 09/29/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: Motion to compel and for sanctions against pltf and motion for extension of discovery (lf) | Send Runner to Court |
| | 09/28/1995 | Tele-conference set at 3:00 9/28/95 (lf) | Send Runner to Court |
| 455 | 09/28/1995 | MOTION by Mantas Painting Co. to Compel, and for Sanctions (lf) | Send Runner to Court |
| 456 | 09/28/1995 | Opening Brief Filed by Mantas Painting Co. [455-1] motion to Compel Answer Brief due 10/12/95, [455-2] motion for Sanctions Answer Brief due 10/12/95 (lf) | Send Runner to Court |
| 457 | 09/28/1995 | MOTION by Mantas Painting Co. to Extend Time (lf) | Send Runner to Court |
| 458 | 09/28/1995 | Opening Brief Filed by Mantas Painting Co. [457-1] motion to Extend Time Answer Brief due 10/12/95 (lf) | Send Runner to Court |
| 460 | 09/28/1995 | Letter dated 9/28/95 from Karen Pascale, Esq. to Judge Robinson; Re: Arranged telecnf. (lf) | Send Runner to Court |

Standard Chlorine of Delaware, Inc., et al., v. Sherwin, et al.

| | 09/28/1995 | So Ordered denying [457-1] motion to Extend Time, denying [455-1] motion to Compel, denying [455-2] motion for Sanctions ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 09/29/95] | Send Runner to Court |
|---|---|---|---|
| 459 | 09/25/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co. (lf) [Entry date 09/28/95] | Send Runner to Court |
| 453 | 09/20/1995 | Letter dated 9/20/95 from Ronald David Ashby, Esq. to Clerk of the court; Re: FIling notice of service (lf) [Entry date 09/21/95] | Send Runner to Court |
| 454 | 09/20/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: Notice of deposition (lf) [Entry date 09/21/95] | Send Runner to Court |
| 452 | 09/19/1995 | ORDER, deft's general rqst that it be permitted to pursue general discovery for a 4 to 6 month period is denied ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 09/20/95] | Send Runner to Court |
| 449 | 09/15/1995 | Letter dated 9/14/95 from Ronald Ashby, Esq. to Judge Robinson; Re: filing notices of service (lf) [Entry date 09/18/95] | Send Runner to Court |
| 450 | 09/15/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: request for production of documents to Std. Chlorine of DE and Mantas Painting Co. interrogs (lf) [Entry date 09/18/95] | Send Runner to Court |
| 451 | 09/15/1995 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: Request for admissions to pltf (lf) [Entry date 09/18/95] | Send Runner to Court |
| 448 | 09/14/1995 | Letter dated 9/14/95 from Richard Allen, Esq. to Judge Robinson; Re: Response to Mr. Ashby's letter to the court dated 9/7/95 (lf) [Entry date 09/15/95] | Send Runner to Court |
| 447 | 09/11/1995 | Letter dated 9/7/95 from Ronald David Ashby, Esq. to Judge Robinson; Re: Mantas Painting Co. objection to post-pone trial date (lf) | Send Runner to Court |
| | 09/05/1995 | Deadline updated; set Scheduling Order Deadlines: Discovery deadline on 10/16/95 Deadline for filing dispositive motions by 11/1/95 Pretrial conference by 10:00 2/5/96 Trial Date Deadline 9:30 2/12/96 (lf) | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al., 1:91-cv-00188 (1991)

| | | | |
|---|---|---|---|
| 446 | 09/01/1995 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltfs interrogs directed to mantas Painting Company Inc and Pltfs rqst for production of documents directed to Mantas Painting Company, Inc (lf) [Entry date 09/05/95] | Send Runner to Court |
| 445 | 08/31/1995 | ORDER, discovery to be complete by 10/16/95; dispositive motions filed by 11/1/95; pretrial hearing scheduled for 2/5/95 at 10:00am and Jury trial scheduled for 2/12/96 at 9:30am ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 09/05/95] | Send Runner to Court |
| | 08/25/1995 | Tele-conference set at 8/29/95 (lf) [Entry date 08/28/95] | Send Runner to Court |
| 442 | 08/24/1995 | ORDER denying [430-1] motion for entry of a final judgment on the order granting summary judgment to Dover Steel Co., Inc. on COunt XII of the third amended Complaint ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 08/28/95] | Send Runner to Court |
| 443 | 08/24/1995 | MEMORANDUM OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 08/28/95] | Send Runner to Court |
| 444 | 08/24/1995 | ORDER denying [414-1] motion to Dismiss the counterclaims of Mantas Painting Co. and Dover Steel, Inc. ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 08/28/95] | Send Runner to Court |
| 441 | 04/20/1995 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel; Re: The Sinibaldi defts' rule 26(a)(2)(B) expert report of Richard Rowland, CPA (lf) [Entry date 04/21/95] | Send Runner to Court |
| 439 | 04/13/1995 | Letter dated 4/13/95 from Karen Pascale, Esq. to Judge Robinson; Re: filing stip. in lieu of telecnf. (lf) | Send Runner to Court |
| 440 | 04/13/1995 | STIPULATION with proposed order; Re: Sinibaldi defts shall produce the expert report of Richard Rowland on 4/20/95 (lf) | Send Runner to Court |
| | 04/13/1995 | So Ordered granting [440-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) | Send Runner to Court |
| 438 | 03/15/1995 | Reply Brief Filed by Standard Chlorine DE [430-1] motion for | Send Runner to Court |

| | | | |
|---|---|---|---|
| | | entry of a final judgment on the order granting summary judgment to Dover Steel Co., Inc. on COunt XII of the third amended Complaint (lf) [Entry date 03/16/95] | |
| 437 | 03/14/1995 | Answer Brief Filed by George Mantakounis, Mantas Painting Co. [430-1] motion for entry of a final judgment on the order granting summary judgment to Dover Steel Co., Inc. on COunt XII of the third amended Complaint Reply Brief due 3/21/95 (lf) [Entry date 03/15/95] | Send Runner to Court |
| 436 | 03/09/1995 | Answer Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel [430-1] motion for entry of a final judgment on the order granting summary judgment to Dover Steel Co., Inc. on COunt XII of the third amended Complaint Reply Brief due 3/16/95 (lf) [Entry date 03/13/95] | Send Runner to Court |
| 434 | 02/28/1995 | Letter of 2/28/95 from Karen L. Pascale, Esq. to Hon. Sue L. Robinson responding to the Court's 2/7/95 order concerning the impact of Jaguar Cars Inc. v. Royal Oaks Motor Car Co. on the Court's 12/8/94 decision (pr) | Send Runner to Court |
| 435 | 02/28/1995 | Letter dated 2/28/95 from Steven J. Balick, Esq. to Hon. Sue L. Robinson responding to the Court's 2/7/95 order regarding the impact of the Jaguar Cars, Inc. v. Royal Oaks Motor Car Co. decision on the Court's 12/8/94 decision. (pr) | Send Runner to Court |
| 432 | 02/24/1995 | Letter dated 2/22/95 from Thomas Zielinski, Esq. to Judge Robinson; Re: George Mantakounis and Mantas Painting Co. letter memo in response to 2/7/95 court order (lf) [Entry date 02/24/95] | Send Runner to Court |
| 433 | 02/24/1995 | Reply Brief Filed by Standard Chlorine DE [414-1] motion to Dismiss the counterclaims of Mantas Painting Co. and Dover Steel, Inc. (lf) [Entry date 02/28/95] | Send Runner to Court |
| 430 | 02/22/1995 | MOTION by Standard Chlorine DE with Proposed Order for entry of a final judgment on the order granting summary judgment to Dover Steel Co., | Send Runner to Court |

Case 1:17-cv-01407-CFC-SRF  Document 672   Filed 04/22/20   Page 58 of 145 PageID #:
45434
Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00188 (1991)

| | | | |
|---|---|---|---|
| | | Inc. on COunt XII of the third amended Complaint Answer Brief due 3/8/95 re: [430-1] motion (lf) [Entry date 02/24/95] [Edit date 02/24/95] | |
| 431 | 02/22/1995 | Opening Brief Filed by Standard Chlorine DE [430-1] motion for entry of a final judgment on the order granting summary judgment to Dover Steel Co., Inc. on COunt XII of the third amended Complaint Answer Brief due 3/8/95 (lf) [Entry date 02/24/95] | Send Runner to Court |
| 429 | 02/21/1995 | RE-NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition of Thomas Shopa on 2/24/95 at 10:00am (lf) [Entry date 02/22/95] | Send Runner to Court |
| 426 | 02/10/1995 | Answer Brief Filed by Mantas Painting Co. [414-1] motion to Dismiss the counterclaims of Mantas Painting Co. and Dover Steel, Inc. Reply Brief due 2/17/95 (lf) [Entry date 02/14/95] | Send Runner to Court |
| 427 | 02/10/1995 | Proposed Order denying motion to dismiss filed by Mantas Painting Co. (lf) [Entry date 02/14/95] | Send Runner to Court |
| 428 | 02/10/1995 | Answer Brief Filed by Dover Steel [414-1] motion to Dismiss the counterclaims of Mantas Painting Co. and Dover Steel, Inc. Reply Brief due 2/17/95 (lf) [Entry date 02/14/95] | Send Runner to Court |
| 425 | 02/07/1995 | ORDER, re: on or before 2/28/95 parties to submit to court letter memo informing court of the impact, if any, of 3rdCCA's recent decision in Jaquar Cars, Inc v. Royal Oaks Motor Car Co., Inc ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | Send Runner to Court |
| 423 | 02/06/1995 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition duces tecum of James Murray on 2/7/95 (lf) [Entry date 02/07/95] | Send Runner to Court |
| 424 | 02/06/1995 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition of Thomas Shopa on 2/8/95 (lf) [Entry date 02/07/95] | Send Runner to Court |
| 422 | 02/01/1995 | Steno Notes for 1/27/95; Rptr: H. Slate (lf) | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al., 1:91-cv-00188 (1991)

| | | | |
|---|---|---|---|
| 420 | 01/31/1995 | ORDER, defts to respond to motion to dismiss by 2/10/95; pltf shall reply by 2/24/95; pretrial rescheduled for 9/8/95 at 9:00am; trial rescheduled for 9/26/95 at 9:00am ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | Send Runner to Court |
| 421 | 01/31/1995 | Answer of Deft., Mantas Painting Company, Inc., to pltf's affirmative defenses (lf) [Entry date 02/01/95] | Send Runner to Court |
| 419 | 01/27/1995 | Letter dated 1/27/95 from Richard Allen, Esq. to Judge Robinson; Re: rqst postponement of trial (lf) | Send Runner to Court |
| 417 | 01/25/1995 | Letter dated 1/25/95 from Richard Allen, Esq. to Judge Robinson; Re: response to Mr. Balick's letter of 1/20/95 (lf) | Send Runner to Court |
| 416 | 01/20/1995 | Letter dated 1/20/95 from Steven Balick, Esq. to Judge Robinson; Re: defts rqst that court rqsider its decision regarding trial date and rqst that pltf's motion to dismiss Dovers counterclaim be denied as untimely and at the same time pltf not be permitted to take Mr. Myerson's deposition (lf) | Send Runner to Court |
| 418 | 01/20/1995 | Letter dated 1/20/95 from Karen Pascale, Esq. to Judge Robinson; Re: corrected certificate of service - attached (lf) [Entry date 01/25/95] | Send Runner to Court |
| 413 | 01/17/1995 | ANSWER by Standard Chlorine DE to [377-2] counter claim (lf) [Entry date 01/18/95] | Send Runner to Court |
| 414 | 01/17/1995 | MOTION by Standard Chlorine DE to Dismiss the counterclaims of Mantas Painting Co. and Dover Steel, Inc. Answer Brief due 1/31/95 re: [414-1] motion (lf) [Entry date 01/18/95] | Send Runner to Court |
| 415 | 01/17/1995 | Opening Brief Filed by Standard Chlorine DE [414-1] motion to Dismiss the counterclaims of Mantas Painting Co. and Dover Steel, Inc. Answer Brief due 1/31/95 (lf) [Entry date 01/18/95] | Send Runner to Court |
| 412 | 01/04/1995 | ANSWER by George Mantakounis, Mantas Painting Co. (Attorney ) to third amended complaint (lf) [Entry date 01/05/95] | Send Runner to Court |
| | 12/30/1994 | So Ordered granting [411-1] stipulation ( signed by Judge | Send Runner to Court |

Standard Chlorine De-4 of Delaware, et al, 1 : 91-cv-00438 (1991)

| | | Sue L. Robinson ) Notice to all parties. (lf) | |
|---|---|---|---|
| 411 | 12/29/1994 | STIPULATION with proposed order for Mantakounis to answer to third amended complaint by 1/6/95 (lf) [Entry date 12/30/94] | Send Runner to Court |
| 410 | 12/27/1994 | ANSWER by Mantas Painting Co. (Attorney ) to third amended complaint (lf) [Entry date 12/29/94] | Send Runner to Court |
| 409 | 12/21/1994 | Steno Notes for 6/9/94; Rptr: K.Maurer (lf) [Entry date 12/22/94] | Send Runner to Court |
| 408 | 12/16/1994 | Letter dated 12/16/94 from Karen Pascale, Esq. to Judge Robinson; Re: response to court order of 12/9/94 (lf) [Entry date 12/19/94] | Send Runner to Court |
| 407 | 12/12/1994 | Steno Notes for 12/9/94; Rptr: L. Dibbs (lf) | Send Runner to Court |
| | 12/12/1994 | So Ordered granting [405-1] motion for Ronald David Ashby, Esq to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 12/14/94] | Send Runner to Court |
| 405 | 12/09/1994 | MOTION by Mantas Painting Co. with Proposed Order for Ronald David Ashby, Esq to Appear Pro Hac Vice re: [405-1] motion (lf) | Send Runner to Court |
| | 12/09/1994 | Status conference held, Robinson, J., sitting; Rptr: L. Dibbs (lf) | Send Runner to Court |
| 406 | 12/09/1994 | ORDER, by 12/16/94 pltf to inform court whether 404 Tank rupture remains at issue; pretrial cnf. rescheduled for 2/2/95 at 10:00am; trial rescheduled for 2/21/95 at 9:30am ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | Send Runner to Court |
| | 12/09/1994 | Pre-trial conference set at 10:00 2/2/95 (lf) | Send Runner to Court |
| | 12/09/1994 | Jury trial set at 9:30 2/21/95 (lf) | Send Runner to Court |
| 398 | 12/08/1994 | Letter dated 12/8/94 from Steven Balick, Esq. to Judge Robinson; Re: Response to Mr. Allen's letter of 12/7/94 (lf) | Send Runner to Court |
| 399 | 12/08/1994 | MEMORANDUM OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 12/09/94] | Send Runner to Court |
| 400 | 12/08/1994 | ORDER granting in part, denying in part [362-1] motion to Dismiss the third amended complaint, denying [360-1] motion to Dismiss the third | Send Runner to Court |

Standard Chlorine De-9 of Elmsalco, et al, 1:91-cv-00016 (sealed)

| | | | |
|---|---|---|---|
| | | amended complaint ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 12/09/94] | |
| 401 | 12/08/1994 | MEMORANDUM OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 12/09/94] | Send Runner to Court |
| 402 | 12/08/1994 | ORDER granting in part, denying in part [371-1] motion for Summary Judgment; See order for details ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 12/09/94] | Send Runner to Court |
| 403 | 12/08/1994 | MEMORANDUM OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 12/09/94] | Send Runner to Court |
| 404 | 12/08/1994 | ORDER granting [368-1] motion for Summary Judgment on cont XII of the third amended complaint ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 12/09/94] | Send Runner to Court |
| 396 | 12/07/1994 | Letter dated 12/6/94 from Ronald David Ashby, Esq. to Judge Robinson; Re: Mr. Balick's requested continuance of the trial date (lf) | Send Runner to Court |
| 397 | 12/07/1994 | Letter dated 12/7/94 from Richard Allen, Esq. to Judge Robinson; Re; Response to Mr. Balick's letter dated 12/2/94 to Judge Robinson (lf) [Entry date 12/08/94] | Send Runner to Court |
| 395 | 12/05/1994 | ORDER, cnf. scheduled for 12/9/94 at 10:00am ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 12/06/94] | Send Runner to Court |
| | 12/05/1994 | Status conference set at 10:00 12/9/94 (lf) [Entry date 12/06/94] | Send Runner to Court |
| 393 | 12/02/1994 | Courtest Copy of Letter dated 9/30/94 from Karen Pascale, Esq. to cnsl; Re; pltf's expert statements (lf) [Entry date 12/05/94] | Send Runner to Court |
| 394 | 12/02/1994 | Letter dated 12/2/94 from Steven Balick, Es. to Judge Robinson; Re: Requesting a rescheduling of the scheduled trial in January (lf) [Entry date 12/05/94] | Send Runner to Court |
| | 11/16/1994 | Settlement conference set on 10:00 12/19/94 (lf) | Send Runner to Court |
| 392 | 11/15/1994 | ORDER, settlement cnf. scheduled for 11/9/94 is rescheduled for 12/19/94 at 10:00am ( signed by Judge | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00188 (1990)

| 391 | 11/02/1994 | Mary P. Trostle ) copies to: cnsl (lf) [Entry date 11/16/94] CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel; Re: Answering revised responses to pltf's 1st set of requests for admissions (lf) [Entry date 11/03/94] | Send Runner to Court |
| | 10/28/1994 | Pre-trial conference set at 9:00 12/15/94 (lf) [Entry date 10/31/94] | Send Runner to Court |
| 390 | 10/27/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Supplemental answers to Deft Anthony Sinibaldi's and Michael Sinibaldi's second set of interrogs (lf) [Entry date 10/31/94] | Send Runner to Court |
| 388 | 10/18/1994 | Reply Brief Filed by Standard Chlorine DE [371-1] motion for Summary Judgment (SEALED) (lf) [Entry date 10/19/94] | Send Runner to Court |
| 389 | 10/18/1994 | Reply Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel [368-1] motion for Summary Judgment on cont XII of the third amended complaint (lf) [Entry date 10/19/94] | Send Runner to Court |
| 386 | 10/17/1994 | REPLY by Standard Chlorine DE to [377-2] counter claim (lf) [Entry date 10/19/94] | Send Runner to Court |
| 387 | 10/17/1994 | Reply Brief Filed by George Mantakounis, Mantas Painting Co. [376-1] motion for Partial Summary Judgment (lf) [Entry date 10/19/94] | Send Runner to Court |
| | 10/13/1994 | Settlement conference set on 11:00 11/9/94 (lf) [Entry date 10/17/94] | Send Runner to Court |

| | | | |
|---|---|---|---|
| 385 | 10/13/1994 | ORDER, settlement cnf. rescheduled from 10/14/94 to 11/9/94 at 11:00am ( signed by Judge Mary P. Trostle ) copies to: cnsl (lf) [Entry date 10/17/94] | Send Runner to Court |
| 384 | 10/11/1994 | Answer Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel [371-1] motion for Summary Judgment Reply Brief due 10/18/94 (SEALED) (lf) [Entry date 10/12/94] | Send Runner to Court |
| 382 | 10/07/1994 | Answer Brief Filed by Standard Chlorine DE [376-1] motion for Partial Summary Judgment Reply Brief due 10/14/94 (lf) [Entry date 10/12/94] | Send Runner to Court |
| 383 | 10/07/1994 | Answer Brief Filed by Standard Chlorine DE [368-1] motion for Summary Judgment on cont XII of the third amended complaint Reply Brief due 10/14/94 (lf) [Entry date 10/12/94] | Send Runner to Court |
| 381 | 10/05/1994 | ANSWER by Standard Chlorine DE to [119-2] counter claim (lf) [Entry date 10/07/94] | Send Runner to Court |
| 378 | 09/28/1994 | ANSWER by Standard Chlorine DE to [121-2] counter claim (lf) [Entry date 09/29/94] | Send Runner to Court |
| 380 | 09/28/1994 | Reply Brief Filed by George Mantakounis, Mantas Painting Co. [362-1] motion to Dismiss the third amended complaint, [360-1] motion to Dismiss the third amended complaint (lf) [Entry date 09/29/94] | Send Runner to Court |
| 377 | 09/27/1994 | ANSWER to third amended complaint and COUNTERCLAIM by Dover Steel (Attorney ) against Standard Chlorine DE (lf) [Entry date 09/29/94] | Send Runner to Court |
| 368 | 09/23/1994 | MOTION by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel for Summary Judgment on cont XII of the third amended complaint Answer Brief due 10/7/94 re: [368-1] motion (lf) [Entry date 09/27/94] | Send Runner to Court |
| 369 | 09/23/1994 | Opening Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel [368-1] motion for Summary Judgment on cont XII of the third amended complaint Answer Brief due 10/7/94 (lf) [Entry date 09/27/94] | Send Runner to Court |
| 370 | 09/23/1994 | Appendix to Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel Appending [369-1] opening brief (lf) [Entry date 09/27/94] | Send Runner to Court |

 © 2020 Thomson Reuters. No claim to original U.S. Government Works.

Standard Chlorine DE v. Sinibaldi, et al, 1:94cv00063 (1994)

| | | |
|---|---|---|
| 371 | 09/23/1994 | MOTION by Standard Chlorine DE for Summary Judgment Answer Brief due 10/7/94 re: [371-1] motion (lf) [Entry date 09/27/94] | Send Runner to Court |
| 372 | 09/23/1994 | AFFIDAVIT of Barbara Kummel by Standard Chlorine DE Re: [371-1] motion for Summary Judgment (lf) [Entry date 09/27/94] | Send Runner to Court |
| 373 | 09/23/1994 | AFFIDAVIT of Margaret Wiener by Standard Chlorine DE Re: [371-1] motion for Summary Judgment (lf) [Entry date 09/27/94] | Send Runner to Court |
| 374 | 09/23/1994 | AFFIDAVIT of Charles Kummel by Standard Chlorine DE Re: [371-1] motion for Summary Judgment (lf) [Entry date 09/27/94] | Send Runner to Court |
| 375 | 09/23/1994 | Opening Brief Filed by Standard Chlorine DE [371-1] motion for Summary Judgment Answer Brief due 10/7/94 (SEALED) (lf) [Entry date 09/27/94] | Send Runner to Court |
| 376 | 09/23/1994 | MOTION by George Mantakounis, Mantas Painting Co. for Partial Summary Judgment Answer Brief due 10/7/94 re: [376-1] motion (lf) [Entry date 09/27/94] | Send Runner to Court |
| 367 | 09/22/1994 | Answer Brief Filed by Standard Chlorine DE [362-1] motion to Dismiss the third amended complaint Reply Brief due 9/29/94, [360-1] motion to Dismiss the third amended complaint Reply Brief due 9/29/94 (lf) | Send Runner to Court |
| 366 | 09/14/1994 | ANSWER TO THIRD AMENDED COMPLAINT AND DEFENSES by Comma Corporation, Lorraine Rental, SS&H Realty, All-Amer. Promotions (Attorney ) to amended complaint; jury demand (lf) [Entry date 09/16/94] | Send Runner to Court |
| 364 | 09/08/1994 | ANSWER to third amended Complaint by Michael O. Sinibaldi (Attorney ), (lf) [Entry date 09/13/94] | Send Runner to Court |
| 365 | 09/08/1994 | ANSWER to third amended Complaint by Anthony R. Sinibaldi (Attorney ), (lf) [Entry date 09/13/94] | Send Runner to Court |
| 360 | 09/07/1994 | MOTION by Mantas Painting Co. with Proposed Order to Dismiss the third amended complaint Answer Brief due 9/21/94 re: [360-1] motion (lf) [Entry date 09/08/94] | Send Runner to Court |
| 361 | 09/07/1994 | Opening Brief Filed by Mantas Painting Co. [360-1] motion to Dismiss the third amended complaint Answer Brief due 9/21/94 (lf) [Entry date 09/08/94] | Send Runner to Court |

| | | | |
|---|---|---|---|
| 362 | 09/07/1994 | MOTION by George Mantakounis with Proposed Order to Dismiss the third amended complaint (lf) [Entry date 09/08/94] | Send Runner to Court |
| 363 | 09/07/1994 | Opening Brief Filed by George Mantakounis [362-1] motion to Dismiss the third amended complaint Answer Brief due 9/21/94 (lf) [Entry date 09/08/94] | Send Runner to Court |
| | 08/31/1994 | Settlement conference set on 10:00 10/14/94 for judge Trostle (lf) | Send Runner to Court |
| 359 | 08/30/1994 | ORDER, settlement cnf. scheduled for 10/14/94 at 10:00am ( signed by Judge Mary P. Trostle ) copies to: cnsl (lf) [Entry date 08/31/94] | Send Runner to Court |
| 358 | 08/24/1994 | CERTIFICATE OF SERVICE by George Mantakounis, Mantas Painting Co.; Re: Answers to Sinibaldis' 1st set of interrogs (lf) [Entry date 08/25/94] | Send Runner to Court |
| 357 | 08/05/1994 | ORDER granting [331-1] motion to Amend [1-1] complaint ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 08/08/94] | Send Runner to Court |
| | 08/05/1994 | Deadline updated; set Scheduling Order Deadlines: Deadline for filing dispositive motions by 9/23/94 (lf) [Entry date 08/08/94] | Send Runner to Court |
| **379** | **08/05/1994** | **THIRD AMENDED COMPLAINT by Standard Chlorine DE , amending (lf) [Entry date 09/29/94]** | Send Runner to Court |
| | 07/27/1994 | Tele-conference set at 3:00 p.m. on 8/3/94 (pr) [Entry date 07/28/94] | Send Runner to Court |
| 352 | 07/26/1994 | Notice OF SERVICE by Standard Chlorine DE re Answers/ Responses to: Third Set of Interrogs; Fifth Request for Production of Documents; First Request for Admissions; Request for Entry Upon Land Prior to Trial (pr) [Entry date 07/27/94] | Send Runner to Court |
| 353 | 07/26/1994 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel re Plaintiff's Sixth Request for Production of Documents (pr) [Entry date 07/27/94] [Edit date 07/28/94] | Send Runner to Court |
| 354 | 07/26/1994 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, and Dover Steel Co. re Fourth Set of Interrogatories (pr) [Entry date 07/27/94] [Edit date 07/28/94] | Send Runner to Court |
| 355 | 07/26/1994 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel re First Set of Requests for Admission (pr) [Entry date 07/28/94] [Edit date 07/28/94] | Send Runner to Court |

Standard Sitionhe oed 4 sinibaldi, et al, 1:91-cv-00168 (1991)

| | | | |
|---|---|---|---|
| 351 | 07/19/1994 | CERTIFICATE OF SERVICE by George Mantakounis, Mantas Painting Co.; Re: Response of defts to pltf's 1st set of requests for admission (lf) [Entry date 07/20/94] | Send Runner to Court |
| 349 | 07/14/1994 | Letter dated 6/30/94 from Steven Balick, Esq. to Judge Robinson; Re: Sinibaldi defts regarding pltf's 6/16/94 motion seeking leave to file 3rd amended complaint (lf) | Send Runner to Court |
| | 07/14/1994 | Settlement conference set on 10:00 8/24/94 (lf) | Send Runner to Court |
| 350 | 07/13/1994 | ORDER, settlement cnf. scheduled for 8/24/94 at 10:00am; see order for details ( signed by Judge Mary P. Trostle ) copies to: cnsl (lf) [Entry date 07/14/94] | Send Runner to Court |
| 347 | 07/08/1994 | Letter dated 6/28/94 from Thomas Zielinski, Esq. to Judge Robinson; Re; Requesting the court to clarify 5/5/94 order by indicating whether or not Mantakounis can continue to assert his 5th amendment privilege to any questions concerning payments to the Sinibaldis. (lf) | Send Runner to Court |
| 348 | 07/08/1994 | ORDER, Clarification of previous court order (DI 347) Mr. Mantakounis is not required to answer any furthr questions to which he asserts the fifth amendment privilege in connection with the pending IRS investigation; by asserting the privilege, however, Mr. Mantakounis is waiving his right to mount a defendse regarding those privileged matters ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | Send Runner to Court |
| 346 | 07/07/1994 | Subpoena for John Grady for 7/18/94 at 9:30am; exec. on 6/28/94 (lf) [Entry date 07/08/94] | Send Runner to Court |
| 345 | 07/06/1994 | NOTICE of attorney appearance for Mantas Painting Co. by Angelo Falasca (lf) [Entry date 07/07/94] | Send Runner to Court |
| | 07/06/1994 | So Ordered granting [344-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 07/07/94] | Send Runner to Court |
| 344 | 07/05/1994 | STIPULATION with proposed order for extension of time for defts to have 20 days after court rules on motion to amend the complaint to answer (lf) [Entry date 07/06/94] | Send Runner to Court |
| 343 | 06/28/1994 | RETURN OF SERVICE executed as to Mantas Painting Co. 6/28/94 Answer to 2nd amended complaint due on 7/18/94 for Mantas Painting Co. (lf) [Entry date 06/29/94] | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al., 1:91-cv-00188-... (1994)

| | | | |
|---|---|---|---|
| | 06/28/1994 | SUMMONS(ES) issued for Mantas Painting Co. (lf) [Entry date 06/29/94] | Send Runner to Court |
| 342 | 06/27/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel; Re: Responses to pltf's revised 3rd set of interrogs directed to the pltf (lf) [Entry date 06/28/94] | Send Runner to Court |
| 341 | 06/24/1994 | NOTICE by Standard Chlorine DE to take deposition of Nicola Stufano on 7/8/94 at 10:00am (lf) [Entry date 06/28/94] | Send Runner to Court |
| 340 | 06/22/1994 | NOTICE by Standard Chlorine DE to take deposition of George Mantakounis on 7/12/94 at 2:00pm (lf) [Entry date 06/23/94] | Send Runner to Court |
| 332 | 06/17/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel; Re: 2nd set of interrogs directed to pltf (lf) [Entry date 06/21/94] | Send Runner to Court |
| 333 | 06/17/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel; Re: 5th rqst for production of documents (lf) [Entry date 06/21/94] | Send Runner to Court |
| 334 | 06/17/1994 | REQUEST by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to pltf for entry upon land prior to trial (lf) [Entry date 06/21/94] | Send Runner to Court |
| 335 | 06/17/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel; Re: 1st set of interrogs directed to the defts George Mantakounis and Mantas Painting Co. (lf) [Entry date 06/21/94] | Send Runner to Court |
| 336 | 06/17/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel; Re: 1st request for admissions directed to the pltf (lf) [Entry date 06/21/94] | Send Runner to Court |
| 337 | 06/17/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: 6th rqst for production of documents (lf) [Entry date 06/21/94] | Send Runner to Court |
| 338 | 06/17/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's 4th set of interrogs directed to defts (lf) [Entry date 06/21/94] | Send Runner to Court |
| 339 | 06/17/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: 1st set of requests for admissions (lf) [Entry date 06/21/94] | Send Runner to Court |
| 330 | 06/16/1994 | SECOND AMENDED COMPLAINT by Standard Chlorine DE , (Answer due 6/27/94 for Mantas Painting | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al., 1:91-cv-00166 (1991)

|   |   | Co., for George Mantakounis, for All-Amer. Promotions, for A.M.B. Construction, for SHS Holding Corp., for SS&H Realty, for Delaware Rental Co., for Lorraine Rental, for Comma Corporation, for Dover Steel, for Michael O. Sinibaldi, for Anthony R. Sinibaldi ) amending [1-1] complaint (lf) [Entry date 06/17/94] |   |
|---|---|---|---|
| 331 | 06/16/1994 | MOTION by Standard Chlorine DE to Amend [1-1] complaint (lf) [Entry date 06/17/94] | Send Runner to Court |
| 326 | 06/14/1994 | Subpoena for Jay Walker for 7/6/94 at 9:30am; exec. on 6/14/94 (lf) [Entry date 06/15/94] | Send Runner to Court |
| 327 | 06/14/1994 | Subpoena for Adele Johnston for 7/6/94 at 2:00pm; exec. on 6/14/94 (lf) [Entry date 06/15/94] | Send Runner to Court |
| 328 | 06/14/1994 | Subpoena for Thomas Pierson for 7/7/94 at 9:30am; Exec. on 6/11/94 (lf) [Entry date 06/15/94] | Send Runner to Court |
| 329 | 06/14/1994 | ORDER granting [300-1] motion for Leave to File second amended complaint ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 06/15/94] | Send Runner to Court |
| 319 | 06/13/1994 | Steno Notes for 6/17/93; Rptr: V. Gunning (lf) | Send Runner to Court |
| 325 | 06/13/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of John Grady on 7/18/94 at 9:30am (lf) | Send Runner to Court |
| 320 | 06/10/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi; Re: reponse to pltf's 5th rqst for production of documents (lf) [Entry date 06/13/94] | Send Runner to Court |
| 321 | 06/10/1994 | NOTICE by Standard Chlorine DE to take deposition of Adele Johnston] on 7/6/94 at 2:00pm (lf) [Entry date 06/13/94] | Send Runner to Court |
| 322 | 06/10/1994 | NOTICE by Standard Chlorine DE to take deposition of Jay Walker on 7/6/94 at 9:30am (lf) [Entry date 06/13/94] | Send Runner to Court |
| 323 | 06/10/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Robert Touhey on 7/12/94 at 9:30am (lf) [Entry date 06/13/94] | Send Runner to Court |
| 324 | 06/10/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Thomas Pierson on 7/7/94 at 9:30am (lf) [Entry date 06/13/94] | Send Runner to Court |
|   | 06/09/1994 | Tele-conference set at 4:00 6/9/94 (lf) [Entry date 06/10/94] | Send Runner to Court |

|  |  |  |  |
|---|---|---|---|
|  | 06/09/1994 | Tele-conference held, Robinson, J., sitting; Rptr: K. Maurer (lf) [Entry date 06/10/94] | Send Runner to Court |
| 313 | 06/07/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Sharon Brown on 6/27/94 at 9:00am (lf) [Entry date 06/09/94] | Send Runner to Court |
| 314 | 06/07/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Maureen Walsh on 6/24/94 at 10:00am (lf) [Entry date 06/09/94] | Send Runner to Court |
| 315 | 06/07/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Noreen Guanci on 6/27/94 at 2:00pm (lf) [Entry date 06/09/94] | Send Runner to Court |
| 316 | 06/07/1994 | Subpoena for Leonard Dwares for 6/28/94 at 9:30am (lf) [Entry date 06/09/94] | Send Runner to Court |
| 317 | 06/07/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Margaret Wiener on 7/14/94 at 10:00am (lf) [Entry date 06/09/94] | Send Runner to Court |
| 318 | 06/07/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Louis Wiener on 6/30/94 at 10:00am (lf) [Entry date 06/09/94] | Send Runner to Court |
| 312 | 06/06/1994 | NOTICE by Standard Chlorine DE to take deposition of Leonard Dwares on 6/28/94 at 9:30am (lf) [Entry date 06/07/94] | Send Runner to Court |
| 311 | 06/03/1994 | Steno Notes for 1/25/94; Rptr: H. Conover (lf) [Entry date 06/06/94] | Send Runner to Court |
| 310 | 06/02/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition of Ralph Leventhal on 6/23/94 (lf) [Entry date 06/03/94] | Send Runner to Court |
| 308 | 05/31/1994 | Reply Brief Filed by Standard Chlorine DE [300-1] motion for Leave to File second amended complaint (lf) [Entry date 06/01/94] | Send Runner to Court |
| 309 | 05/31/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's response to defts G. Mantakounis' and Mantakounis Painting Co.'s 2nd request for production of documents (lf) [Entry date 06/01/94] | Send Runner to Court |
| 307 | 05/26/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's (revised) 3rd set of interrogs directed to defts (lf) | Send Runner to Court |
| 306 | 05/24/1994 | Answer Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, | Send Runner to Court |

Standard Chlorine DE v Sinibaldi, et al, 1:91-cv-00188 (1991)

| | | | |
|---|---|---|---|
| | | Dover Steel [300-1] motion for Leave to File second amended complaint Reply Brief due 5/31/94 (lf) [Entry date 05/25/94] | |
| 304 | 05/23/1994 | RE-NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition of E.I.duPont de Nemours & Co. on 6/10/94 (lf) [Entry date 05/25/94] | Send Runner to Court |
| 305 | 05/23/1994 | Subpoena for E.I.duPont de Nemours for 6/10/94 at 9:30am; exec. on 5/23/94 (lf) [Entry date 05/25/94] | Send Runner to Court |
| 303 | 05/20/1994 | Answer Brief Filed by George Mantakounis, Mantas Painting Co. [300-1] motion for Leave to File second amended complaint Reply Brief due 5/27/94 (lf) [Entry date 05/23/94] | Send Runner to Court |
| 302 | 05/18/1994 | Subpoena for E.I. duPont de Nemours & Co. for 6/8/94 at 9:30am; exec. on 5/16/94 (lf) [Entry date 05/19/94] | Send Runner to Court |
| 301 | 05/16/1994 | RE-NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition of E.I DuPont de Nemours on 6/8/94 at 9:30am (lf) [Entry date 05/17/94] | Send Runner to Court |
| | 05/13/1994 | Settlement conference set on 10:00 7/11/94 before Judge Trostle (lf) | Send Runner to Court |
| 296 | 05/12/1994 | ORDER, settlement cnf. scheduled for 7/11/94 at 10:00am; see order for details ( signed by Judge Mary P. Trostle ) copies to: cnsl (lf) [Entry date 05/13/94] | Send Runner to Court |
| 297 | 05/10/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel; Answers to pltf's 2nd set of interrogs (lf) [Entry date 05/13/94] | Send Runner to Court |
| 298 | 05/10/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: 5th rqst for production of documents directed to defts (lf) [Entry date 05/13/94] | Send Runner to Court |
| 299 | 05/10/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's 3rd set of interrogs directed to defts (lf) [Entry date 05/13/94] | Send Runner to Court |
| 300 | 05/10/1994 | MOTION by Standard Chlorine DE with Proposed Order for Leave to File second amended complaint (lf) [Entry date 05/13/94] | Send Runner to Court |
| 295 | 05/05/1994 | ORDER, deft Mantakounis need not respond to 56 disputed questions by virtue of his asserting his 5th amend. privilege against self-incrimination; see order for | Send Runner to Court |

| | | details ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | |
|---|---|---|---|
| 294 | 04/28/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's interrogs directed to The Mantas Defts (lf) [Entry date 04/29/94] | Send Runner to Court |
| 293 | 04/26/1994 | NOTICE by Standard Chlorine DE to take deposition of Nancy Sinibaldi on 5/27/94 at 9:30am (lf) [Entry date 04/28/94] | Send Runner to Court |
| 292 | 04/25/1994 | Subpoena for Air Products & Chemicals, Inc.; exec. on 4/21/94 (lf) [Entry date 04/26/94] | Send Runner to Court |
| 291 | 04/20/1994 | Re-NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition of Air products on 5/2/94 at 9:30am (lf) [Entry date 04/22/94] | Send Runner to Court |
| 290 | 04/19/1994 | ORDER, status/telecnf. scheduled for 5/9/94 at 9:00am ( signed by Judge Mary P. Trostle ) copies to: cnsl (lf) [Entry date 04/20/94] | Send Runner to Court |
| | 04/19/1994 | Tele-conference set at 9:00 5/9/94 before Judge Trostle (lf) [Entry date 04/22/94] | Send Runner to Court |
| 285 | 04/18/1994 | Subpoena for Air Products & Chemicals, Inc on 4/26/94 at 9:30 am; exec. on 4/8/94 (lf) | Send Runner to Court |
| 286 | 04/18/1994 | Subpoena for American Mirrex Corp on 4/25/94 at 9:30am; exec. on 4/8/94 (lf) | Send Runner to Court |
| 287 | 04/18/1994 | Subpoena for E. I. DuPont de Nemours & Co on 4/27/94 at 9:30am; exec. on 4/12/94 (lf) | Send Runner to Court |
| 288 | 04/18/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi; Re: Responses to pltf' s 2nd set of interrogs (lf) | Send Runner to Court |
| 289 | 04/18/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi and Dover Steel Co. responses to pltf's 4th rqst for production of documents (lf) | Send Runner to Court |
| 284 | 04/14/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Response to defts Anthony Sinibaldi's and Michael Sinibaldi's 4th rqst for production of documents directed to pltf (lf) [Entry date 04/15/94] | Send Runner to Court |
| 283 | 04/11/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition of E.I. duPont de Nemours & Co. on 4/27/94 at 9:30am (lf) | Send Runner to Court |
| 282 | 04/08/1994 | NOTICE by Standard Chlorine DE to take deposition of Helen Sinibaldi on 5/9/94; Anthony | Send Runner to Court |

Case 1:17-cv-01407-CFC-SRF   Document 672   Filed 04/22/20   Page 72 of 145 PageID #:
45448
Standard Sinonno BL 4: Sinibaldi, et al, 1:91-cv-00116 (1991)

|     |            | Sinibaldi on 5/12-13/94; Michael Sinibaldi on 5/16-17/94 and Nancy Sinibaldi on 5/20/94 all beginning at 9:30am (lf) [Entry date 04/11/94] | |
| --- | ---------- | --- | --- |
| 280 | 04/07/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition of Air Products & Chemicals, Inc on 4/26/94 at 9:30am (lf) [Entry date 04/11/94] | Send Runner to Court |
| 281 | 04/07/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel to take deposition of American Mirrex Corp on 4/25/94 at 9:30am (lf) [Entry date 04/11/94] | Send Runner to Court |
| 279 | 03/31/1994 | REVISED SCHEDULING ORDER setting Joining of parties,amending of pleadings on 6/16/94 ; Discovery cutoff 7/18/94 ; Deadline for filing dispositive motions 8/15/94 Pretrial conference for 10:00 12/19/94 ; Trial Date Deadline 9:30 1/17/95 ; ( signed by Judge Sue L. Robinson ) copies to: MPT, cnsl (lf) [Entry date 04/04/94] | Send Runner to Court |
| 276 | 03/30/1994 | Letter dated 3/28/94 from Steven Balick, Esq. to Judge Robinson; Re: follow up to teleconference; re: Confirmation of availability of Mr. Zielinski and Mr. Sullivan (lf) [Entry date 03/31/94] | Send Runner to Court |
| 277 | 03/30/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Allan Hobron on 4/21/94 at 9:00am (lf) [Entry date 03/31/94] | Send Runner to Court |
| 278 | 03/30/1994 | Subpoena for Walther Ramos, Jr. on 3/22/94 at 10:00am; exec. on 3/15/94 (lf) [Entry date 03/31/94] | Send Runner to Court |
| 275 | 03/29/1994 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi; Re: 4th request for production of documents directed to pltf (lf) [Entry date 03/31/94] | Send Runner to Court |
|     | 03/28/1994 | Tele-conference held, Robinson, J., sitting; no rptr (lf) | Send Runner to Court |
| 274 | 03/28/1994 | ORDER, defts permitted to complete the depositions of the Knoll witnesses prior to pltf's deposing the defts, so long as the Knoll depositions are completed prior to 5/2/94 ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | Send Runner to Court |
| 271 | 03/23/1994 | RE-NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of James McGuire, Esq. on 3/28/94 at 10:00am (lf) [Entry date 03/24/94] | Send Runner to Court |

Case 1:17-cv-01407-CFC-SRF   Document 672   Filed 04/22/20   Page 73 of 145 PageID #:
45449
Standard Chlorine DE v. Sinibaldi, et al., 1:91-cv-06016 (1991)

| 272 | 03/23/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of James Murray on 3/28/94 at 2:00pm (lf) [Entry date 03/24/94] | Send Runner to Court |
| 273 | 03/23/1994 | Subpoena for Walther Ramos, Jr. for 2/33/94 at 10:00am; exec. on 3/18/94 (lf) [Entry date 03/24/94] | Send Runner to Court |
| 269 | 03/22/1994 | MEMORANDUM OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | Send Runner to Court |
| 270 | 03/22/1994 | ORDER granting in part, denying in part [250-1] motion to Compel deposition testimony or for other relief; See order for details ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | Send Runner to Court |
| | 03/21/1994 | Tele-conference set at 4:00 3/21/94 (lf) | Send Runner to Court |
| | 03/21/1994 | Tele-conference held, Robinson, J., sitting; no rptr (lf) [Entry date 03/22/94] | Send Runner to Court |
| | 03/21/1994 | Tele-conference set at 10:00 3/28/94 (lf) [Entry date 03/22/94] | Send Runner to Court |
| 267 | 03/21/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Allan Hobron on 3/28/94 (lf) [Entry date 03/22/94] | Send Runner to Court |
| 268 | 03/21/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of James McGuire on 3/28/94 (lf) [Entry date 03/22/94] | Send Runner to Court |
| 266 | 03/18/1994 | RE-NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Walther Ramos on 3/22/94 at 10:00am (lf) [Entry date 03/21/94] | Send Runner to Court |
| 264 | 03/16/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's 4th rqst for production of documents directed to defts (lf) [Entry date 03/17/94] | Send Runner to Court |
| 265 | 03/16/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's 2nd set of interrogs directed to defts (lf) [Entry date 03/17/94] | Send Runner to Court |
| 263 | 03/15/1994 | RE-NOTICE by Standard Chlorine DE to take deposition of Albert Lifson on 3/29/94 at 10:00am (lf) [Entry date 03/16/94] | Send Runner to Court |
| 262 | 03/08/1994 | ORDER, parties to preclude from offering testimony of any witness at trial; trial witnesses shall be precluded from testifying as to any matter to which the witness previously refused to test. on the basis of any form of priviledge; all parties to produce any papers, | Send Runner to Court |

Case 1:17-cv-01407-CFC-SRF  Document 672  Filed 04/22/20  Page 74 of 145 PageID #:
45450
Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00188 (1991)

|     |            | etc. to refresh recollection; all depositions shall be noticed and completed on 5/1/94 ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 03/10/94] |                       |
| --- | ---------- | --- | --- |
| 261 | 03/02/1994 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of Walther Ramos on 3/22/94 at 10:00am (lf) [Entry date 03/03/94] | Send Runner to Court |
| 260 | 02/18/1994 | Reply Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi [253-1] motion in Limine (lf) [Entry date 02/23/94] | Send Runner to Court |
| 258 | 02/17/1994 | ORDER, settlement cnf. for 2/18/94 has been postponed; new date to be scheduled in the future; Mr. Balick to advise court by 5/2/94 of present status of case ( signed by Judge Mary P. Trostle ) copies to: cnsl; (lf) [Entry date 02/18/94] | Send Runner to Court |
| 259 | 02/17/1994 | AFFIDAVIT of Kathryn C. Knaus (lf) [Entry date 02/18/94] | Send Runner to Court |
| 257 | 02/16/1994 | Answer Brief Filed by Standard Chlorine DE [253-1] motion in Limine Reply Brief due 2/23/94 (lf) | Send Runner to Court |
| 255 | 02/15/1994 | Answer Brief Filed by George Mantakounis, Mantas Painting Co. [250-1] motion to Compel deposition testimony or for other relief Reply Brief due 2/22/94 (lf) [Entry date 02/16/94] | Send Runner to Court |
| 256 | 02/15/1994 | Reply Brief Filed by Standard Chlorine DE [250-1] motion to Compel deposition testimony or for other relief (lf) [Entry date 02/16/94] | Send Runner to Court |
| 253 | 02/09/1994 | MOTION by Anthony R. Sinibaldi with Proposed Order in Limine (lf) [Entry date 02/10/94] | Send Runner to Court |
| 254 | 02/09/1994 | Opening Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi [253-1] motion in Limine Answer Brief due 2/23/94 (lf) [Entry date 02/10/94] | Send Runner to Court |
| 248 | 02/01/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's answers to defts Anthony Sinibaldi and Michael Sinibaldi's 1st set of interrogs (lf) | Send Runner to Court |
| 249 | 02/01/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's response to deft Anthony Sinibaldi and Michael Sinibaldi's 3rd rqst for production of documents (lf) | Send Runner to Court |
| 250 | 02/01/1994 | MOTION by Standard Chlorine DE with Proposed Order to Compel deposition testimony or for other relief (lf) [Entry date 02/02/94] | Send Runner to Court |

| 251 | 02/01/1994 | Opening Brief Filed by Standard Chlorine DE [250-1] motion to Compel deposition testimony or for other relief Answer Brief due 2/15/94 (lf) [Entry date 02/02/94] | Send Runner to Court |
| 252 | 02/01/1994 | Appendix to Brief Filed by Standard Chlorine DE Appending [251-1] opening brief (lf) [Entry date 02/02/94] | Send Runner to Court |
| 247 | 01/31/1994 | TRANSCRIPT filed [0-0] telephone conference for dates of 1/25/94; Rptr: H. Conover (lf) | Send Runner to Court |
|  | 01/25/1994 | Tele-conference held, Robinson, J., sitting; Rptr: H. Conover (lf) [Entry date 01/26/94] [Edit date 01/26/94] | Send Runner to Court |
| 246 | 01/25/1994 | ORDER, briefing on discovery disputes discussed at the teleconference; See order for details ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 01/26/94] | Send Runner to Court |
|  | 01/21/1994 | Tele-conference set at 10:00 1/25/94 (lf) [Entry date 01/24/94] | Send Runner to Court |
| 245 | 01/18/1994 | NOTICE by Standard Chlorine DE to take deposition of Nancy Sinibaldi on 2/4/94 9:30am (lf) [Entry date 01/24/94] | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-01067 (1991)

| | | | |
|---|---|---|---|
| 244 | 01/12/1994 | NOTICE by Standard Chlorine DE to take deposition of Helen Sinibaldi on 1/27/94; Michael Sinibaldi on 2/2/94 and Anthony Sinibaldi on 2/8/94 (lf) [Entry date 01/14/94] | Send Runner to Court |
| 243 | 01/11/1994 | RE-NOTICE by Standard Chlorine DE to take deposition of Albert Lifson on 1/25/94 at 9:30am (lf) [Entry date 01/14/94] | Send Runner to Court |
| 242 | 01/10/1994 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: 2nd set of supplemental answers to defts Anthony Sinibaldi's and Michael Sinibaldi's 1st set of interrogs (lf) [Entry date 01/14/94] | Send Runner to Court |
| 241 | 01/07/1994 | NOTICE by Standard Chlorine DE to take deposition of George Mantakounis on 1/20/94 at 9:30am (lf) [Entry date 01/14/94] | Send Runner to Court |
| 239 | 12/30/1993 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi; Re: 2nd set of interrogs directed to pltf (lf) [Entry date 01/03/94] | Send Runner to Court |
| 240 | 12/30/1993 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi; Re: 3rd rqst for production of documents directed to pltf (lf) [Entry date 01/03/94] | Send Runner to Court |
| 237 | 12/17/1993 | ORDER granting [234-1] motion to Compel, granting [230-1] motion to Compel pltf to make a designation under Rule 30(b)(6) and to appear for deposition ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 12/20/93] | Send Runner to Court |
| 238 | 12/17/1993 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Supplemental answers to deft 1st set of interrogs (lf) [Entry date 12/20/93] | Send Runner to Court |
| 236 | 12/09/1993 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: 3rd request for production of documents (lf) [Entry date 12/10/93] | Send Runner to Court |
| 234 | 12/06/1993 | MOTION by Anthony R. Sinibaldi, Michael O. Sinibaldi to Compel (lf) [Entry date 12/08/93] | Send Runner to Court |
| 235 | 12/06/1993 | Opening Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi [234-1] motion to Compel Answer Brief due 12/20/93 (lf) [Entry date 12/08/93] | Send Runner to Court |
| 230 | 12/03/1993 | MOTION by Mantas Painting Co. to Compel pltf to make a designation under Rule 30(b)(6) and to appear | Send Runner to Court |

|     |            | for deposition (lf) [Entry date 12/08/93] |                         |
| --- | ---------- | ------------------------------------------ | ----------------------- |
| 231 | 12/03/1993 | Opening Brief Filed by Mantas Painting Co. [230-1] motion to Compel pltf to make a designation under Rule 30(b)(6) and to appear for deposition Answer Brief due 12/17/93 (lf) [Entry date 12/08/93] | Send Runner to Court |
| 232 | 12/03/1993 | Statement pursuant to Local Rule 37.1 (lf) [Entry date 12/08/93] | Send Runner to Court |
| 233 | 12/03/1993 | Memorandum of pltf Standard Chlorine of Delaware, Inc. concerning discovery disputes (lf) [Entry date 12/08/93] | Send Runner to Court |
| 229 | 12/01/1993 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi; Supplemental responses of defts Anthony Sinibaldi and Michael Sinibaldi to pltf's 1st set of interrogs directed to defts (lf) [Entry date 12/03/93] | Send Runner to Court |
| 228 | 11/18/1993 | ORDER, re discovery disputes see order for details ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) | Send Runner to Court |
|     | 11/17/1993 | Tele-conference held (lf) [Entry date 11/18/93] | Send Runner to Court |
|     | 11/16/1993 | Tele-conference set at 11/17/93 (lf) [Entry date 11/18/93] | Send Runner to Court |
|     | 11/16/1993 | Tele-conference held, Robinson, J., sitting (lf) [Entry date 11/18/93] | Send Runner to Court |
| 226 | 11/15/1993 | RE-NOTICE by Standard Chlorine DE to take deposition of Albert Lifson on 12/10/93 (lf) [Entry date 11/16/93] | Send Runner to Court |
| 227 | 11/15/1993 | Subpoena for Albert Lifson for 12/10/93; exec. on 11/15/93 (lf) [Entry date 11/16/93] | Send Runner to Court |
|     | 11/15/1993 | Tele-conference set at 11/16/93 (lf) [Entry date 11/18/93] | Send Runner to Court |
| 225 | 11/10/1993 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition Duces Tecum of Kroll Associates on 11/22/93 (lf) [Entry date 11/12/93] | Send Runner to Court |
| 224 | 10/28/1993 | NOTICE of Substitution of attorney appearance by David Lank, Esq. in lieu of Brian Sullivan, Esq. for co-deft. Comma Corporation, Lorraine Rental & Equipment Co., Inc.,, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction Co., Inc. and All-American Promotions, Inc. (lf) [Entry date 11/01/93] | Send Runner to Court |
|     | 10/25/1993 | Settlement conference set on 11:00 2/18/94 before Judge Trostle (lf) [Entry date 10/26/93] | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00188 (1991)

| | | | |
|---|---|---|---|
| 223 | 10/25/1993 | ORDER, settlement cnf. scheduled for 2/18/94 at 11:00am; see order for details ( signed by Judge Mary P. Trostle ) copies to: cnsl (lf) [Entry date 10/26/93] | Send Runner to Court |
| | 10/22/1993 | Tele-conference set at 9:00 10/25/93 (lf) [Entry date 10/25/93] | Send Runner to Court |
| 222 | 10/22/1993 | NOTICE by Anthony R. Sinibaldi, Michael O. Sinibaldi to take deposition of James Murray of Knoll Assoc. on 10/28/93 (lf) [Entry date 10/25/93] | Send Runner to Court |
| 220 | 10/19/1993 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's answer to defts Anthony Sinibaldi's and Michael Sinibaldi's 1st set of interrogs (lf) [Entry date 10/20/93] | Send Runner to Court |
| 221 | 10/19/1993 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Pltf response to defts Anthony Sinibaldi and Michael Sinibaldi's 2nd rqst for production of documents (lf) [Entry date 10/20/93] | Send Runner to Court |
| | 10/07/1993 | Tele-conference set at 10:30 10/22/93 b/f Judge Trostle (lf) [Entry date 10/12/93] | Send Runner to Court |
| 218 | 09/27/1993 | Letter dated 9/16/93 from Steven Balick, Esq. to Judge Robinson; Re: Response to Motion to Withdraw as counsel (lf) | Send Runner to Court |
| 219 | 09/27/1993 | Letter dated 9/17/93 from Kent Jordan, Esq. to Judge Robinson; Re: Response to Mr. Balick's letter dated 9/16/93 (lf) | Send Runner to Court |
| 216 | 09/22/1993 | ORDER granting [213-1] motion for Richard Galperin to Withdraw as Attorney (Terminated attorney Richard Galperin for Dover Steel ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 09/27/93] | Send Runner to Court |
| 217 | 09/22/1993 | ORDER denying [208-1] motion to Compel ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 09/27/93] | Send Runner to Court |
| 215 | 09/08/1993 | Reply Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions, George Mantakounis, Mantas Painting Co. [208-1] motion to Compel (lf) [Entry date 09/09/93] | Send Runner to Court |
| 213 | 09/01/1993 | MOTION by Dover Steel for Richard Galperin to Withdraw as Attorney (lf) [Entry date 09/03/93] | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00188 (1991)

| | | | |
|---|---|---|---|
| 214 | 09/01/1993 | Answer Brief Filed by Standard Chlorine DE [208-1] motion to Compel Reply Brief due 9/8/93 (lf) [Entry date 09/03/93] | Send Runner to Court |
| 212 | 08/27/1993 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi; Re: Responses to pltf's 3rd rqst for production of documents (lf) [Entry date 09/01/93] | Send Runner to Court |
| | 08/25/1993 | Deadline updated; set Answer Brief Deadline to 9/1/93 re: [208-1] motion to Compel, and set Reply Brief Deadline to 9/8/93 re: [208-1] motion to Compel (lf) | Send Runner to Court |
| | 08/24/1993 | So Ordered granting [211-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 08/25/93] | Send Runner to Court |
| 211 | 08/19/1993 | STIPULATION and proposed order; Re: Opening brief to defts Joint motion to compel due 8/11/93; Answering brief due 9/1/93 and reply brief due 9/8/93 (lf) [Entry date 08/23/93] | Send Runner to Court |
| 210 | 08/16/1993 | TRANSCRIPT filed [0-0] telephone conference for dates of June14,1993 (lf) [Entry date 08/17/93] | Send Runner to Court |
| 207 | 08/11/1993 | Statement pursuant to Local Rule 37.1 (lf) [Entry date 08/12/93] | Send Runner to Court |
| 208 | 08/11/1993 | JOINT MOTION by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions, George Mantakounis, Mantas Painting Co. to Compel (lf) [Entry date 08/12/93] | Send Runner to Court |
| 209 | 08/11/1993 | Opening Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions, George Mantakounis, Mantas Painting Co. [208-1] motion to Compel Answer Brief due 8/25/93 (lf) [Entry date 08/12/93] | Send Runner to Court |
| 206 | 08/04/1993 | ORDER granting [204-1] motion to Extend deadline for motions to join other parties and amend the pleadings until August 11, 1993( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 08/05/93] | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al., 9 Fed.Appx. 19 (1990)

| | | | |
|---|---|---|---|
| 203 | 08/02/1993 | Subpoena for Fresh Products, Inc.; exec. on 7/28/93 (lf) [Entry date 08/03/93] | Send Runner to Court |
| 204 | 08/02/1993 | MOTION and proposed order by Standard Chlorine DE to Extend deadline for motions to join other parties and amend the pleadings (lf) [Entry date 08/03/93] | Send Runner to Court |
| 205 | 08/02/1993 | ORDER, settlement cnf. rescheduled at a date convenient to court and cnsl; status report due by 8/25/93 ( signed by Judge Mary P. Trostle ) copies to: cnsl (lf) [Entry date 08/03/93] | Send Runner to Court |
| 202 | 07/28/1993 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Pltf's 3rd request for production of documents directed to defts. (lf) [Entry date 07/29/93] | Send Runner to Court |
| 199 | 07/27/1993 | Subpoena for Robert Brown exec. 7/14/93 for 8/2/93 at 10:00am (lf) | Send Runner to Court |
| 200 | 07/27/1993 | Subpoena for PPG Industries exec. 7/13/93 (lf) | Send Runner to Court |
| 201 | 07/27/1993 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Request for production of documents from non-party (lf) [Entry date 07/29/93] | Send Runner to Court |
| | 07/21/1993 | Tele-conference held, Robinson, J., sitting (lf) | Send Runner to Court |
| 196 | 07/12/1993 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Re: Ntoice of request for production of dpocuments from a non party (lf) [Entry date 07/13/93] | Send Runner to Court |
| 197 | 07/12/1993 | NOTICE of Request for production of documents from a non-party by Standard Chlorine DE (lf) [Entry date 07/13/93] | Send Runner to Court |
| 198 | 07/12/1993 | NOTICE by Standard Chlorine DE to take deposition of Robert Brown on 8/3/93 (lf) [Entry date 07/13/93] | Send Runner to Court |
| 194 | 07/07/1993 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi re Second Request for Production of Documents Directed to Plaintiff and Counterclaim Defendants (pr) | Send Runner to Court |
| 195 | 07/07/1993 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi re First Set of Interrogatories Directed to Plaintiff and Counterclaim Defendants (pr) | Send Runner to Court |
| | 07/01/1993 | Telephone Status conference held with Judge Robinson - No reporter (pr) | Send Runner to Court |
| | 07/01/1993 | Tele-conference set at 11:00 a.m. on 7/21/93 (pr) | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00188 (1991)

| | | | |
|---|---|---|---|
| 193 | 06/18/1993 | ORDER ( signed by Judge Sue L. Robinson ) re disputed requests for production - copies to: cnsl. (pr) | Send Runner to Court |
| | 06/17/1993 | Tele-conference held with Judge Robinson - Court Reporter: Valerie Gunning (pr) [Entry date 06/21/93] | Send Runner to Court |
| | 06/16/1993 | Tele-conference set at 3:00 p.m. on 6/17/93 (pr) [Entry date 06/17/93] | Send Runner to Court |
| 192 | 06/14/1993 | ORDER ( signed by Judge Mary P. Trostle ) rescheduling settlement conference from 6/11/93 to 7/19/93 at 10:00 a.m. in Magistrate Judge's courtroom - copies to: cnsl. (pr) [Entry date 06/16/93] | Send Runner to Court |
| 190 | 06/10/1993 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi re Revised Responses to Plaintiff's Second Request for Production of Documents (pr) | Send Runner to Court |
| 191 | 06/10/1993 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi re Revised Responses to Plaintiff's First Set ofInterrogatories (pr) | Send Runner to Court |
| 189 | 06/09/1993 | ORDER ( signed by Judge Sue L. Robinson ) directing that non-party Wilmington Trust Co. as "movant" or otherwise active participant in action be deleted; Chris J. Pietrafitta be deleted as local counsel for George Mantakounis and Mantas Painting Co.; (see order re notice of change submissions, etc.) copies to: cnsl: Pascale, Balick, Galperin, Lank, Lynch, Sullivan, Pietrafitta (pr) | Send Runner to Court |
| 185 | 06/08/1993 | NOTICE OF SERVICE by Standard Chlorine DE re Response to Defendants George Mantakounis and Mantas Painting Company's First Request for Production of Documents (pr) [Entry date 06/09/93] | Send Runner to Court |
| 186 | 06/08/1993 | NOTICE by Standard Chlorine DE to take deposition of Albert Lifson on 7/23/93 at 9:30 a.m. (pr) [Entry date 06/09/93] | Send Runner to Court |
| 187 | 06/08/1993 | NOTICE by Standard Chlorine DE to take deposition of Nancy Sinibaldi on 7/22/93 at 9:30 a.m. (pr) [Entry date 06/09/93] | Send Runner to Court |
| 188 | 06/08/1993 | NOTICE by Standard Chlorine DE to take deposition of Michael Sinibaldi on 7/21/93 at 9:30 a.m. (pr) [Entry date 06/09/93] | Send Runner to Court |
| 183 | 05/26/1993 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel re Responses to Plaintiff's First Set of Interrogatories | Send Runner to Court |

| | | | |
|---|---|---|---|
| | | Directed to Defendants (pr) [Entry date 05/27/93] | |
| 184 | 05/26/1993 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel re Responses to Plaintiff's Second Request for Production of Documents (pr) [Entry date 05/27/93] | Send Runner to Court |
| 182 | 05/24/1993 | "RE-ENTRY" of attorney appearance for George Mantakounis, Mantas Painting Co. by William D. Sullivan (pr) [Entry date 05/25/93] | Send Runner to Court |
| 181 | 05/20/1993 | NOTICE by Standard Chlorine DE to take deposition of Anthony R. Sinibaldi on 6/29/93 at 9:30 (pr) [Entry date 05/24/93] | Send Runner to Court |
| 175 | 05/18/1993 | MOTION by George Mantakounis, Mantas Painting Co. for Thomas C. Zielinski to Appear Pro Hac Vice re: [175-1] motion (pr) | Send Runner to Court |
| | 05/18/1993 | So Ordered granting [175-1] motion for Thomas C. Zielinski to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to William D. Sullivan, Esq. (pr) | Send Runner to Court |
| 176 | 05/18/1993 | ANSWER by Louis P. Wiener, Margaret L. Wiener, Standard Chlorine (Attorney Karen L. Pascale) to [126-1] third-party complaint of Michael O. Sinibaldi (pr) [Entry date 05/21/93] | Send Runner to Court |
| 177 | 05/18/1993 | ANSWER by Louis P. Wiener, Margaret L. Wiener, Standard Chlorine (Attorney Karen L. Pascale) to [127-1] third-party complaint of Anthony R. Sinibaldi (pr) [Entry date 05/21/93] | Send Runner to Court |
| 178 | 05/18/1993 | ANSWER by Louis P. Wiener, Margaret L. Wiener, Standard Chlorine (Attorney ) to [125-1] third-party complaint of Lorraine Equipment Co., Comma Corp., All-American Promotions, and SS&H Realty (pr) [Entry date 05/21/93] | Send Runner to Court |
| 179 | 05/18/1993 | ANSWER by Louis P. Wiener, Margaret L. Wiener, Standard Chlorine to [121-2] counter claims of Anthony R. Sinibaldi (pr) [Entry date 05/24/93] | Send Runner to Court |
| 180 | 05/18/1993 | ANSWER by Louis P. Wiener, Margaret L. Wiener, Standard Chlorine to Counterclaims of Lorraine Equipment Co., Inc. (pr) [Entry date 05/24/93] | Send Runner to Court |
| 174 | 05/14/1993 | RENOTICE by Standard Chlorine DE to take deposition of George | Send Runner to Court |

Case 1:17-cv-01407-CFC-SRF   Document 672   Filed 04/22/20   Page 83 of 145 PageID #:
45459
Standard Chlorine DE v. Sinibaldi, et al., 1:91-cv-00188 (1991)

| | | | |
|---|---|---|---|
| | | Mantakounis on 5/28/93 at 9:30 a.m. (pr) | |
| 173 | 05/06/1993 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions, George Mantakounis, Mantas Painting Co. re First Request for Production of Documents Directed to Plaintiff by defendants George Mantakounis and Mantas Painting Co. (pr) | Send Runner to Court |
| 172 | 05/05/1993 | NOTICE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., George Mantakounis, Mantas Painting Co re Responses and Objections of George Mantakounis and Mantas Painting Co. to Pltf's Second Request for Production of Documents and Responses and Objections of George Mantakounis and Mantas Painting Co. to Plaintiff's First Set of Interrogatories. (pr) [Entry date 05/06/93] | Send Runner to Court |
| 170 | 04/28/1993 | PRAECIPE TO ISSUE THIRD PARTY SUMMONS IN A CIVIL ACTION - Summons issued 4/27/93 (pr) [Edit date 04/28/93] | Send Runner to Court |
| 171 | 04/28/1993 | PRAECIPE TO ISSUE SUMMONS IN A CIVIL ACTION - Summons issued 4/27/93 (pr) | Send Runner to Court |
| | 04/28/1993 | Settlement conference set on 10:00 6/11/93 before Magistrate Judge Trostle (pr) [Entry date 04/29/93] | Send Runner to Court |
| 169 | 04/27/1993 | SCHEDULING ORDER setting Joining of parties,amending of pleadings on 8/5/93 ; Discovery cutoff 9/30/93 ; Deadline for filing dispositive motions 10/27/93 Pretrial conference for 9:00 2/18/94 ; Trial Date Deadline 9:30 2/28/94 ; ( signed by Judge Sue L. Robinson ) copies to: cnsl and MPT. (pr) [Entry date 04/28/93] | Send Runner to Court |
| | 04/27/1993 | Status conference set at 9:30 7/1/93 (pr) [Entry date 04/28/93] | Send Runner to Court |
| 168 | 04/26/1993 | NOTICE by Standard Chlorine DE to take deposition of Anthony R. Sinibaldi on 5/27/93 at 9:30 a.m (pr) | Send Runner to Court |
| | 04/26/1993 | Tele-conference held April 26, 1993 - Judge Robinson, sitting - | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al., 1:91CV00188 (1991)

|  |  | No court reporter (pr) [Entry date 04/28/93] |  |
|---|---|---|---|
| 167 | 04/22/1993 | SUBSTITUTION of attorney appearance for Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Anthony R. Sinibaldi, Michael O. Sinibaldi by Steven J. Balick in lieu of Aubrey B. Lank (lf) [Entry date 04/23/93] | Send Runner to Court |
| 166 | 04/12/1993 | AMENDMENT TO COUNTERCLAIMS re registered mail receipt re Louis Wiener (lf) [Entry date 04/13/93] | Send Runner to Court |
| 165 | 04/06/1993 | RE-NOTICE by Standard Chlorine DE to take deposition of George Mantakounis on 5/13/93 at 9:30 (lf) | Send Runner to Court |
|  | 04/05/1993 | Tele-conference held, Robinson, J., sitting (pr) [Entry date 04/29/93] | Send Runner to Court |
| 151 | 04/02/1993 | AMENDED COUNTERCLAIM by Anthony R. Sinibaldi against Margaret L. Wiener : amending [151-1] amended claim (lf) [Entry date 04/06/93] | Send Runner to Court |
| 152 | 04/02/1993 | AMENDED COUNTERCLAIM by Anthony R. Sinibaldi against Louis P. Wiener : amending [152-1] amended claim (lf) [Entry date 04/06/93] | Send Runner to Court |
| 153 | 04/02/1993 | AMENDMENT TO THIRD PARTY COMPLAINT (lf) [Entry date 04/06/93] | Send Runner to Court |
| 154 | 04/02/1993 | Amendment to 3rd party complaint as to Margaret Wiener (lf) [Entry date 04/06/93] | Send Runner to Court |
| 155 | 04/02/1993 | Amendmant ot counterclaim as to Standard Chlorine Chemical, Co. (lf) [Entry date 04/06/93] | Send Runner to Court |
| 156 | 04/02/1993 | Amendment to counterclaim as to Margaret Wiener (lf) [Entry date 04/06/93] | Send Runner to Court |
| 157 | 04/02/1993 | Amendment to 3rd party complaint as to Standard Chlorine Chemical Co. (lf) [Entry date 04/06/93] | Send Runner to Court |
| 158 | 04/02/1993 | Amendment to 3rd party complaint as to Louis Wiener (lf) [Entry date 04/06/93] | Send Runner to Court |
| 159 | 04/02/1993 | Amendment to 3rd party complaint as to Margaret Wiener (lf) [Entry date 04/06/93] | Send Runner to Court |
| 160 | 04/02/1993 | Amendment to 3rd party complaint as to Standard Chlorine Chemical Co., Inc. (lf) [Entry date 04/06/93] | Send Runner to Court |
| 161 | 04/02/1993 | Amendment to 3rd party complaint as to Louis Wiener (lf) [Entry date 04/06/93] | Send Runner to Court |
| 162 | 04/02/1993 | Amendment to 3rd party complaint as to Louis Wiener (lf) [Entry date 04/06/93] | Send Runner to Court |

| | | | |
|---|---|---|---|
| 163 | 04/02/1993 | Amendment to 3rd party complaint as to Margaret Wiener (lf) [Entry date 04/06/93] | Send Runner to Court |
| 164 | 04/02/1993 | Amendment to 3rd party complaint as to Margaret Wiener (lf) [Entry date 04/06/93] | Send Runner to Court |
| 141 | 03/26/1993 | NOTICE by Standard Chlorine DE to take deposition of George Mantakounis on 4/20/93 at 9;30 am (lf) | Send Runner to Court |
| 142 | 03/26/1993 | RETURN OF SERVICE executed 3/24/93 Answer due on 4/13/93 for Standard Chlorine (lf) [Entry date 03/29/93] | Send Runner to Court |
| 143 | 03/26/1993 | RETURN OF SERVICE executed as to Louis P. Wiener 3/24/93 Answer due on 4/13/93 for Louis P. Wiener (lf) [Entry date 03/29/93] | Send Runner to Court |
| 144 | 03/26/1993 | RETURN OF SERVICE executed as to Margaret L. Wiener 3/24/93 Answer due on 4/13/93 for Margaret L. Wiener (lf) [Entry date 03/29/93] | Send Runner to Court |
| 145 | 03/26/1993 | RETURN OF SERVICE executed as to Louis P. Wiener 3/24/93 Answer due on 4/13/93 for Louis P. Wiener (lf) [Entry date 03/29/93] | Send Runner to Court |
| 146 | 03/26/1993 | RETURN OF SERVICE executed as to Standard Chlorine 3/24/93 Answer due on 4/13/93 for Standard Chlorine (lf) [Entry date 03/29/93] | Send Runner to Court |
| 147 | 03/26/1993 | RETURN OF SERVICE executed as to Margaret L. Wiener 3/24/93 Answer due on 4/13/93 for Margaret L. Wiener (lf) [Entry date 03/29/93] | Send Runner to Court |
| 148 | 03/26/1993 | RETURN OF SERVICE executed as to Margaret L. Wiener 3/24/93 Answer due on 4/13/93 for Margaret L. Wiener (lf) [Entry date 03/29/93] | Send Runner to Court |
| 149 | 03/26/1993 | RETURN OF SERVICE executed as to Louis P. Wiener 3/24/93 Answer due on 4/13/93 for Louis P. Wiener (lf) [Entry date 03/29/93] | Send Runner to Court |
| 150 | 03/26/1993 | RETURN OF SERVICE executed as to Standard Chlorine 3/24/93 Answer due on 4/13/93 for Standard Chlorine (lf) [Entry date 03/29/93] | Send Runner to Court |
| 140 | 03/25/1993 | ORDER, settlement conference scheduled for 6/11/93 at 10:00am (see order for details) ( signed by Judge Mary P. Trostle ) copies to: cnsl (lf) [Entry date 03/26/93] | Send Runner to Court |
| | 03/23/1993 | Settlement conference set on 9:30 4/7/93 (lf) [Entry date 03/24/93] | Send Runner to Court |

| | | | |
|---|---|---|---|
| 137 | 03/23/1993 | PRAECIPE: Summons issued to third-party defendants Louis P. Wiener, Margaret L. Wiener, and Standard Chlorine Chemical Co., to be served with third-party complaint of Anthony R. Sinibaldi (lf) [Entry date 03/24/93] | Send Runner to Court |
| 138 | 03/23/1993 | PRAECIPE: Summons to 3d-party Louis P. Wiener, Margaret L. Wiener, and Std. Chlorine Chem. Co. served with 3rd-party complaint of Michael O. Sinibaldi (lf) [Entry date 03/24/93] | Send Runner to Court |
| 139 | 03/23/1993 | PRAECIPE: Summons to Louis P. Wiener, Margaret L. Wiener, and Std. Chlorine Chem. Co. served with copy of Answer, Defenses, and Counterclaims of Anthony R. Sinibaldi (lf) [Entry date 03/24/93] | Send Runner to Court |
| 135 | 03/19/1993 | ORDER setting teleconference for 4/5/93 at 9:00, settlement conference by Judge Trostle during month of June, and motions to join and amend filed by 7/5/93 ( signed by Judge Sue L. Robinson ) copies to: cnsl and MPT. (lf) | Send Runner to Court |
| | 03/19/1993 | Deadline updated; set Scheduling Order Deadlines: joining of parties, amended pleadings on 7/5/93 (lf) | Send Runner to Court |
| | 03/19/1993 | Telephone conference set at 9:00 4/5/93 (lf) | Send Runner to Court |
| 136 | 03/19/1993 | JUDGMENT OF USCA (certified copy) dismissed by Clerk under FRAP 42(b) per agreement of parties Re: [114-1] appeal by Mantas Painting Co., George Mantakounis (lf) [Entry date 03/23/93] | Send Runner to Court |
| | 03/16/1993 | TELECONFERENCE set at 11:00 3/18/93 (lf) [Entry date 03/17/93] | Send Runner to Court |
| 133 | 03/01/1993 | NOTICE OF SERVICE by Standard Chlorine DE re discovery (lf) | Send Runner to Court |
| 134 | 03/01/1993 | NOTICE OF SERVICE by Standard Chlorine DE re second request for production of documents directed to defendants (lf) | Send Runner to Court |
| 132 | 02/24/1993 | NOTICE of attorney appearance for George Mantakounis, Mantas Painting Co. by Chris Pietrafitta, Esq. (lf) [Entry date 02/25/93] | Send Runner to Court |
| | 02/23/1993 | Status conference (telephone) set at 11:00 2/26/93 (lf) | Send Runner to Court |
| 131 | 02/22/1993 | Reply of Plaintiff Standard Chlorine of Delaware, Inc. to Counterclaims of Defendant Anthony R. Sinibaldi (lf) [Entry date 02/23/93] | Send Runner to Court |
| 129 | 02/19/1993 | NOTICE of WITHDRAWAL by Gordon L. McLaughlin as attorney | Send Runner to Court |

| | | | |
|---|---|---|---|
| | | of record for George Mantakounis, Mantas Painting Co. (lf) [Entry date 02/22/93] | |
| 130 | 02/19/1993 | ANSWER by George Mantakounis, Mantas Painting Co. (Attorney Chris J. Pietrafitta) to amended complaint (lf) [Entry date 02/22/93] | Send Runner to Court |
| 128 | 02/18/1993 | NOTICE OF SERVICE by George Mantakounis, Mantas Painting Co. re discovery (lf) [Entry date 02/22/93] | Send Runner to Court |
| 123 | 02/12/1993 | MEMORANDUM OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 02/16/93] | Send Runner to Court |
| 124 | 02/12/1993 | ORDER denying [115-1] motion to Stay of proceeding; See order for details ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 02/16/93] | Send Runner to Court |
| 125 | 02/12/1993 | THIRD-PARTY COMPLAINT by Comma Corporation, Lorraine Rental, SS&H Realty, All-Amer. Promotions against Louis P. Wiener, Margaret L. Wiener, Standard Chlorine Chemical Company, Inc. (lf) [Entry date 02/16/93] | Send Runner to Court |
| 126 | 02/12/1993 | THIRD-PARTY COMPLAINT by Michael O. Sinibaldi against Louis P. Wiener, Margaret L. Wiener, Standard Chlorine (lf) [Entry date 02/16/93] | Send Runner to Court |
| 127 | 02/12/1993 | THIRD-PARTY COMPLAINT by Anthony R. Sinibaldi against Louis P. Wiener, Margaret L. Wiener, Standard Chlorine (lf) [Entry date 02/16/93] | Send Runner to Court |
| | 02/11/1993 | Settlement conference set on 9:30 4/7/93 (lf) | Send Runner to Court |
| | 02/11/1993 | Jury trial set at 9:00 1/24/94 (lf) | Send Runner to Court |
| | 02/11/1993 | Tele-conference set at 9:00 6/4/93 (lf) | Send Runner to Court |
| | 02/11/1993 | Pre-trial conference set at 9:00 1/7/94 (lf) | Send Runner to Court |
| 122 | 02/10/1993 | ORDER, settlement conference scheduled for 4/7/93 at 9:30am ( signed by Judge Mary P. Trostle ) copies to: cnsl (lf) [Entry date 02/11/93] | Send Runner to Court |
| | 02/04/1993 | So Ordered granting [117-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 02/05/93] | Send Runner to Court |
| 117 | 02/02/1993 | STIPULATION and proposed order; Re: for defts to file answer to complaint by 2/1/93 (lf) [Entry date 02/03/93] | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00168 (1991)

| 118 | 02/02/1993 | Answer Brief Filed by Standard Chlorine DE [115-1] motion to Stay of proceeding Reply Brief due 2/9/93 (lf) [Entry date 02/03/93] | Send Runner to Court |
| 119 | 02/02/1993 | ANSWER to Complaint; jury demand and COUNTERCLAIM by Comma Corporation, Lorraine Rental, SHS Holding Corp., All-Amer. Promotions (Attorney ) against Standard Chlorine DE (lf) [Entry date 02/03/93] | Send Runner to Court |
| 120 | 02/02/1993 | ANSWER to Complaint and defenses by Michael O. Sinibaldi (Attorney ),; jury demand (lf) [Entry date 02/03/93] | Send Runner to Court |
| 121 | 02/02/1993 | ANSWER to Complaint; jury demand and COUNTERCLAIM by Anthony R. Sinibaldi (Attorney ) against Standard Chlorine DE (lf) [Entry date 02/03/93] | Send Runner to Court |
| | 02/01/1993 | NOTICE of Docketing ROA from USCA Re: [114-1] appeal by Mantas Painting Co., George Mantakounis USCA NUMBER: 93-7063 (lf) [Entry date 02/02/93] | Send Runner to Court |

| | 01/28/1993 | Notice of appeal and certified copy of docket to USCA: [114-1] appeal by Mantas Painting Co., George Mantakounis; Re: certified copy of notice of appeal; certified copy of docket entries; copy paper 103 & 104; Complete record including 2 certified copies of docket entries indicating record complete for appeal purposes (lf) | Send Runner to Court |
| 115 | 01/27/1993 | MOTION by George Mantakounis, Mantas Painting Co. to Stay of proceeding re: [115-1] motion (lf) [Entry date 02/02/93] | Send Runner to Court |
| 116 | 01/27/1993 | Opening Brief Filed by George Mantakounis, Mantas Painting Co. [115-1] motion to Stay of proceeding Answer Brief due 2/10/93 (lf) [Entry date 02/02/93] | Send Runner to Court |
| 112 | 01/25/1993 | SCHEDULING ORDER setting Joining of parties,amending of pleadings on 5/3/93 ; Discovery cutoff 8/31/93 ; Deadline for filing dispositive motions 9/27/93 Pretrial conference for 1/7/94 ; Trial Date Deadline 9:00 1/24/94 ; ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 01/27/93] | Send Runner to Court |
| 113 | 01/25/1993 | ORDER, re: Defts George Mantakounis and Mantas Painting Co. supply court with their position that the case shoulf be stated as to them pending their appeal ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 01/27/93] | Send Runner to Court |
| | 01/22/1993 | Scheduling conference held, Robinson, J., sitting (lf) [Entry date 01/27/93] | Send Runner to Court |
| | 01/22/1993 | So Ordered granting [107-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 01/27/93] | Send Runner to Court |
| 109 | 01/21/1993 | Steno Notes for 1/22/93; Rptr: L. Dibbs (lf) [Entry date 01/27/93] | Send Runner to Court |
| 110 | 01/21/1993 | DESIGNATION by George Mantakounis, Mantas Painting Co. of record on appeal (lf) [Entry date 01/27/93] | Send Runner to Court |
| 111 | 01/21/1993 | Transcript requested by Gordon McLaughlin, Esq. (lf) [Entry date 01/27/93] | Send Runner to Court |
| | 01/20/1993 | So Ordered granting [108-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) | Send Runner to Court |
| 107 | 01/19/1993 | STIPULATION and proposed order re: confidentiality of discovery (lf) [Entry date 01/20/93] | Send Runner to Court |

Standard Chronological view in Gibraltar, et al, 1:91-cv-00106 ( 1999 )

| 108 | 01/19/1993 | STIPULATION and proposed order; Re: Defts. answer to pltf's amended complaint by 1/29/93 (lf) [Entry date 01/20/93] | Send Runner to Court |
| 114 | 01/19/1993 | NOTICE OF APPEAL by George Mantakounis, Mantas Painting Co. [104-1] order, [103-1] order . Time: 3:16pm Fee Status: 105.00 (lf) [Entry date 01/28/93] | Send Runner to Court |
| | 01/11/1993 | In-chambers conference set at 3:00 1/22/93 (lf) | Send Runner to Court |
| 105 | 01/11/1993 | Letter dated 12/21/92 from Richard Allen, Esq. to Judge Robinson; Re: response to order dated 12/14/92 (lf) | Send Runner to Court |
| 106 | 01/11/1993 | Letter dated 12/21/92 from Gordon McLaughlin, Esq. to Judge Robinson; Re: Response to court order dated 12/14/92 (lf) | Send Runner to Court |
| 103 | 12/30/1992 | MEMORANDUM OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 01/04/93] | Send Runner to Court |
| 104 | 12/30/1992 | ORDER denying [94-1] motion for Protective Order, denying [94-2] motion to Stay of discovery, denying [85-1] motion to Dismiss, denying [83-1] motion to Dismiss, granting in part, denying in part [75-1] motion to Dismiss amended complaint, granting [69-1] motion to Compel production of documents, granting in part, denying in part [67-1] motion to Compel, denying [63-1] motion for Protective Order, denying [62-1] motion for entry of confidentiality order, denying [40-1] motion for order sched. oral argument on defts' motion to dism., denying [31-1] motion to Compel immediate production of insurance policies, denying [18-1] motion to Dismiss ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 01/04/93] | Send Runner to Court |
| 101 | 12/22/1992 | Letter dated 2/21/92 from Brian Kenney, Esq. to Judge Farnan; Re: 3rdCCA decision on Glessner v. Kenny (lf) [Entry date 12/23/92] | Send Runner to Court |
| 102 | 12/22/1992 | Letter dated 3/18/92 from Richard Allen, Esq. to Judge Robinson; Re: response to 2/21/92 letter of defts re: decision of 3rdCCA in Glessner v. Kenny (lf) [Entry date 12/23/92] | Send Runner to Court |
| 99 | 12/14/1992 | NOTICE of by Dover Steel; Suggestion of Bankruptcty (lf) [Entry date 12/15/92] | Send Runner to Court |

| | | | |
|---|---|---|---|
| 100 | 12/14/1992 | ORDER, by 12/21/92 parties to notify court of said automatic stay ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) [Entry date 12/17/92] | Send Runner to Court |
| | 12/14/1992 | Deadline updated; set Notice of Compliance deadline to 12/21/92; parties to notify court of any automatic stay (lf) [Entry date 12/17/92] | Send Runner to Court |
| 98 | 10/21/1992 | Application/request for oral argument of by George Mantakounis, Mantas Painting Co. (lf) [Entry date 10/23/92] | Send Runner to Court |
| 97 | 10/19/1992 | Reply Brief Filed by George Mantakounis, Mantas Painting Co. [94-1] motion for Protective Order, [94-2] motion to Stay of discovery (lf) [Entry date 10/20/92] | Send Runner to Court |
| 96 | 10/13/1992 | Answer Brief Filed by Standard Chlorine DE [94-1] motion for Protective Order Reply Brief due 10/20/92, [94-2] motion to Stay of discovery Reply Brief due 10/20/92 (lf) [Entry date 10/14/92] | Send Runner to Court |
| 94 | 09/28/1992 | MOTION by George Mantakounis, Mantas Painting Co. for Protective Order, and to Stay of discovery Opening brief due 10/12/92 re: [94-1] motion, Opening brief due 10/12/92 re: [94-2] motion (lf) [Entry date 09/29/92] | Send Runner to Court |
| 95 | 09/28/1992 | Opening Brief Filed by George Mantakounis, Mantas Painting Co. [94-1] motion for Protective Order Answer Brief due 10/12/92, [94-2] motion to Stay of discovery Answer Brief due 10/12/92 (lf) [Entry date 09/29/92] | Send Runner to Court |
| 93 | 09/11/1992 | APPLICATION/REQUEST FOR ORAL ARGUMENT on motions to dismiss amended complaint of by George Mantakounis, Mantas Painting Co. (lf) [Entry date 09/14/92] | Send Runner to Court |
| 89 | 09/09/1992 | CERTIFICATE OF SERVICE by George Mantakounis; Re: Deft. George Mantakounis' reply brief in support of his motion to dismiss the amended complaint (lf) [Entry date 09/10/92] | Send Runner to Court |
| 90 | 09/09/1992 | CERTIFICATE OF SERVICE by Mantas Painting Co.; Re: Deft Mantas Painting Company's reply brief in support of its motion to dismiss the amended complaint (lf) [Entry date 09/10/92] | Send Runner to Court |

| 91 | 09/09/1992 | Reply Brief Filed by Mantas Painting Co. [85-1] motion to Dismiss the amended complaint (lf) [Entry date 09/10/92] | Send Runner to Court |
| 92 | 09/09/1992 | Reply Brief Filed by George Mantakounis [83-1] motion to Dismiss the amended complaint (lf) [Entry date 09/10/92] | Send Runner to Court |
| 88 | 08/21/1992 | Answer Brief Filed by Standard Chlorine DE [85-1] motion to Dismiss Reply Brief due 8/28/92, [83-1] motion to Dismiss Reply Brief due 8/28/92 (lf) | Send Runner to Court |
| | 08/11/1992 | Deadline updated; set Answer Brief Deadline to 8/21/92 re: [85-1] motion to Dismiss, 8/21/92 re: [83-1] motion to Dismiss, and reset Reply Brief Deadline to 9/11/92 re: [85-1] motion to Dismiss, 9/11/92 re: [83-1] motion to Dismiss (lf) | Send Runner to Court |
| | 08/10/1992 | So Ordered granting [87-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 08/11/92] | Send Runner to Court |
| 87 | 08/07/1992 | STIPULATION and proposed order; Re: Briefing on motion to dismiss of Deft. George Mantakounis and Mantas Painting Company: Answering brief due 8/21/92 and deft. reply brief due 9/11/92 (lf) | Send Runner to Court |
| 83 | 07/29/1992 | MOTION by George Mantakounis to Dismiss Opening brief due 8/12/92 re: [83-1] motion (lf) [Edit date 07/29/92] | Send Runner to Court |
| 84 | 07/29/1992 | Opening Brief Filed by George Mantakounis [83-1] motion to Dismiss Answer Brief due 8/12/92 (lf) [Edit date 07/29/92] | Send Runner to Court |
| 85 | 07/29/1992 | MOTION by Mantas Painting Co. to Dismiss Opening brief due 8/12/92 re: [85-1] motion (lf) | Send Runner to Court |
| 86 | 07/29/1992 | Opening Brief Filed by Mantas Painting Co. [85-1] motion to Dismiss Answer Brief due 8/12/92 (lf) | Send Runner to Court |
| | 07/21/1992 | Deadline updated; set Answer deadline to 7/30/92 for Mantas Painting Co., for George Mantakounis (lf) | Send Runner to Court |
| | 07/20/1992 | So Ordered granting [82-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) [Entry date 07/21/92] | Send Runner to Court |
| 82 | 07/15/1992 | STIPULATION and proposed Order for defts. George Mantakounis and Mantas Painting Company to answer to complaint by 7/30/92 (lf) | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-CV-00188 (1991)

| | | | |
|---|---|---|---|
| | 07/02/1992 | So Ordered granting [81-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) | Send Runner to Court |
| | 07/02/1992 | Deadline updated; set Answer deadline to 7/20/92 for Mantas Painting Co., for George Mantakounis (lf) | Send Runner to Court |
| 81 | 07/01/1992 | STIPULATION and proposed Order for defts George Mantakounis and Mantas Painting Co. to answer to complaint by 7/20/92 (lf) | Send Runner to Court |
| 80 | 06/25/1992 | Steno Notes for June 18, 1992, Rptr: L. Dibbs (lf) [Entry date 06/29/92] | Send Runner to Court |
| 78 | 06/24/1992 | CERTIFICATE OF SERVICE by Standard Chlorine DE; Pltf's 1st rqst for production of documents (lf) [Entry date 06/29/92] | Send Runner to Court |
| 79 | 06/24/1992 | TRANSCRIPT filed [0-0] motion hearing for dates of June 18, 1992; Rptr: L. Dibbs (lf) [Entry date 06/29/92] | Send Runner to Court |
| 76 | 06/22/1992 | AFFIDAVIT of Karen Pascale, Esq. (lf) [Entry date 06/29/92] | Send Runner to Court |
| 77 | 06/22/1992 | Amendment to the Amended complaint (lf) [Entry date 06/29/92] | Send Runner to Court |
| | 06/18/1992 | Motion hearing re: [18-1] motion to Dismiss Motion hearing held, [27-1] motion forFrederic P. Santarelli to Appear Pro Hac Vice, [75-1] motion to Dismiss amended complaint, [69-1] motion to Compel production of documents Motion hearing held, [67-1] motion to Compel Motion hearing held, [63-1] motion for Protective Order Motion hearing held, [62-1] motion for entry of confidentiality order Motion hearing held, [40-1] motion for order sched. oral argument on defts' motion to dism. Motion hearing held (lf) [Entry date 06/29/92] | Send Runner to Court |
| 75 | 06/17/1992 | MOTION by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions to Dismiss amended complaint Opening brief due 7/1/92 re: [75-1] motion (lf) | Send Runner to Court |
| 73 | 06/02/1992 | SUMMONs executed 6/1/92 as to Mantas Painting Company (lf) | Send Runner to Court |
| 74 | 06/02/1992 | SUMMONS executed 6/1/92 as to George Mantakounis (lf) | Send Runner to Court |
| 71 | 05/29/1992 | Praecipe (summons issued) (lf) [Entry date 06/01/92] | Send Runner to Court |

Standard Chlorine of Delaware, et al, v. 9.1 Acres of Land, ...

| 72 | 05/29/1992 | AMENDED COMPLAINT by Standard Chlorine DE , (Answer due 6/8/92 for All-Amer. Promotions, for A.M.B. Construction, for SHS Holding Corp., for SS&H Realty, for Delaware Rental Co., for Lorraine Rental, for Comma Corporation, for Dover Steel, for Michael O. Sinibaldi, for Anthony R. Sinibaldi ) amending [1-1] complaint (lf) [Entry date 06/01/92] | Send Runner to Court |
| 70 | 05/28/1992 | Defts' consolidated response to pltf's response to defts' motion to compel and to pltf's motion to compel production of documents (lf) [Entry date 05/29/92] | Send Runner to Court |
|  | 05/28/1992 | Defts' consolidated response to pltf's response to defts' motion to compel and to pltf's motion to compel production of documents; Reply brief due 6/4/92; See DI 70 for original (lf) [Entry date 05/29/92] | Send Runner to Court |
|  | 05/14/1992 | Motion hearing re: [69-1] motion to Compel production of documents at 4:00 6/18/92, [67-1] motion to Compel at 4:00 6/18/92, [63-1] motion for Protective Order at 4:00 6/18/92, [62-1] motion for entry of confidentiality order at 4:00 6/18/92, [40-1] motion for order sched. oral argument on defts' motion to dism. at 4:00 6/18/92, [31-1] motion to Compel immediate production of insurance policies at 4:00 6/18/92, [18-1] motion to Dismiss at 4:00 6/18/92 (lf) | Send Runner to Court |
| 68 | 05/08/1992 | Answer Brief Filed by Standard Chlorine DE [67-1] motion to Compel Reply Brief due 5/15/92 (lf) | Send Runner to Court |
| 69 | 05/08/1992 | MOTION by Standard Chlorine DE to Compel production of documents Opening brief due 5/22/92 re: [69-1] motion (lf) | Send Runner to Court |
| 67 | 04/29/1992 | MOTION by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions to Compel Opening brief due 5/13/92 re: [67-1] motion; attached 3.1D certificate and proposed order (lf) | Send Runner to Court |
| 65 | 03/24/1992 | Response Brief Filed by Standard Chlorine DE [63-1] motion for Protective Order Reply Brief due 3/31/92 (lf) | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al., 1:91-cv-00188 (1991)

| 66 | 03/24/1992 | Reply Brief Filed by Standard Chlorine DE [62-1] motion for entry of confidentiality order (lf) [Entry date 03/25/92] | Send Runner to Court |
| 64 | 03/16/1992 | Answer Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions [62-1] motion for entry of confidentiality order Reply Brief due 3/23/92 (SEALED) (lf) | Send Runner to Court |
| 63 | 03/11/1992 | NON-PARTY MOTION by Wilmington Trust Co. for Protective Order Opening brief due 3/25/92 re: [63-1] motion (lf) [Entry date 03/12/92] | Send Runner to Court |
| 62 | 02/28/1992 | MOTION by Standard Chlorine DE for entry of confidentiality order Opening brief due 3/13/92 re: [62-1] motion (lf) | Send Runner to Court |
| 61 | 02/20/1992 | CASE reassigned to Judge Sue L. Robinson from Judge Joseph J. Farnan, Jr. (copies to cnsl., JJF & SLR) (sd) [Entry date 02/21/92] | Send Runner to Court |
| 57 | 10/22/1991 | Deposition Subpoena for Leonard Dwares & Co., P.A. exec. 10/21/91 (lf) [Entry date 10/23/91] | Send Runner to Court |
| 58 | 10/22/1991 | Deposition Subpoena for Wilmington Trust Company exec. 10/21/91 (lf) [Entry date 10/23/91] | Send Runner to Court |
| 60 | 10/22/1991 | Letter from Richard D. Allen enclosing copy of decision in S.D. Warren Company v. Phasar, Inc. (sd) [Entry date 10/23/91] | Send Runner to Court |
| 55 | 10/21/1991 | NOTICE OF DEPOSITION of Wilmington Trust Company for 11/14/91 (lf) [Entry date 10/22/91] | Send Runner to Court |
| 56 | 10/21/1991 | NOTICE OF DEPOSITION of Leonard S. Dwares & Co. P.A. for 11/12/91 (lf) [Entry date 10/22/91] | Send Runner to Court |
| 59 | 10/21/1991 | Letter from Richard D. Allen on behalf of pltf. in resp. to defts' 9/30/91 letter discussing recent RICO decisions (sd) [Entry date 10/23/91] | Send Runner to Court |
| 54 | 10/01/1991 | Letter dtd. 9/30/91 from Brian P. Kenney re recent RICO decisions published by 3rdCCA (sd) [Entry date 10/02/91] | Send Runner to Court |
| 53 | 09/20/1991 | Defts' NOTICE to take deposition of Samuel Klein & Co. on 10/15/91 at 10 AM (sd) [Entry date 09/24/91] | Send Runner to Court |
| 51 | 09/19/1991 | CERTIFICATE OF SERVICE by Margaret L. Wiener's objs. to defts' 1st set of doc. rqsts. (sd) [Entry date 09/24/91] | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00188 (1991)

| 52 | 09/19/1991 | CERTIFICATE OF SERVICE by Louis P. Wiener's objs. to defts' 1st set of doc. rqsts. (sd) [Entry date 09/24/91] | Send Runner to Court |
|----|------------|---|---|
| 49 | 09/05/1991 | CERTIFICATE OF SERVICE of first set of document requests to Louis P. Wiener by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions (ko) [Entry date 09/09/91] | Send Runner to Court |
| 50 | 09/05/1991 | CERTIFICATE OF SERVICE of first set of documents requests to Margaret L. Wiener by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions (ko) [Entry date 09/09/91] | Send Runner to Court |
| 48 | 07/26/1991 | Depos. Subpoena for Hexagon Laboratories of NY w/ret. exec. 7/25/91 (sd) [Entry date 07/29/91] | Send Runner to Court |
| 43 | 07/25/1991 | NOTICE by defts' to take deposition of Fidelity Bank on 8/26/91 at 10 AM (sd) | Send Runner to Court |
| 44 | 07/25/1991 | NOTICE by defts' to take deposition of Hexagon Laboratories of New York on 8/27/91 at 10 AM (sd) | Send Runner to Court |
| 45 | 07/25/1991 | NOTICE by defts' to take deposition of Penco of Lyndhurst, Inc. on 8/28/91 at 10 AM (sd) | Send Runner to Court |
| 46 | 07/25/1991 | NOTICE by defts' to take deposition of Symlog, Inc. on 8/29/91 at 1:30 PM (sd) | Send Runner to Court |
| 47 | 07/25/1991 | NOTICE by defts' to take deposition of Standard Chlorine Chemical Co. on 8/30/91 at 10 AM (sd) | Send Runner to Court |
| 42 | 07/18/1991 | CERTIFICATE OF SERVICE by Standard Chlorine DE resp. to defts' 1st rqst. for prod. docs. (sd) [Entry date 07/19/91] | Send Runner to Court |
| 41 | 07/12/1991 | Entry of attorney appearance for Dover Steel Company by Richard Galperin, Esq. (sd) [Entry date 07/16/91] | Send Runner to Court |
| 40 | 07/11/1991 | MOTION by defts' for order sched. oral argument on defts' motion to dism. (sd) [Entry date 07/12/91] | Send Runner to Court |
| 39 | 07/10/1991 | SCHEDULING ORDER setting Joining of parties and amending of pleadings on 6/1/92; Discovery | Send Runner to Court |

Standard Chlorine DE v. Sinibaldi, et al, 1:91-cv-00438 (Depl...

| | | | |
|---|---|---|---|
| | | cutoff 8/31/92; Deadline for filing dispositive motions 9/30/92; Pretrial conference for 10:00 1/28/93; Trial Date Deadline 2/9/93 ( signed by Judge Murray M. Schwartz ) (SEE ORDER FOR FURTHER DETAILS) copies to: cnsl. (sd) [Entry date 07/11/91] | |
| 38 | 07/08/1991 | Reply Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, and All-Amer. Promotions to pltf's ans. br. in oppos. to defts' [18-1] motion to Dismiss (sd) [Entry date 07/09/91] | Send Runner to Court |
| 37 | 06/27/1991 | Letter from Richard D. Allen w/pro. sched. order attached. (sd) [Entry date 07/01/91] | Send Runner to Court |
| 36 | 06/26/1991 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, and All-Amer. Promotions resp. to pltf's 1st rqst for prod. docs. (sd) | Send Runner to Court |
| 35 | 06/24/1991 | Answer Brief Filed by Standard Chlorine DE in oppos. to [18-1] motion to Dismiss; Reply Brief due 7/1/91 (sd) | Send Runner to Court |
| 33 | 06/13/1991 | Response Brief Filed by Standard Chlorine DE [31-1] motion to Compel immediate production of insurance policies Reply Brief due 6/20/91 (ko) | Send Runner to Court |
| 34 | 06/12/1991 | Letter dtd 6/11/91 from Brian Kenney to Judge Farnan RE enclosed copy of deft's motion to compel immediate production of Insurance Policies; original filed w/ Crt. (dd) [Entry date 06/14/91] | Send Runner to Court |
| | 06/12/1991 | So Ordered granting [32-1] motion for Timothy T. Myers, Esq. to Appear Pro Hac Vice (signed by Judge Joseph J. Farnan Jr.) Notice to all parties. (dd) [Entry date 06/14/91] | Send Runner to Court |
| | 06/11/1991 | So Ordered granting [25-1] motion for Henry F. Siedzikowski to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to Lank. (sd) | Send Runner to Court |
| | 06/11/1991 | So Ordered granting [26-1] motion for Brian P. Kenney to Appear Pro | Send Runner to Court |

Case 1:17-cv-01407-CFC-SRF  Document 672  Filed 04/22/20  Page 98 of 145 PageID #:
45474
Standard Chrome DE of Sinibaldi, et al, 1:91-cv-00106-, (1991)

| | | | |
|---|---|---|---|
| | 06/11/1991 | Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to Lank. (sd) So Ordered granting [27-1] motion for Frederic P. Santarelli to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to Lank. (sd) | Send Runner to Court |
| 31 | 06/11/1991 | NOT. MOT. & MOTION by Anthony R. Sinibaldi to Compel immediate production of insurance policies; pro. order; Opening brief due 6/25/91 re: [31-1] motion (sd) | Send Runner to Court |
| 32 | 06/11/1991 | MOTION & pro. order by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, and All-Amer. Promotions for Timothy T. Myers, Esq. to Appear Pro Hac Vice (sd) | Send Runner to Court |
| 29 | 06/07/1991 | ORDER re above captioned case is to be considered a complex case under the Judicial Improvements Act of 1990 and, thus, will not be bound by the timeframes appearing in the Act; the parties shall submit a proposed pretrial order that permits 15 months ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (ko) | Send Runner to Court |
| 30 | 06/07/1991 | Letter dtd 6/4/91 from Brian Kenney to Judge Farnan re deft's reqst for 15 months discovery (dd) [Edit date 06/11/91] | Send Runner to Court |
| 25 | 06/06/1991 | MOTION by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions for Henry F. Siedzikowski to Appear Pro Hac Vice (ko) [Entry date 06/07/91] | Send Runner to Court |
| 26 | 06/06/1991 | MOTION by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions for Brian P. Kenney to Appear Pro Hac Vice (ko) [Entry date 06/07/91] | Send Runner to Court |
| 27 | 06/06/1991 | MOTION by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding | Send Runner to Court |

Case 1:17-cv-01407-CFC-SRF   Document 672   Filed 04/22/20   Page 99 of 145 PageID #: 45475

Standard Chlorine D&W (Sinibaldi, et al, 1:91-CV-00168) (cont.)

| | | | |
|---|---|---|---|
| | | Corp., A.M.B. Construction, All-Amer. Promotions forFrederic P. Santarelli to Appear Pro Hac Vice (ko) [Entry date 06/07/91] | |
| 28 | 06/06/1991 | Letter in response to Mr. Kenney's 6/4/91 ltr. (ko) [Entry date 06/07/91] | Send Runner to Court |
| | 05/30/1991 | Tele-conference held (Farnan, J.) re Rule 16 - order to be entered. (sd) [Entry date 05/31/91] | Send Runner to Court |
| | 05/28/1991 | So Ordered granting [24-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sd) [Entry date 05/29/91] | Send Runner to Court |
| | 05/28/1991 | Deadline updated; reset Answer Brief Deadline to 6/21/91 re: [18-1] motion to Dismiss, and reset Reply Brief Deadline to 7/8/91 re: [18-1] motion to Dismiss (sd) [Entry date 05/29/91] | Send Runner to Court |
| 24 | 05/24/1991 | STIPULATION w/pro. order that pltf's ans. br. re defts' mot. to dism. due 6/21/91; defts' reply br. 7/8/91. (sd) [Entry date 05/28/91] | Send Runner to Court |
| 23 | 05/23/1991 | CERTIFICATE OF SERVICE by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, and All-Amer. Promotions 1st rqst. for prod. docs. (sd) [Entry date 05/24/91] | Send Runner to Court |
| 21 | 05/16/1991 | Letter dtd. May 15, 1991 from court to cnsl. sched. Rule 16 tele-conf. for 5/30/91 at 9 AM (sd) [Entry date 05/17/91] | Send Runner to Court |
| | 05/16/1991 | Tele-conference set at 9:00 5/30/91 re Rule 16 (sd) [Entry date 05/17/91] | Send Runner to Court |
| 22 | 05/16/1991 | Opening Brief Filed by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, and All-Amer. Promotions in supp. of [18-1] motion to Dismiss ; Answer Brief due 5/30/91 (sd) [Entry date 05/17/91] | Send Runner to Court |
| 20 | 05/09/1991 | NOTICE of attorney appearance for Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions by Aubrey B. Lank, Esq. and w/ | Send Runner to Court |

|  |  | drawing Robert J. Katzenstein, Esq. (sd) | |
|---|---|---|---|
| 18 | 05/06/1991 | MOTION by Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, and All-Amer. Promotions to Dismiss; pro. order; Opening brief due 5/20/91 re: [18-1] motion (sd) [Entry date 05/07/91] | Send Runner to Court |
| 19 | 05/06/1991 | CERTIFICATE OF SERVICE by Standard Chlorine 1st rqst. for prod. docs. to each deft. (sd) [Entry date 05/07/91] | Send Runner to Court |
| 16 | 04/25/1991 | So Ordered granting [15-1] stipulation reset Answer deadline to 5/6/91 for All-Amer. Promotions, for A.M.B. Construction, for SHS Holding Corp., for SS&H Realty, for Delaware Rental Co., for Lorraine Rental, for Comma Corporation, for Dover Steel, for Michael O. Sinibaldi, for Anthony R. Sinibaldi ( signed by Judge Joseph J. Longobardi ) Notice to all parties. (dd) | Send Runner to Court |
| 17 | 04/25/1991 | CASE assigned to Judge Joseph J. Farnan Jr. (copy to cnsl. & JJF) (sd) | Send Runner to Court |
| 15 | 04/22/1991 | STIPULATION and pro. order ext. till 5/6/91 time to resp. to complaint. (bkb) [Entry date 04/23/91] | Send Runner to Court |
| 14 | 04/09/1991 | RETURN OF SERVICE executed as to SHS Holding Corp. c/o Secretary of State 4/5/91 Answer due on 4/25/91 for SHS Holding Corp. (ko) [Entry date 04/10/91] | Send Runner to Court |
| 13 | 04/05/1991 | Praecipe for issuance of summons upon deft. SHS Holding Corporation (ko) [Entry date 04/08/91] | Send Runner to Court |
|  | 04/05/1991 | SUMMONS(ES) issued for SS&H Realty copies to: plaintiff (ko) [Entry date 04/08/91] | Send Runner to Court |
| 3 | 04/02/1991 | RETURN OF SERVICE executed as to Anthony R. Sinibaldi 4/2/91 Answer due on 4/22/91 for Anthony R. Sinibaldi (lf) [Entry date 04/03/91] | Send Runner to Court |
| 4 | 04/02/1991 | RETURN OF SERVICE executed as to Michael O. Sinibaldi 4/2/91 Answer due on 4/22/91 for Michael O. Sinibaldi (lf) [Entry date 04/03/91] | Send Runner to Court |
| 5 | 04/02/1991 | RETURN OF SERVICE executed as to Delaware Rental Co. 4/2/91 | Send Runner to Court |

Standard Chrome DE v. Sinibaldi, et al, 1:91cv60107 (1991)

| | | | |
|---|---|---|---|
| | | Answer due on 4/22/91 for Delaware Rental Co. (lf) [Entry date 04/03/91] | |
| 6 | 04/02/1991 | RETURN OF SERVICE executed as to Lorraine Rental 4/2/91 Answer due on 4/22/91 for Lorraine Rental (lf) [Entry date 04/03/91] | Send Runner to Court |
| 7 | 04/02/1991 | RETURN OF SERVICE executed as to SS&H Realty 4/2/91 Answer due on 4/22/91 for SS&H Realty (lf) [Entry date 04/03/91] | Send Runner to Court |
| 8 | 04/02/1991 | RETURN OF SERVICE executed as to All-Amer. Promotions 4/2/91 Answer due on 4/22/91 for All-Amer. Promotions (lf) [Entry date 04/03/91] | Send Runner to Court |
| 9 | 04/02/1991 | RETURN OF SERVICE executed as to Comma Corporation 4/2/91 Answer due on 4/22/91 for Comma Corporation (lf) [Entry date 04/03/91] | Send Runner to Court |
| 10 | 04/02/1991 | RETURN OF SERVICE executed as to Dover Steel 4/2/91 Answer due on 4/22/91 for Dover Steel (lf) [Entry date 04/03/91] | Send Runner to Court |
| 11 | 04/02/1991 | RETURN OF SERVICE executed as to A.M.B. Construction 4/2/91 Answer due on 4/22/91 for A.M.B. Construction (lf) [Entry date 04/03/91] | Send Runner to Court |
| 12 | 04/02/1991 | RETURN OF SERVICE executed as to SHS Holding Corp. 4/2/91 Answer due on 4/22/91 for SHS Holding Corp. (lf) [Entry date 04/03/91] | Send Runner to Court |
| 2 | 04/01/1991 | PRAECIPE for issuance of summons on Anthony R. Sinibaldi. Summons Iss. (exit summons to pltf) (sd) [Entry date 04/02/91] | Send Runner to Court |
| 1 | 03/28/1991 | COMPLAINT filed; FILING FEE $ 120.00 RECEIPT # 093959 (exit Magis. consent notice to pltf) (sd) [Entry date 04/02/91] | Send Runner to Court |
| | 03/28/1991 | SUMMONS(ES) issued for Anthony R. Sinibaldi, Michael O. Sinibaldi, Dover Steel, Comma Corporation, Lorraine Rental, Delaware Rental Co., SS&H Realty, SHS Holding Corp., A.M.B. Construction, All-Amer. Promotions (exit summons to pltf) (sd) [Entry date 04/02/91] [Edit date 04/02/91] | Send Runner to Court |

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**
© 2020 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT 3

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

### This docket is current through 07/25/2016

**Current Date:** 4/15/2020
**Source:** U.S. District Court, District of Delaware (Wilmington)

| | |
|---|---|
| Court: | U.S. District Court, District of Delaware (Wilmington) |
| Case Title: | Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc. |
| Case: | 1:13-CV-02002 |
| Judge: | Judge Gregory M. Sleet |
| Date Filed: | 12/05/2013 |
| Date Closed/Terminated: | 07/25/2016 |
| Case Status: | CLOSED, MEDIATION-MPT, PATENT |

## SYNOPSIS INFORMATION

| | |
|---|---|
| Allegations: | Defendant produced and sold its Alzheimer's Disease treatment drug, Namenda XR, which have formulations that infringed plaintiff's patent entitled "Analgesic Immediate and Controlled Release Pharmaceutical Composition". Patent: 6,194,000 |
| Damages: | Declaratory and injunctive relief, damages, expenses, fees, and costs. |
| COMPLAINT (MANUALLY RETRIEVED) | Original Image of this Document (PDF) |

## CASE INFORMATION

| | |
|---|---|
| Case Number: | 1:13CV02002 |
| Jury Demand: | Plaintiff |
| Nature of Suit: | Property Rights: Patent (830) |
| Key Nature of Suit: | Intellectual Property; Patent (260.10) |
| Jurisdiction: | Federal Question |
| Cause: | 35 USC 271 Patent Infringement |

## PATENT INFORMATION

**U.S. Pat. No. 6194000**   Analgesic immediate and controlled release pharmaceutical composition

| | |
|---|---|
| Patent Number: | U.S. Pat. No. 6194000 |
| Application Number: | 09/062,060 |
| Title | Analgesic immediate and controlled release pharmaceutical composition |
| Abstract | Disclosed is a method for the therapeutic treatment of pain related to wind up in a human or animal. The method of the invention is practiced by administering to the subject an effective amount of an analgesic pharmaceutical composition which includes a NMDA receptor antagonist in an immediate release form combined with an NMDA receptor antagonist in a sustained release form. The immediate release form and sustained release fornm are present in sufficient amounts to dinimsh or abolish wind up. |
| U.S. Class: | 424/458; 424/422; 424/423; 424/436; 424/449; 424/451; 424/455; 424/457; 424/464; 424/465; 424/468; 42 |
| Intl. Class: | A61K 9/50 (20060101); A61K 31/485 (20060101); A61K 009/14 (); A61K 009/20 (); A61K 009/22 (); A61K 009/24 (); A61K 009/54 () |
| Inventor(s): | Smith, Ian Keith (Blair Athol, AU) |
| | Heinicke, Grant Wayne (Fairview Park, AU) |

*Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02802 (2013)*

| | |
|---|---|
| **Assignee:** | F.H. Faulding & Co., Limited (Underdale, AU) |
| **Patent Current:** | 12/09/2013 |

## PARTICIPANT INFORMATION

### Teva Pharmaceuticals USA Inc.

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Richard L. Horwitz |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | rhorwitz@potteranderson.com |
| **Attorney:** | Bindu Ann George Palapura |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Attorney Fax:** | 302-778-6000 |
| **Email Address:** | bpalapura@potteranderson.com |
| **Attorney:** | David Ellis Moore |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | dmoore@potteranderson.com |
| **Attorney:** | Erich William Struble |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Terminated:** | TERMINATED: 07/28/2014 |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | estruble@potteranderson.com |
| **Attorney:** | Georgia E. Yanchar |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Email Address:** | gyanchar@calfee.com |
| **Attorney:** | John S. Cipolla |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Email Address:** | jcipolla@calfee.com |
| **Attorney:** | Malishela O. Douglas |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Email Address:** | mdouglas@calfee.com |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02602 (2013)

## Mayne Pharma International Pty Ltd.

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Richard L. Horwitz |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | rhorwitz@potteranderson.com |
| **Attorney:** | Bindu Ann George Palapura |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Attorney Fax:** | 302-778-6000 |
| **Email Address:** | bpalapura@potteranderson.com |
| **Attorney:** | David Ellis Moore |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | dmoore@potteranderson.com |
| **Attorney:** | Erich William Struble |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Terminated:** | TERMINATED: 07/28/2014 |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | estruble@potteranderson.com |

## Forest Laboratories Inc.

| | |
|---|---|
| **Type:** | Counter Claimant |
| **Attorney:** | Maryellen Noreika |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Morris, Nichols, Arsht & Tunnell LLP |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |
| **Email Address:** | menefiling@mnat.com |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02602 (2013)

## Forest Pharmaceuticals Inc.

| | |
|---|---|
| **Type:** | Counter Claimant |
| **Attorney:** | Maryellen Noreika |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Morris, Nichols, Arsht & Tunnell LLP |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |
| **Email Address:** | menefiling@mnat.com |

## Forest Laboratories Inc.

| | |
|---|---|
| **Type:** | Counter Claimant |
| **Attorney:** | Jack B. Blumenfeld |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Morris, Nichols, Arsht & Tunnell LLP |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |
| **Email Address:** | jbbefiling@mnat.com |
| **Attorney:** | Maryellen Noreika |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Morris, Nichols, Arsht & Tunnell LLP |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |
| **Email Address:** | menefiling@mnat.com |

## Forest Laboratories Inc.

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Jack B. Blumenfeld |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Morris, Nichols, Arsht & Tunnell LLP |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |
| **Email Address:** | jbbefiling@mnat.com |
| **Attorney:** | Paul Saindon |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Morris, Nichols, Arsht & Tunnell LLP |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-351-9466 |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02662 (2013)

| | |
|---|---|
| **Email Address:** | psaindon@mnat.com |
| **Attorney:** | Maryellen Noreika |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Morris, Nichols, Arsht & Tunnell LLP |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |
| **Email Address:** | menefiling@mnat.com |

## Forest Pharmaceuticals Inc.

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Maryellen Noreika |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Morris, Nichols, Arsht & Tunnell LLP |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-658-9200 |
| **Email Address:** | menefiling@mnat.com |
| **Attorney:** | Paul Saindon |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Morris, Nichols, Arsht & Tunnell LLP |
| **Attorney Address:** | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| **Attorney Phone:** | 302-351-9466 |
| **Email Address:** | psaindon@mnat.com |

## Mayne Pharma International Pty Ltd.

| | |
|---|---|
| **Type:** | Counter Defendant |
| **Attorney:** | Richard L. Horwitz |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | rhorwitz@potteranderson.com |
| **Attorney:** | Bindu Ann George Palapura |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Attorney Fax:** | 302-778-6000 |
| **Email Address:** | bpalapura@potteranderson.com |
| **Attorney:** | David Ellis Moore |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYCV02802 (2013)

| | |
|---|---|
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | dmoore@potteranderson.com |

## Teva Pharmaceuticals USA Inc.

| | |
|---|---|
| **Type:** | Counter Defendant |
| **Attorney:** | Richard L. Horwitz |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | rhorwitz@potteranderson.com |
| **Attorney:** | Bindu Ann George Palapura |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Attorney Fax:** | 302-778-6000 |
| **Email Address:** | bpalapura@potteranderson.com |
| **Attorney:** | David Ellis Moore |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | dmoore@potteranderson.com |
| **Attorney:** | Georgia E. Yanchar |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Email Address:** | gyanchar@calfee.com |
| **Attorney:** | Malishela O. Douglas |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Email Address:** | mdouglas@calfee.com |

## Mayne Pharma International Pty Ltd.

| | |
|---|---|
| **Type:** | Counter Defendant |
| **Attorney:** | Richard L. Horwitz |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | rhorwitz@potteranderson.com |
| **Attorney:** | Bindu Ann George Palapura |

| | |
|---|---|
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Attorney Fax:** | 302-778-6000 |
| **Email Address:** | bpalapura@potteranderson.com |
| **Attorney:** | David Ellis Moore |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | dmoore@potteranderson.com |
| **Attorney:** | Erich William Struble |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Terminated:** | TERMINATED: 07/28/2014 |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | estruble@potteranderson.com |

## Teva Pharmaceuticals USA Inc.

| | |
|---|---|
| **Type:** | Counter Defendant |
| **Attorney:** | Richard L. Horwitz |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | rhorwitz@potteranderson.com |
| **Attorney:** | Bindu Ann George Palapura |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Attorney Fax:** | 302-778-6000 |
| **Email Address:** | bpalapura@potteranderson.com |
| **Attorney:** | David Ellis Moore |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | dmoore@potteranderson.com |
| **Attorney:** | Erich William Struble |
| **Status:** | ATTORNEY TO BE NOTICED |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02602 (2013)

| | |
|---|---|
| **Attorney Terminated:** | TERMINATED: 07/28/2014 |
| **Firm Name:** | Potter Anderson & Corroon, LLP |
| **Attorney Address:** | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| **Attorney Phone:** | 302-984-6000 |
| **Email Address:** | estruble@potteranderson.com |
| **Attorney:** | Georgia E. Yanchar |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Email Address:** | gyanchar@calfee.com |
| **Attorney:** | John S. Cipolla |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Email Address:** | jcipolla@calfee.com |
| **Attorney:** | Malishela O. Douglas |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Email Address:** | mdouglas@calfee.com |

**DOCKET PROCEEDINGS (204)**

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 164 | 07/25/2016 | SO ORDERED - re 163 Stipulation of Dismissal filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. Signed by Judge Gregory M. Sleet on 7/25/2016. ***Civil Case Terminated*** (mdb) (Entered: 07/25/2016) | View | Add to request |
| 165 | 07/25/2016 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s). (mdb) (Entered: 07/25/2016) | View | Add to request |
| 163 | 07/22/2016 | STIPULATION of Dismissal by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 07/22/2016) | View | Add to request |
| 160 | 07/19/2016 | NOTICE of Plaintiffs' Reply to Forest's Response to Plaintiffs' Notice of Subsequent Authority by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. re 159 Notice (Other) (Moore, David) (Entered: 07/19/2016) | View | Add to request |
| 161 | 07/19/2016 | NOTICE of Subsequent Authority by Forest Laboratories Inc., Forest Pharmaceuticals Inc. (Attachments: # 1 Exhibit A)(Blumenfeld, Jack) (Entered: 07/19/2016) | View | Add to request |
| 162 | 07/19/2016 | ORDER - Plaintiffs' motion to exclude the testimony of defendants' expert Dr. Norman Relkin is denied without prejudice. Signed by Judge Gregory M. Sleet on 7/19/2016. (mdb) (Entered: 07/19/2016) | View | Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02662 (2013)

| | | | | |
|---|---|---|---|---|
| 159 | 07/18/2016 | NOTICE of Forest's Response to Plaintiffs' Notice of Subsequent Authority by Forest Laboratories Inc., Forest Pharmaceuticals Inc. re 158 Notice (Other) (Blumenfeld, Jack) (Entered: 07/18/2016) | View | Add to request |
| 158 | 07/14/2016 | NOTICE of Subsequent Authority regarding willfulness in light of the Halo decision by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. (Moore, David) (Entered: 07/14/2016) | View | Add to request |
| 157 | 07/11/2016 | Official Transcript of Pretrial Conference held on 07 07 16 before Judge Sleet. Court Reporter/Transcriber Maurer. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/1/2016. Redacted Transcript Deadline set for 8/11/2016. Release of Transcript Restriction set for 10/11/2016. (kjm) (Entered: 07/11/2016) | View | Add to request |
| | 07/07/2016 | Minute Entry for proceedings held before Judge Gregory M. Sleet - Final Pretrial Conference held on 7/7/2016. The Proposed Final Pretrial Order is So Ordered. Rulings on the parties' evidentiary issues presented in the Final Pretrial Order, Exhibits 21 & 22 (D.I. 153 ). Discussion on the proposed preliminary jury instructions, proposed voir dire, time management and courtroom procedure. (Court Reporter: Kevin Maurer.) (asw) (Entered: 07/07/2016) | Send Runner to Court | |
| 156 | 07/07/2016 | ORDER regarding Forest's Motion in Limine. Signed by Judge Gregory M. Sleet on 7/7/2016. (asw) (Entered: 07/07/2016) | View | Add to request |
| 155 | 07/05/2016 | REDACTED VERSION of 151 Letter by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Noreika, Maryellen) (Entered: 07/05/2016) | View | Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., IVCV02662 (2013)

| 153 | 06/30/2016 | [SEALED] Proposed Pretrial Order (Final Pretrial Order) by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit 1-22)(Moore, David) Modified on 7/1/2016 (mdb). (Entered: 06/30/2016) | View | Add to request |
| 154 | 06/30/2016 | Letter to The Honorable Gregory M. Sleet from David E. Moore, Esquire regarding copies and disk of Joint Proposed Preliminary Jury Instructions and Joint Proposed Voir Dire - re 153 Proposed Pretrial Order. (Moore, David) (Entered: 06/30/2016) | View | Add to request |
| 152 | 06/29/2016 | REDACTED VERSION of 150 Letter to The Honorable Gregory M. Sleet from David E. Moore regarding response to letter dated June 9, 2016 regarding Dr. Langer by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit 1-5) (Moore, David) Modified on 6/30/2016 (mdb). (Entered: 06/29/2016) | View | Add to request |
| 151 | 06/27/2016 | [SEALED] Letter to The Honorable Gregory M. Sleet from Maryellen Noreika regarding reply in further support of request to exclude Dr. Langer's new opinions - re 146 Letter, 150 Letter,. (Noreika, Maryellen) (Entered: 06/27/2016) | View | Add to request |
| | 06/23/2016 | ORAL ORDER RESCHEDULING THE PRETRIAL CONFERENCE: The Pretrial Conference currently scheduled for Monday, 7/11/2016, at 10:00 AM in Courtroom 4A before the Honorable Gregory M. Sleet HAS BEEN RESCHEDULED, to accommodate the court's calendar, to Thursday, 7/07/2016, at 10:00 AM in Courtroom 4A. Ordered by Judge Gregory M. Sleet on 6/23/2016. (ctd) (Entered: 06/23/2016) | Send Runner to Court | |
| 150 | 06/20/2016 | [SEALED] Letter to The Honorable Gregory M. Sleet from David E. Moore regarding response to letter dated June | View | Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02602 (2013)

| | | | |
|---|---|---|---|
| | | 9, 2016 regarding Dr. Langer - re 146 Letter. (Attachments: # 1 Exhibit 1 (part 1), # 2 Exhibit 1 (part 2), # 3 Exhibit 1 (part 3), # 4 Exhibit 2-5)(Moore, David) (Entered: 06/20/2016) | |
| 149 | 06/17/2016 | NOTICE OF SERVICE of Forest's Notice Pursuant to 35 U.S.C. Section 282 filed by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Noreika, Maryellen) (Entered: 06/17/2016) | View   Add to request |
| 147 | 06/16/2016 | REDACTED VERSION of 146 Letter by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A - E)(Noreika, Maryellen) (Entered: 06/16/2016) | View   Add to request |
| 148 | 06/16/2016 | ORDER - Plaintiffs' Motion to Dismiss Defendants' Counterclaim for Invalidity and Motion to Strike Defendants' Fourth and Fifth Affirmative Defenses ( 115 ) is GRANTED WITH PREJUDICE. Signed by Judge Gregory M. Sleet on 6/16/2016. (mdb) (Entered: 06/16/2016) | View   Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02202 (2013)

| | 06/09/2016 | SO ORDERED - re 145 MOTION for Pro Hac Vice Appearance of Attorney Robert S. Hill of QUINN EMANUEL URQUHART & SULLIVAN, LLP filed by Forest Laboratories Inc. Ordered by Judge Gregory M. Sleet on 6/9/2016. (mdb) (Entered: 06/09/2016) | Send Runner to Court |
| 146 | 06/09/2016 | [SEALED] Letter to The Honorable Gregory M. Sleet from Maryellen Noreika regarding Dr. Langer. (Attachments: # 1 Exhibit A - E) (Noreika, Maryellen) (Entered: 06/09/2016) | View  Add to request |
| 145 | 06/07/2016 | MOTION for Pro Hac Vice Appearance of Attorney Robert S. Hill of QUINN EMANUEL URQUHART & SULLIVAN, LLP - filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 06/07/2016) | View  Add to request |
| | 06/06/2016 | SO ORDERED, re 144 Stipulation filed by Forest Laboratories Inc., Forest Pharmaceuticals Inc., ORDER, Setting Deadlines: ( Motions in Limine: Opening due by 6/9/2016., Answer due by 6/20/2016., Reply due by 6/27/2016). Ordered by Judge Gregory M. Sleet on 6/6/2016. (asw) (Entered: 06/06/2016) | Send Runner to Court |
| 144 | 06/03/2016 | STIPULATION regarding letter briefing schedule for the motion in limine re Telephone Conference,,, by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Noreika, Maryellen) (Entered: 06/03/2016) | View  Add to request |
| 143 | 06/01/2016 | Official Transcript of T/C held on 05 26 16 before Judge Sleet. Court Reporter/Transcriber Maurer. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/22/2016. Redacted Transcript Deadline set for 7/5/2016. Release of Transcript Restriction set for 8/30/2016. (kjm) (Entered: 06/01/2016) | View  Add to request |
| | 05/26/2016 | Minute Entry for proceedings held before Judge Gregory M. Sleet - Discovery Telephone Conference (#2) held on 5/26/2016. Discussion and arguments on the issues presented in the Joint | Send Runner to Court |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSC 02602 (2013)

|  |  |  |  |
|---|---|---|---|
|  |  | Letter Agenda ( 142 ). The Court rules in favor of the plaintiffs in regards to their issue. The Court orders motion in limine practice regarding Defendant's issue. The motion will be in the form of a letter brief, not to exceed five pages. The response will also be no longer than five pages, and the reply will be no longer than three pages. The parties shall meet and confer on a schedule that allows the briefing to be completed ahead of the due date of the Final Pretrial Order. This agreement shall be in the form of a stipulation to be signed by the Court. (Court Reporter Kevin Maurer.) (mdb) (Entered: 05/26/2016) |  |
| 142 | 05/24/2016 | Joint Letter to The Honorable Gregory M. Sleet from David E. Moore, Esquire regarding agenda for the discovery teleconference scheduled for May 26, 2016 - re Oral Order,,. (Moore, David) (Entered: 05/24/2016) | View   Add to request |
|  | 05/23/2016 | SO ORDERED - re 141 MOTION for Pro Hac Vice Appearance of Attorney Todd R. Tucker, Andrew Alexander, and Veronica M. Lambillotte of Calfee, Halter & Griswold LLP filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. Ordered by Judge Gregory M. Sleet on 5/23/2016. (mdb) (Entered: 05/23/2016) | Send Runner to Court |
|  | 05/20/2016 | SO ORDERED - re 140 MOTION for Pro Hac Vice Appearance of Attorney Steven G. Madison filed by Forest Laboratories Inc. Ordered by Judge Gregory M. Sleet on 5/20/2016. (mdb) (Entered: 05/20/2016) | Send Runner to Court |
| 141 | 05/20/2016 | MOTION for Pro Hac Vice Appearance of Attorney Todd R. Tucker, Andrew Alexander, and Veronica M. Lambillotte of Calfee, Halter & Griswold LLP - filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 05/20/2016) | View   Add to request |
| 140 | 05/19/2016 | MOTION for Pro Hac Vice Appearance of Attorney Steven G. Madison - filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 05/19/2016) | View   Add to request |

| | | | |
|---|---|---|---|
| | 05/09/2016 | ORAL ORDER SCHEDULING A 2ND DISCOVERY TELECONFERENCE: A Discovery Teleconference (#2) has been set in this matter for Thursday, May 26, 2016 at 10:00 AM (EST) with the Honorable Gregory M. Sleet. Counsel for plaintiff is directed to arrange the conference call. A Joint Agenda letter (see court website for sample) shall be filed no later than NOON on Tuesday, May 24, 2016. The parties are directed to contact chambers at (302) 573-4559 once all the participants are on the line. Ordered by Judge Gregory M. Sleet on 5/9/2016. (ctd) (Entered: 05/09/2016) | Send Runner to Court |
| 139 | 04/25/2016 | NOTICE OF SERVICE of Supplemental Responsive Expert Report of Robert M. Williams, Ph.D. filed by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Noreika, Maryellen) (Entered: 04/25/2016) | View   Add to request |
| 138 | 04/18/2016 | NOTICE OF SERVICE of Plaintiffs' Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 04/18/2016) | View   Add to request |
| | 03/29/2016 | SO ORDERED - re 137 Stipulation Amending the Scheduling Order. Set/Reset Scheduling Order Deadlines: (Expert Discovery due by 4/28/2016.). Ordered by Judge Gregory M. Sleet on 3/29/2016. (mdb) (Entered: 03/29/2016) | Send Runner to Court |
| 137 | 03/25/2016 | STIPULATION and Order to Amend Scheduling Order re 95 Stipulation, 85 Stipulation, 67 SO ORDERED,, Set/Reset Scheduling Order Deadlines, 128 Stipulation, 20 Proposed Order by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 03/25/2016) | View   Add to request |
| | 03/16/2016 | ORDER - re 132 Letter, 130 Letter, 135 Letter: The letter request to file a motion for summary judgment (D.I. 130 ) is DENIED. There are disputes of material facts which raise genuine issues for trial. Signed by Judge Gregory M. Sleet | Send Runner to Court |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., 1:17cv02662 (2013)

|  |  |  |  |  |
|---|---|---|---|---|
| | | on 3/16/2016. (mdb) (Entered: 03/16/2016) | | |
| 136 | 03/10/2016 | REDACTED VERSION of 135 Letter, by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Attachments: # 1 Exhibit 1-6, # 2 Exhibit 7)(Noreika, Maryellen) (Entered: 03/10/2016) | View | Add to request |
| 135 | 03/03/2016 | [SEALED] Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding response to plaintiffs' answering summary judgment letter - re 132 Letter,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 - 4, # 3 Exhibit 5 - 6, # 4 Exhibit 7)(Blumenfeld, Jack) (Entered: 03/03/2016) | View | Add to request |
| 134 | 03/02/2016 | REDACTED VERSION of 132 Letter to The Honorable Gregory M. Sleet from David E. Moore regarding Response to Defendants' Request for Summary Judgment - re 130 Letter by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-G)(Moore, David) Modified on 3/3/2016 (mdb). (Entered: 03/02/2016) | View | Add to request |
| 133 | 02/25/2016 | NOTICE OF SERVICE of Forest's Second Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) (1) filed by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Blumenfeld, Jack) (Entered: 02/25/2016) | View | Add to request |
| 132 | 02/24/2016 | [SEALED] Letter to The Honorable Gregory M. Sleet from David E. Moore regarding Response to Defendants' Request for Summary Judgment - re 130 Letter,. (Attachments: # 1 Exhibit A, # 2 Exhibit B (part 1), # 3 Exhibit B (part 2), # 4 Exhibit B (part 3), # 5 Exhibit C-G)(Moore, David) (Entered: 02/24/2016) | View | Add to request |
| 131 | 02/16/2016 | REDACTED VERSION of 130 Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding permission to file a motion for summary judgment of non-infringement by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Noreika, Maryellen) Modified on 2/17/2016 (mdb). (Entered: 02/16/2016) | View | Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., TYSC V02662 (2013)

| 129 | 02/08/2016 | Official Transcript of Teleconference held on 01 27 16 before Judge Sleet. Court Reporter/Transcriber Maurer. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/ Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/29/2016. Redacted Transcript Deadline set for 3/10/2016. Release of Transcript Restriction set for 5/9/2016. (kjm) (Entered: 02/08/2016) | View · Add to request |
| 130 | 02/08/2016 | [SEALED] Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding permission to file a motion for summary judgment of non-infringement - re 95 Stipulation, 70 Memorandum and Order. (Attachments: # 1 Exhibits A-D, # 2 Exhibits E-I)(Blumenfeld, Jack) (Entered: 02/08/2016) | View · Add to request |
| | 01/29/2016 | SO ORDERED - re 128 Stipulation and Order to Amend the Scheduling Order. Set/Reset Scheduling Order Deadlines: ( Expert Discovery due by 3/24/2016.). Ordered by Judge Gregory M. Sleet on 1/29/2016. (mdb) (Entered: 01/29/2016) | Send Runner to Court |
| 127 | 01/28/2016 | ORAL ORDER: A teleconference has been scheduled for 3/7/16 at 9:30 AM Eastern Time with Judge Thynge. Plaintiff's counsel shall initiate the teleconference call. Ordered by Judge Mary Pat Thynge on 1/28/16. (cak) (Entered: 01/28/2016) | Send Runner to Court |
| 128 | 01/28/2016 | STIPULATION and Order to Amend the Scheduling Order by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) Modified on 1/29/2016 (mdb). (Entered: 01/28/2016) | View · Add to request |
| | 01/27/2016 | Minute Entry for proceedings held before Judge Gregory M. Sleet - Telephone Discovery Conference (#1) held on 1/27/2016. The defendant's request ( 125 Letter) is denied for the reasons stated during the conference. (Court Reporter Kevin Maurer.) (mdb) (Entered: 01/27/2016) | Send Runner to Court |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSC v02202 (2013)

| | | | | |
|---|---|---|---|---|
| 126 | 01/26/2016 | REDACTED VERSION of 123 Reply Brief by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-E)(Palapura, Bindu) Modified on 1/27/2016 (mdb). (Entered: 01/26/2016) | View | Add to request |
| 125 | 01/25/2016 | Letter to The Honorable Gregory M. Sleet from Maryellen Noreika regarding item to be presented at the January 27, 2016 10:00 a.m. discovery teleconference. (Noreika, Maryellen) (Entered: 01/25/2016) | View | Add to request |
| 124 | 01/20/2016 | ORAL ORDER: A teleconference has been scheduled for 1/28/16 at 3:00 PM EASTERN TIME with Judge Thynge and both sides. Counsel for Forest Labs shall initiate the teleconference call. Signed by Judge Mary Pat Thynge on 1/20/16. (cak) (Entered: 01/20/2016) | Send Runner to Court | |
| 123 | 01/19/2016 | [SEALED] REPLY BRIEF re 115 MOTION to Dismiss Defendants' Counterclaim for Invalidity and Motion to Strike Defendants' Fourth and Fifth Affirmative Defenses filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-E)(Palapura, Bindu) (Entered: 01/19/2016) | View | Add to request |
| 122 | 01/14/2016 | NOTICE OF SERVICE of Expert Rebuttal Report of Dr. Tony L. Yaksh, Ph.D. [Highly Confidential], Expert Rebuttal Report of Dr. Atul Mehta, Ph.D. [Highly Confidential], and the Expert Rebuttal Report of Dr. Stephen Gibson, Ph.D. [Highly Confidential] filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 01/14/2016) | View | Add to request |
| 121 | 01/13/2016 | NOTICE OF SERVICE of (1) Rebuttal Expert Report of Norman R. Relkin, M.D., Ph.D.; (2) Rebuttal Expert Report of Robert M. Williams, Ph.D.; (3) Rebuttal Expert Report of Donald D. Price, Ph.D.; and (4) Rebuttal Expert Report of Raymond S. Sims filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 01/13/2016) | View | Add to request |
| | 01/12/2016 | ORAL ORDER - A Discovery Teleconference (#1) has been set in this matter for Wednesday, | Send Runner to Court | |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., 1:15CV02662 (2013)

|     |            |                                                                                                                                                                                                                                                                                                                                                                          |                                         |
|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------|
|     |            | January 27, 2016 at 10:00 AM (EST) with the Honorable Gregory M. Sleet. Counsel for plaintiff is directed to arrange the conference call. A Joint Agenda letter (see court website for sample) shall be filed no later than NOON on Monday, January 25, 2016. The parties are directed to contact chambers at (302) 573-4559 once all the participants are on the line. Ordered by Judge Gregory M. Sleet on 1/12/2016. (mdb) (Entered: 01/12/2016) |                                         |
| 120 | 01/08/2016 | [SEALED] ANSWERING BRIEF in Opposition re 115 MOTION to Dismiss Defendants' Counterclaim for Invalidity and Motion to Strike Defendants' Fourth and Fifth Affirmative Defenses filed by Forest Laboratories Inc., Forest Pharmaceuticals Inc..Reply Brief due date per Local Rules is 1/19/2016. (Saindon, Paul) (Entered: 01/08/2016) | View \| Add to request |
| 119 | 12/21/2015 | NOTICE OF SERVICE of (1) Expert Report of Norman R. Relkin, M.D., Ph.D.; (2) Opening Exert Report of Donald D. Price, Ph.D.; and (3) Expert Report of Robert M. Williams, Ph.D. filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 12/21/2015) | View \| Add to request |
|     | 12/17/2015 | SO ORDERED - re 117 STIPULATION TO EXTEND TIME to Respond to Plaintiffs' Motion to Dismiss Defendants' Counterclaim for Invalidity and Motion to Strike Defendants' Fourth and Fifth Affirmative Defenses to January 8, 2016. Set Briefing Schedule: (Answering Brief due 1/8/2016.). Ordered by Judge Gregory M. Sleet on 12/17/2015. (mdb) (Entered: 12/17/2015) | Send Runner to Court |
| 118 | 12/17/2015 | NOTICE OF SERVICE of Expert Report of Dr. Andrew Charles, M.D. filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 12/17/2015) | View \| Add to request |
| 117 | 12/15/2015 | STIPULATION TO EXTEND TIME to Respond to Plaintiffs' Motion to Dismiss Defendants' Counterclaim for Invalidity and Motion to Strike Defendants' Fourth and Fifth Affirmative Defenses to January 8, | View \| Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSC v02602 (2013)

| | | | | |
|---|---|---|---|---|
| | | 2016 - filed by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Saindon, Paul) (Entered: 12/15/2015) | | |
| 115 | 12/07/2015 | MOTION to Dismiss Defendants' Counterclaim for Invalidity and Motion to Strike Defendants' Fourth and Fifth Affirmative Defenses - filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Text of Proposed Order)(Moore, David) Modified on 12/8/2015 (mdb). (Entered: 12/07/2015) | View | Add to request |
| 116 | 12/07/2015 | OPENING BRIEF in Support re 115 MOTION to Dismiss Defendants' Counterclaim for Invalidity and Motion to Strike Defendants' Fourth and Fifth Affirmative Defenses filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. Answering Brief/Response due date per Local Rules is 12/24/2015. (Moore, David) Modified on 12/8/2015 (mdb). (Entered: 12/07/2015) | View | Add to request |
| 113 | 11/25/2015 | NOTICE OF SERVICE of Forest's Supplemental Objections and Responses to Teva's Interrogatories Nos. 1, 3, 5, 6 filed by Forest Laboratories Inc., Forest Pharmaceuticals Inc..(Noreika, Maryellen) (Entered: 11/25/2015) | View | Add to request |
| 114 | 11/25/2015 | NOTICE OF SERVICE of Plaintiffs' First Supplemental Objections and Responses to Defendant's Interrogatory Nos. 12 and 14 (Contains Highly Confidential Information of Defendants) and Plaintiffs' Second Supplemental Objections and Responses to Defendant's Interrogatory Nos. 1 and 2, with Exhibit 1 (References Information Designated by Forest as Highly Confidential) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 11/25/2015) | View | Add to request |
| 112 | 11/24/2015 | REDACTED VERSION of 108 Answer to Amended Complaint,, Counterclaim, by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Noreika, Maryellen) (Entered: 11/24/2015) | View | Add to request |
| 111 | 11/23/2015 | NOTICE to Take Deposition of Antonia Periclou on November 24, | View | Add to request |

|   |   |   |   |   |
|---|---|---|---|---|
|  |  | 2015 (Amended Notice) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 11/23/2015) |  |  |
| 110 | 11/20/2015 | NOTICE to Take Deposition of Dr. Stephen M. Graham (Amended) on November 24, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 11/20/2015) | View | Add to request |
| 109 | 11/19/2015 | NOTICE to Take Deposition of Philippe Pitchen on November 20, 2015 (Amended) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 11/19/2015) | View | Add to request |
| 108 | 11/18/2015 | [SEALED] ANSWER to Amended Complaint, re: 99 Amended Complaint with Jury Demand , COUNTERCLAIM against Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. by Forest Pharmaceuticals Inc., Forest Laboratories Inc.. (Attachments: # 1 Exhibit B - G)(Noreika, Maryellen) (Entered: 11/18/2015) | View | Add to request |
|  | 11/17/2015 | SO ORDERED - re 107 STIPULATION TO EXTEND TIME for defendants to respond to the First Amended Complaint to November 18, 2015 filed by Forest Laboratories Inc., Forest Pharmaceuticals Inc. Ordered by Judge Gregory M. Sleet on 11/17/2015. (mdb) (Entered: 11/17/2015) | Send Runner to Court |  |
| 105 | 11/16/2015 | ORAL ORDER: The teleconferences with Judge Thynge set for 11/16/15 are rescheduled for Tuesday, January 19, 2016 as follows: 9:00 a.m. with plaintiffs only, plaintiff's counsel to initiate the teleconference call; 9:30 a.m. with defendant only, defense counsel to initiate the teleconference call; and 10:00 a.m. with both sides, with counsel for the defendant initiating the call. Ordered by Judge Mary Pat Thynge on 11/16/15. (cak) (Entered: 11/16/2015) | Send Runner to Court |  |
| 106 | 11/16/2015 | NOTICE to Take Deposition of June Bray on November 17, 2015 (Amended Notice) filed by Mayne Pharma International Pty | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 11/16/2015) | | |
| 107 | 11/16/2015 | STIPULATION TO EXTEND TIME for defendants to respond to the First Amended Complaint to November 18, 2015 - filed by Forest Laboratories Inc., Forest Pharmaceuticals Inc.. (Noreika, Maryellen) (Entered: 11/16/2015) | View | Add to request |
| 104 | 11/12/2015 | NOTICE OF SERVICE of Non-Party Dr. Andrew Charles Headache Research and Treatment Program's Objections and Responses to Defendant's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 11/12/2015) | View | Add to request |
| 102 | 11/11/2015 | NOTICE to Take Deposition of Mahendra Dedhiya on November 14, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Moore, David) (Entered: 11/11/2015) | View | Add to request |
| 103 | 11/11/2015 | SUMMONS Returned Executed by Teva Pharmaceuticals USA Inc., Mayne Pharma International Pty Ltd.. Forest Pharmaceuticals Inc. served on 11/10/2015, answer due 12/1/2015. (Moore, David) (Entered: 11/11/2015) | View | Add to request |
| | 11/10/2015 | Summons Issued with Magistrate Consent Notice attached as to Forest Pharmaceuticals, Inc. on 11/10/2015. (sec) (Entered: 11/10/2015) | Send Runner to Court | |
| 101 | 11/02/2015 | NOTICE to Take Deposition of Dr. Charles Ryan on November 4, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 11/02/2015) | View | Add to request |
| 100 | 10/30/2015 | NOTICE of Subpoena (directed to Dr. Andrew Charles Headache Research and Treatment Program) by Forest Laboratories Inc., Forest Pharmaceuticals, Inc. (Attachments: # 1 Exhibit 1) (Noreika, Maryellen) (Entered: 10/30/2015) | View | Add to request |
| | 10/29/2015 | SO ORDERED - re 95 Stipulation to Amend the Scheduling Order. Set/ | Send Runner to Court | |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., Not Reported in... 2013

|  |  |  |  |
|---|---|---|---|
|  |  | Reset Scheduling Order Deadlines: (Fact Discovery completed by 11/25/2015., Opening Expert Reports due by 12/16/2015., Responsive Expert Reports due by 1/13/2016., Expert Discovery due by 1/29/2016., Opening Summary Judgment Letter Briefs due by 2/8/2016, Answering Letter Briefs due by 2/24/2016, Reply Letter Briefs due by 3/3/2016). Ordered by Judge Gregory M. Sleet on 10/29/2015. (mdb) (Entered: 10/29/2015) |  |
|  | 10/29/2015 | SO ORDERED - re 94 Unopposed MOTION for Leave to File First Amended Complaint filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. The Amended Complaint shall be filed by the plaintiffs upon entry of this oral order. Ordered by Judge Gregory M. Sleet on 10/29/2015. (mdb) (Entered: 10/29/2015) | Send Runner to Court |
| 98 | 10/29/2015 | NOTICE to Take Deposition of Ian Keith Smith on November 3, 2015 filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 10/29/2015) | View  Add to request |
| 99 | 10/29/2015 | First AMENDED COMPLAINT against Forest Laboratories Inc., Forest Pharmaceuticals, Inc.- filed by Teva Pharmaceuticals USA Inc., Mayne Pharma International Pty Ltd.. (Attachments: # 1 Exhibit A)(Palapura, Bindu) (Entered: 10/29/2015) | View  Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., 1:17cv02602 (2013)

| | | | | |
|---|---|---|---|---|
| 97 | 10/28/2015 | NOTICE to Take Deposition of Suneel Rastogi on November 5, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 10/28/2015) | View | Add to request |
| 96 | 10/26/2015 | NOTICE to Take Deposition of Peter DeLuca on October 28, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 10/26/2015) | View | Add to request |
| 94 | 10/23/2015 | Unopposed MOTION for Leave to File First Amended Complaint - filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A (First Amended Complaint), # 2 Exhibit B (Redline))(Palapura, Bindu) Modified on 10/28/2015 (mdb). (Entered: 10/23/2015) | View | Add to request |
| 95 | 10/23/2015 | STIPULATION to Amend the Scheduling Order re 85 Stipulation, 67 SO ORDERED,, Set/Reset Scheduling Order Deadlines, 20 Proposed Order by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Moore, David) (Entered: 10/23/2015) | View | Add to request |
| 93 | 10/20/2015 | NOTICE of Issuance of Subpoena on Stephen Graham by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. (Attachments: # 1 Exhibit 1)(Palapura, Bindu) (Entered: 10/20/2015) | View | Add to request |
| 92 | 10/19/2015 | NOTICE to Take Deposition of Will Kane on October 21, 2015 (Second Amended Notice of Deposition) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 10/19/2015) | View | Add to request |
| 91 | 10/16/2015 | NOTICE to Take Deposition of Grant Heinicke on October 20, 2015 filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 10/16/2015) | View | Add to request |
| 90 | 10/15/2015 | NOTICE to Take Deposition of Doreen Perrin on October 16, 2015 filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 10/15/2015) | View | Add to request |
| 89 | 10/12/2015 | NOTICE OF SERVICE of Plaintiffs' First Supplemental Objections and Responses to | View | Add to request |

| | | | |
|---|---|---|---|
| | | Defendant's Interrogatory Nos. 1 and 2 (With Exhibit 1)[This Document References Information Designated By Forest As Highly Confidential] filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 10/12/2015) | |
| 88 | 10/06/2015 | NOTICE OF SERVICE of Forest Laboratories, LLC's Objections and Responses to Plaintiffs' Deposition Notices filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 10/06/2015) | View   Add to request |
| | 09/28/2015 | SO ORDERED, re 87 MOTION for Pro Hac Vice Appearance of Attorney Krista Rycroft filed by Forest Laboratories Inc. Ordered by Judge Gregory M. Sleet on 9/28/2015. (asw) (Entered: 09/28/2015) | Send Runner to Court |
| 87 | 09/25/2015 | MOTION for Pro Hac Vice Appearance of Attorney Krista Rycroft - filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 09/25/2015) | View   Add to request |
| 86 | 09/22/2015 | NOTICE to Take Deposition of Forest Laboratories, Inc. on a date to be determined filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 09/22/2015) | View   Add to request |
| | 09/15/2015 | SO ORDERED - re 85 Stipulation to Amend Scheduling Order. Set/Reset Scheduling Order Deadlines: ( Fact Discovery completed by 10/23/2015., Opening Expert Reports due by 11/13/2015., Rebuttal Expert Reports due by 11/30/2015., Expert Discovery due by 1/7/2016.). Ordered by Judge Gregory M. Sleet on 9/15/2015. (mdb) (Entered: 09/15/2015) | Send Runner to Court |
| 85 | 09/15/2015 | STIPULATION and Order to Amend the Scheduling Order re 67 SO ORDERED,, Set/Reset Scheduling Order Deadlines, 20 Proposed Order by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 09/15/2015) | View   Add to request |
| 83 | 08/31/2015 | NOTICE OF SERVICE of Forest's First Supplemental Response to Plaintiffs' Fourth Set of Interrogatories (No. 21) filed by | View   Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., Not Reported in... (2013)

| | | | |
|---|---|---|---|
| | | Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 08/31/2015) | |
| 84 | 08/31/2015 | NOTICE OF SERVICE of Plaintiffs' Objections to Defendant's Rule 30(b)(6) Deposition Topics filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Moore, David) (Entered: 08/31/2015) | View — Add to request |
| 78 | 08/26/2015 | NOTICE to Take Deposition of June Bray on September 21, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Moore, David) (Entered: 08/26/2015) | View — Add to request |
| 79 | 08/26/2015 | NOTICE to Take Deposition of Phillippe Pitchen on September 22, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Moore, David) (Entered: 08/26/2015) | View — Add to request |
| 80 | 08/26/2015 | NOTICE to Take Deposition of Antonia Periclou on September 23, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Moore, David) (Entered: 08/26/2015) | View — Add to request |
| 81 | 08/26/2015 | NOTICE to Take Deposition of Will Kane on September 24, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Moore, David) (Entered: 08/26/2015) | View — Add to request |
| 82 | 08/26/2015 | NOTICE to Take Deposition of William Meury on September 25, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Moore, David) (Entered: 08/26/2015) | View — Add to request |
| 77 | 08/25/2015 | NOTICE of Subpoena (directed to Adamas Pharmaceuticals, Inc.) by Forest Laboratories Inc. (Attachments: # 1 Exhibit 1) (Noreika, Maryellen) (Entered: 08/25/2015) | View — Add to request |
| 76 | 08/24/2015 | NOTICE of Issuance of Subpoena by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. (Attachments: # 1 Exhibit 1)(Palapura, Bindu) (Entered: 08/24/2015) | View — Add to request |
| 75 | 08/19/2015 | NOTICE to Take Deposition of Teva Pharmaceuticals USA, Inc. and Mayne Pharma Int'l Pty Ltd. pursuant to Fed. R. Civ. P. 30(b) (6) on September 3, 2015 filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 08/19/2015) | View — Add to request |

| 74 | 08/14/2015 | NOTICE OF SERVICE of Forest Laboratories, LLC's Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 08/14/2015) | View | Add to request |
|---|---|---|---|---|
| 73 | 07/30/2015 | NOTICE OF SERVICE of (1) Forest Laboratories, LLC's Responses to Plaintiffs' Third Set of Requests for Production of Documents and Things to Forest Laboratories, Inc. (Nos. 154-157) and (2) Forest's Responses to Plaintiffs' Fourth Set of Interrogatories (Nos. 20-21) filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 07/30/2015) | View | Add to request |
| 72 | 07/27/2015 | NOTICE OF SERVICE of Plaintiffs' Objections and Responses to Defendant's Second Set of Requests for the Production of Documents and Things (Nos. 23-65) and Plaintiffs' Objections and Responses to Forest's Third Set of Interrogatories to Plaintiffs (Nos. 13-18) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 07/27/2015) | View | Add to request |
| 71 | 07/22/2015 | ORAL ORDER: Serial teleconferences are scheduled for Monday, November 16, 2015 according to the following schedule: 9:00 a.m. with plaintiffs only; 9:20 a.m. with defendant only; and 9:40 a.m. with both sides, with counsel for the defendant initiating the call. Counsel are to advise if there are any changes in the submission dates for initial and responsive expert reports' and whether that change in the schedule effects the timing of these serial teleconferences. Issued by Judge Mary Pat Thynge on 7/22/15. (kjk) (Entered: 07/22/2015) | Send Runner to Court | |
| 70 | 07/09/2015 | ORDER CONSTRUING THE TERMS OF U.S. PATENT NO. 6,194,000. Signed by Judge Gregory M. Sleet on 7/9/2015. (mdb) (Entered: 07/09/2015) | View | Add to request |
| 69 | 07/06/2015 | Official Transcript of Markman Hrg. held on 6/12/15 before Judge Sleet. Court Reporter/Transcriber Maurer. Transcript may be viewed at the court public terminal or | View | Add to request |

| | | | |
|---|---|---|---|
| | | purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/27/2015. Redacted Transcript Deadline set for 8/6/2015. Release of Transcript Restriction set for 10/5/2015. (kjm) (Entered: 07/06/2015) | |
| 68 | 07/02/2015 | Amended Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Tango U.S. Holdings Inc., Other Affiliate Allergan plc for Forest Laboratories Inc. filed by Forest Laboratories Inc.. (Blumenfeld, Jack) (Entered: 07/02/2015) | View   Add to request |
| 67 | 06/24/2015 | SO ORDERED - re 66 Stipulation Amending Scheduling Order. Set/Reset Scheduling Order Deadlines: ( Fact Discovery due by 9/25/2015; Opening Expert Reports due by 10/9/2015, Rebuttal Expert Reports due by 11/6/2015.) Signed by Judge Gregory M. Sleet on 6/23/2015. (mdb) (Entered: 06/24/2015) | View   Add to request |
| 66 | 06/18/2015 | STIPULATION and Order to Amend the Scheduling Order re 20 Proposed Order by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 06/18/2015) | View   Add to request |
| 65 | 06/16/2015 | NOTICE OF SERVICE of Teva Pharmaceuticals USA, Inc.'s Fourth Set of Interrogatories to Forest Laboratories, Inc. (Nos. 20-21); and Teva Pharmaceuticals USA, Inc.'s Third Set of Requests for Production of Documents and Things to Forest Laboratories, Inc. (Nos. 154-157) filed by Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 06/16/2015) | View   Add to request |
| | 06/12/2015 | Minute Entry for proceedings held before Judge Gregory M. Sleet - Markman Hearing held on 6/12/2015. Claim construction presentations; The Court will take this matter under consideration and issue a ruling in due course. (Court Reporter Kevin Maurer.) (mdb) (Entered: 06/12/2015) | Send Runner to Court |
| 64 | 06/12/2015 | NOTICE OF SERVICE of Forest's Third Set of Interrogatories to | View   Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., 1:13-cv-02002 (2013)

| | | | |
|---|---|---|---|
| | | Plaintiffs (Nos. 13-18) filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 06/12/2015) | |
| 62 | 06/11/2015 | Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding presentation of disputed claim terms at the June 12, 2015 hearing. (Blumenfeld, Jack) (Entered: 06/11/2015) | View   Add to request |
| 63 | 06/11/2015 | NOTICE OF SERVICE of Forest's Second Set of Requests for Production of Documents and Things (Nos. 23-65) filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 06/11/2015) | View   Add to request |
| 61 | 05/14/2015 | NOTICE OF SERVICE of Subpoena of Adamas Pharmaceuticals, Inc. Pursuant to Federal Rule of Civil Procedure 45 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 05/14/2015) | View   Add to request |
| 56 | 04/24/2015 | CLAIM CONSTRUCTION ANSWERING BRIEF filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 04/24/2015) | View   Add to request |
| 57 | 04/24/2015 | DECLARATION re 56 Claim Construction Answering Brief by Forest Laboratories Inc.. (Attachments: # 1 Exhibit 1) (Noreika, Maryellen) (Entered: 04/24/2015) | View   Add to request |
| 58 | 04/24/2015 | CLAIM CONSTRUCTION ANSWERING BRIEF re 49 Claim Construction Opening Brief filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-C)(Moore, David) (Entered: 04/24/2015) | View   Add to request |
| 59 | 04/24/2015 | DECLARATION re 58 Claim Construction Answering Brief [Declaration of Georgia Yanchar] by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit 1-2)(Moore, David) (Entered: 04/24/2015) | View   Add to request |
| 60 | 04/24/2015 | Joint APPENDIX re 56 Claim Construction Answering Brief, 58 Claim Construction Answering Brief by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Appendix part 2, # 2 Appendix part 3, # 3 Appendix part 4, # 4 Appendix | View   Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., Not Reported in... (2013)

| | | | |
|---|---|---|---|
| | | part 5)(Moore, David) (Entered: 04/24/2015) | |
| 55 | 04/22/2015 | NOTICE OF SERVICE of Plaintiffs' Objections and Responses to Forest's Second Set of Interrogatories to Plaintiffs (Nos. 6-12) [Contains Highly Confidential Information] and Plaintiffs' Objections and Responses to Forest's First Set of Requests for Admission to Plaintiffs (Nos. 1-23) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 04/22/2015) | View   Add to request |
| | 04/01/2015 | SO ORDERED - re 54 STIPULATION TO EXTEND TIME for the parties to file their responsive claim construction briefs to April 24, 2015 filed by Forest Laboratories Inc. Ordered by Judge Gregory M. Sleet on 4/1/2015. (mdb) (Entered: 04/01/2015) | Send Runner to Court |
| 54 | 03/31/2015 | STIPULATION TO EXTEND TIME for the parties to file their responsive claim construction briefs to April 24, 2015 - filed by Forest Laboratories Inc.. (Blumenfeld, Jack) (Entered: 03/31/2015) | View   Add to request |
| 53 | 03/25/2015 | ORDER - denying 13 Motion for Judgment on the Pleadings. Signed by Judge Gregory M. Sleet on 3/25/2015. (mdb) (Entered: 03/25/2015) | View   Add to request |
| 49 | 03/06/2015 | CLAIM CONSTRUCTION OPENING BRIEF filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 03/06/2015) | View   Add to request |
| 50 | 03/06/2015 | DECLARATION re 49 Claim Construction Opening Brief -- Declaration of Robert B. Wilson -- by Forest Laboratories Inc.. (Attachments: # 1 Exhibit 1) (Noreika, Maryellen) (Entered: 03/06/2015) | View   Add to request |
| 51 | 03/06/2015 | CLAIM CONSTRUCTION OPENING BRIEF filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A-C, # 2 Exhibit D-E)(Moore, David) (Entered: 03/06/2015) | View   Add to request |
| 52 | 03/06/2015 | DECLARATION re 51 Claim Construction Opening Brief [Declaration of Tony L. Yaksh, Ph.D.] by Mayne Pharma International Pty Ltd., Teva | View   Add to request |

| | | | |
|---|---|---|---|
| | | Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit 1-5) (Moore, David) (Entered: 03/06/2015) | |
| 48 | 03/04/2015 | NOTICE OF SERVICE of Forest's First Supplemental Objections and Responses to Teva's Interrogatory Nos. 5-6 filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 03/04/2015) | View · Add to request |
| 47 | 02/27/2015 | NOTICE OF SERVICE of Forest's Supplemental Objections and Responses to Teva's First Set of Interrogatories filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 02/27/2015) | View · Add to request |
| 46 | 02/20/2015 | NOTICE OF SERVICE of (1) Forest's Second Set of Interrogatories to Plaintiffs (Nos. 6-12) and (2) Forest's First Set of Requests for Admission to Plaintiffs (Nos. 1-23) filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 02/20/2015) | View · Add to request |
| 45 | 02/18/2015 | CLAIM Construction Chart by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Moore, David) (Entered: 02/18/2015) | View · Add to request |
| | 02/13/2015 | SO ORDERED - re 44 STIPULATION TO EXTEND TIME the parties' time to file a Final Joint Claim Chart to February 17, 2015 filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. Ordered by Judge Gregory M. Sleet on 2/13/2015. (mdb) (Entered: 02/13/2015) | Send Runner to Court |
| 44 | 02/12/2015 | STIPULATION TO EXTEND TIME the parties' time to file a Final Joint Claim Chart to February 17, 2015 - filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Palapura, Bindu) (Entered: 02/12/2015) | View · Add to request |
| 42 | 02/05/2015 | NOTICE OF SERVICE of Plaintiffs' Proposed Constructions for Claim Terms filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 02/05/2015) | View · Add to request |
| 43 | 02/05/2015 | NOTICE OF SERVICE of Forest's Preliminary Proposed Claim Constructions filed by Forest | View · Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02002 (2013)

| | | | |
|---|---|---|---|
| | | Laboratories Inc..(Noreika, Maryellen) (Entered: 02/05/2015) | |
| 41 | 01/23/2015 | NOTICE OF SERVICE of Initial Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery filed by Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 01/23/2015) | View / Add to request |
| 40 | 01/22/2015 | NOTICE OF SERVICE of Forest's Preliminary List of Proposed Claim Terms and Phrases for Construction filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 01/22/2015) | View / Add to request |
| 39 | 01/20/2015 | NOTICE OF SERVICE of (1) Forest's Responses to Teva's First Set of Requests for Admission; (2) Forest's Responses to Teva's Second Set of Interrogatories; and (3) Forest Laboratories, LLC's Responses to Teva Pharmaceuticals USA, Inc.'s Second Set of Requests for Production of Documents and Things to Forest Laboratories, Inc. filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 01/20/2015) | View / Add to request |
| 38 | 01/16/2015 | NOTICE OF SERVICE of Plaintiffs' List of Claim Terms and Phrases that need Construction filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 01/16/2015) | View / Add to request |
| 37 | 01/14/2015 | ORAL ORDER: A teleconference has been scheduled for 7/22/15 at 9:00 AM EASTERN TIME to discuss the status of the case and the parties' discussions in relation to mediation. Counsel for Teva to initiate the teleconference call. Ordered by Judge Gregory M. Sleet on 1/14/15. (cak) (Entered: 01/14/2015) | Send Runner to Court |
| 36 | 12/18/2014 | NOTICE OF SERVICE of Forest Laboratories, LLC's Initial Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 12/18/2014) | View / Add to request |
| 35 | 12/15/2014 | NOTICE OF SERVICE of Teva's Second Set of Requests for Production of Documents and Things to Forest (Nos. 131-153); Teva's First Requests for | View / Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., Not Reported in... (2013)

| | | |  |
|---|---|---|---|
| | | Admission to Forest (Contains Information Designated by Forest as Highly Confidential Subject to Protective Order); and Teva's Second Set of Interrogatories to Forest (Nos. 15-18) filed by Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 12/15/2014) | |
| 34 | 12/05/2014 | NOTICE OF SERVICE of Forest's Supplemental Objections and Responses to Teva's First Set of Interrogatories filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 12/05/2014) | View   Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02002 (2013)

| | | | | |
|---|---|---|---|---|
| 33 | 11/17/2014 | NOTICE OF SERVICE of Plaintiffs' Objections and Responses to Defendant's First Requests for Production of Documents and Things and Plaintiffs' Objections and Responses to Defendant's First Set of Interrogatories (w/ Exhibit 1 containing information designated by Forest as Highly Confidential) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Palapura, Bindu) (Entered: 11/17/2014) | View | Add to request |
| 32 | 09/15/2014 | NOTICE OF SERVICE of (1) Forest Laboratories, LLC's First Set of Requests for the Production of Documents and Things to Teva Pharmaceuticals USA, Inc. and Mayne Pharma Int'l Pty Ltd. (Nos. 1-22), and (2) Forest Laboratories, LLC's First Set of Interrogatories to Teva Pharmaceuticals USA, Inc. and Mayne Pharma Int'l Pty Ltd. (Nos. 1-5) filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 09/15/2014) | View | Add to request |
| | 08/29/2014 | SO ORDERED, re 30 Proposed Stipulated Protective Order filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. Ordered by Judge Gregory M. Sleet on 8/29/2014. (asw) (Entered: 08/29/2014) | Send Runner to Court | |
| 30 | 08/28/2014 | PROPOSED ORDER Stipulated Protective Order on behalf of Forest Laboratories, LLC and by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Moore, David) (Entered: 08/28/2014) | View | Add to request |
| 31 | 08/28/2014 | NOTICE OF SERVICE of (1) Forest Laboratories, Inc.'s Responses to Teva Pharmaceutical USA Inc.'s First Set of Interrogatories, and (2) Forest Laboratories, LLC's Responses to Teva Pharmaceuticals USA, Inc.'s First Set of Requests for Production of Documents and Things to Forest Laboratories, Inc. filed by Forest Laboratories Inc..(Noreika, Maryellen) (Entered: 08/28/2014) | View | Add to request |
| 29 | 08/21/2014 | ORAL ORDER: A teleconference has been scheduled for 1/14/15 at 9:00 AM EASTERN TIME with Judge Thynge. Counsel for Forest Labs shall initiate the | Send Runner to Court | |

Case 1:17-cv-01407-CFC-SRF   Document 672   Filed 04/22/20   Page 137 of 145 PageID #:
45513
Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., Not Reported in F.Supp.2d (2013)

| | | | |
|---|---|---|---|
| | | teleconference call. Signed by Judge Mary Pat Thynge on 8/21/14. (cak) (Entered: 08/21/2014) | |
| | 08/06/2014 | SO ORDERED - re 28 STIPULATION TO EXTEND TIME for the parties to submit a Proposed Protective Order to August 28, 2014 filed by Forest Laboratories Inc. Ordered by Judge Gregory M. Sleet on 8/6/2014. (mdb) (Entered: 08/06/2014) | Send Runner to Court |
| 28 | 08/06/2014 | STIPULATION TO EXTEND TIME for the parties to submit a Proposed Protective Order to August 28, 2014 - filed by Forest Laboratories Inc.. (Blumenfeld, Jack) (Entered: 08/06/2014) | View   Add to request |
| 27 | 07/30/2014 | Official Transcript of T/C held on 07 18 14 before Judge Sleet. Court Reporter/Transcriber Maurer. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/20/2014. Redacted Transcript Deadline set for 9/2/2014. Release of Transcript Restriction set for 10/28/2014. (kjm) (Entered: 07/30/2014) | View   Add to request |
| 26 | 07/25/2014 | NOTICE of Withdrawal of Erich W. Struble, formerly of Potter Anderson & Corroon LLP by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. (Moore, David) (Entered: 07/25/2014) | View   Add to request |
| 25 | 07/22/2014 | ORDER Setting Teleconference: Plaintiffs' counsel to initiate the call. A Telephone Conference is set for 8/21/2014 at 12:00 NOON EASTERN TIME before Judge Mary Pat Thynge to discuss ADR. Signed by Judge Mary Pat Thynge on 7/22/14. (cak) (Entered: 07/22/2014) | View   Add to request |
| | 07/21/2014 | CASE REFERRED to Judge Thynge for Mediation. (cak) (Entered: 07/21/2014) | Send Runner to Court |
| | 07/21/2014 | SO ORDERED - re 20 Proposed Order. Setting Scheduling Order Deadlines: Initial Disclosures due 7/21/2014; Amendment of Pleadings and Joinder of Parties due 4/16/2015; Fact Discovery due 7/16/2015; Expert Discovery: Opening due 10/1/2015, Rebuttal | Send Runner to Court |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02602 (2013)

|   |   |   |   |   |
|---|---|---|---|---|
| | | due 10/29/2015, Completed by 12/10/2015; Claim Construction Briefing: Opening due 3/5/2015, Answering due 4/2/2015; A 2-Hour Markman Hearing is set for 6/12/2015 at 9:30 AM in Courtroom 4A; Letter Briefing re Dispositive Motions: Opening Brief due 1/14/2016, Answering Brief due 2/11/2016, Reply Brief due 3/3/2016; Pretrial Order due by the close of business on 6/30/2016; A Pretrial Conference is set for 7/11/2016 at 10:00 AM in Courtroom 4A; A 5-day Jury Trial is set for 7/25/2016 at 9:30 AM in Courtroom 4A. Case is referred to the Magistrate Judge for exploring ADR. Ordered by Judge Gregory M. Sleet on 7/21/2014. (mdb) (Entered: 07/21/2014) | | |
| 23 | 07/21/2014 | NOTICE OF SERVICE of Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..(Moore, David) (Entered: 07/21/2014) | View | Add to request |
| 24 | 07/21/2014 | NOTICE OF SERVICE of Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 07/21/2014) | View | Add to request |
| 22 | 07/17/2014 | Amended Disclosure Statement pursuant to Rule 7.1: identifying Other Affiliate Actavis plc, Other Affiliate Tango U.S. Holdings Inc. for Forest Laboratories Inc. filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 07/17/2014) | View | Add to request |
| 20 | 07/16/2014 | PROPOSED ORDER [Scheduling Order] by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Moore, David) (Entered: 07/16/2014) | View | Add to request |
| 21 | 07/16/2014 | Letter to The Honorable Gregory M. Sleet from David E. Moore, Esquire regarding Scheduling Order - re Telephone Conference,,, 20 Proposed Order. (Moore, David) (Entered: 07/16/2014) | View | Add to request |
| 19 | 07/10/2014 | REPLY BRIEF re 13 MOTION for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 07/10/2014) | View | Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., Not Reported (2013)

| | | | |
|---|---|---|---|
| | 07/08/2014 | Minute Entry for proceedings held before Judge Gregory M. Sleet - Telephone Scheduling Conference held on 7/8/2014. Initial Disclosures due 7/21/2014; Amendment of Pleadings and Joinder of Parties due 4/16/2015; Fact Discovery due 7/16/2015; Expert Discovery: Opening due 10/1/2015, Rebuttal due 10/29/2015, Completed by 12/10/2015; Claim Construction Briefing: Opening due 3/5/2015, Answering due 4/2/2015; A 2-Hour Markman Hearing is set for 6/12/2015 at 9:30 AM in Courtroom 4A; Pretrial Order due by the close of business on 6/30/2016; A Pretrial Conference is set for 7/11/2016 at 10:00 AM in Courtroom 4A; A 5-day Jury Trial is set for 7/25/2016 at 9:30 AM in Courtroom 4A. Case is referred to the Magistrate Judge for exploring ADR. Counsel shall file a proposed scheduling order by 7/16/2014. (Court Reporter Kevin Maurer.) (mdb) (Entered: 07/08/2014) | Send Runner to Court |
| 18 | 07/01/2014 | Joint STATUS REPORT by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Attachments: # 1 Exhibit A - Proposed Scheduling Order)(Moore, David) (Entered: 07/01/2014) | View / Add to request |
| 16 | 06/30/2014 | NOTICE OF SERVICE of Teva's First Set of Interrogatories and First Set of Requests for Production of Documents and Things to Forest Laboratories, Inc. filed by Teva Pharmaceuticals USA Inc..(Moore, David) (Entered: 06/30/2014) | View / Add to request |
| 17 | 06/30/2014 | ANSWERING BRIEF in Opposition re 13 MOTION for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc..Reply Brief due date per Local Rules is 7/10/2014. (Attachments: # 1 Exhibit A-B, # 2 Exhibit C, # 3 Exhibit D-F)(Moore, David) (Entered: 06/30/2014) | View / Add to request |
| | 06/27/2014 | ORAL ORDER RESCHEDULING THE RULE 16.2b TELECONFERENCE: The Rule 16.2b Scheduling Teleconference has been RESCHEDULED to Tuesday, July 8, 2014, at 10:00 | Send Runner to Court |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02662 (2013)

| | | | |
|---|---|---|---|
| | | AM with the Honorable Gregory M. Sleet. Counsel for plaintiff(s) is directed to initiate the call and contact chambers at (302) 573-4559 once all parties are on the line. Ordered by Chief Judge Sleet on 6/27/2014. (ctd) (Entered: 06/27/2014) | |
| | 06/16/2014 | SO ORDERED - re 15 MOTION for Pro Hac Vice Appearance of Attorney Robert B. Wilson and Ashley Fry filed by Forest Laboratories Inc. Ordered by Chief Judge Gregory M. Sleet on 6/16/2014. (mdb) (Entered: 06/16/2014) | Send Runner to Court |
| 15 | 06/16/2014 | MOTION for Pro Hac Vice Appearance of Attorney Robert B. Wilson and Ashley Fry - filed by Forest Laboratories Inc.. (Blumenfeld, Jack) (Entered: 06/16/2014) | View  Add to request |
| 13 | 06/11/2014 | MOTION for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) - filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 06/11/2014) | View  Add to request |
| 14 | 06/11/2014 | OPENING BRIEF in Support re 13 MOTION for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) filed by Forest Laboratories Inc..Answering Brief/ Response due date per Local Rules is 6/30/2014. (Attachments: # 1 Exhibit 1)(Noreika, Maryellen) (Entered: 06/11/2014) | View  Add to request |
| | 06/10/2014 | ORAL ORDER SCHEDULING A RULE 16.2b SCHEDULING TELECONFERENCE: A Rule 16.2b Scheduling Teleconference has been set in this matter for Monday, July 7, 2014, at 10:00 AM with the Honorable Gregory M. Sleet. The parties shall file a Joint Status Report (see court website for sample) no later than NOON on Tuesday, July 1, 2014. Counsel for plaintiff(s) is directed to initiate the call and contact chambers at (302) 573-4559 once all parties are on the line. Ordered by Chief Judge Sleet 6/10/2014. (ctd) (Entered: 06/10/2014) | Send Runner to Court |
| 12 | 04/28/2014 | ANSWER to 9 Answer to Complaint, Counterclaim [REPLY TO COUNTERCLAIM] by Mayne Pharma International Pty Ltd., Teva | View  Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., NYSCV02662 (2013)

| | | | |
|---|---|---|---|
| | | Pharmaceuticals USA Inc..(Struble, Erich) (Entered: 04/28/2014) | |
| | 04/25/2014 | SO ORDERED - re 11 MOTION for Pro Hac Vice Appearance of Attorney Peter J. Armenio, Anne S. Toker, Laura Fairneny and Sky Adams filed by Forest Laboratories Inc. Ordered by Chief Judge Gregory M. Sleet on 4/25/2014. (mdb) (Entered: 04/25/2014) | Send Runner to Court |
| 11 | 04/25/2014 | MOTION for Pro Hac Vice Appearance of Attorney Peter J. Armenio, Anne S. Toker, Laura Fairneny and Sky Adams - filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 04/25/2014) | View   Add to request |
| | 04/10/2014 | Pro Hac Vice Attorney John S. Cipolla for Teva Pharmaceuticals USA Inc. added for electronic noticing. (dmp, ) (Entered: 04/10/2014) | Send Runner to Court |
| 9 | 04/04/2014 | ANSWER to 1 Complaint, , COUNTERCLAIM against Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. by Forest Laboratories Inc.. (Attachments: # 1 Exhibits A-G) (Noreika, Maryellen) (Entered: 04/04/2014) | View   Add to request |
| 10 | 04/04/2014 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Forest Laboratories Inc.. (Noreika, Maryellen) (Entered: 04/04/2014) | View   Add to request |
| | 03/26/2014 | Pro Hac Vice Attorney Georgia E. Yanchar,Malishela O. Douglas for Teva Pharmaceuticals USA Inc. added for electronic noticing. (dmp, ) (Entered: 03/26/2014) | Send Runner to Court |
| | 03/21/2014 | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney John S. Cipolla, Georgia K. E. Yanchar and Malisheia O. Douglas filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc. Ordered by Chief Judge Gregory M. Sleet on 3/21/2014. (asw) (Entered: 03/21/2014) | Send Runner to Court |
| 8 | 03/21/2014 | MOTION for Pro Hac Vice Appearance of Attorney John S. Cipolla, Georgia K. E. Yanchar and Malisheia O. Douglas - filed by Mayne Pharma International Pty Ltd., Teva Pharmaceuticals USA Inc.. (Moore, David) (Entered: 03/21/2014) | View   Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., Not Reported in... 2013 WL 12320062 (2013)

| | | | |
|---|---|---|---|
| | 03/14/2014 | SO ORDERED, re 7 Joint STIPULATION TO EXTEND TIME to Answer Complaint to April 4, 2014 filed by Forest Laboratories Inc. Set/Reset Answer Deadlines: Forest Laboratories Inc. answer due 4/4/2014. Ordered by Chief Judge Gregory M. Sleet on 3/14/14. (mmm) (Entered: 03/14/2014) | Send Runner to Court |
| 7 | 03/14/2014 | Joint STIPULATION TO EXTEND TIME to Answer Complaint to April 4, 2014 - filed by Forest Laboratories Inc.. (Blumenfeld, Jack) (Entered: 03/14/2014) | View / Add to request |
| 6 | 02/27/2014 | SUMMONS Returned Executed by Teva Pharmaceuticals USA Inc., Mayne Pharma International Pty Ltd.. Forest Laboratories Inc. served on 2/25/2014, answer due 3/18/2014. (Moore, David) (Entered: 02/27/2014) | View / Add to request |
| | 02/25/2014 | Summons Issued with Magistrate Consent Notice attached as to Forest Laboratories Inc. on 2/25/2014. (mdb) (Entered: 02/25/2014) | Send Runner to Court |
| | 12/11/2013 | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 12/11/2013) | Send Runner to Court |
| | 12/06/2013 | No Summons Issued. (jeb, ) (Entered: 12/06/2013) | Send Runner to Court |
| 1 | 12/05/2013 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against Forest Laboratories Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311-1419978.) - filed by Teva Pharmaceuticals USA Inc., Mayne Pharma International Pty Ltd.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(jeb, ) (Entered: 12/06/2013) | View / Add to request |
| 2 | 12/05/2013 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (jeb, ) (Entered: 12/06/2013) | View / Add to request |
| 3 | 12/05/2013 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,194,000 B1;. (jeb, ) (Entered: 12/06/2013) | View / Add to request |
| 4 | 12/05/2013 | Disclosure Statement pursuant to Rule 7.1 filed by Teva Pharmaceuticals USA Inc. identifying Corporate Parent Teva Pharmaceutical Industries Ltd for | View / Add to request |

Teva Pharmaceuticals USA Inc. et al v. Forest Laboratories Inc., 1:17cv01407 (2013)

| | | | | |
|---|---|---|---|---|
| 5 | 12/05/2013 | Teva Pharmaceuticals USA Inc.. (jeb, ) (Entered: 12/06/2013) Disclosure Statement pursuant to Rule 7.1 filed by Mayne Pharma International Pty Ltd. identifying Corporate Parent Mayne Pharma Group Limited for Mayne Pharma International Pty Ltd.. (jeb, ) (Entered: 12/06/2013) | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**
© 2020 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT 4

# Redacted in its Entirety