IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENENTECH, INC. and CITY OF HOPE | ) | |
| | ) | |
| Plaintiffs, | ) | C. A. No.:  17-1407-CFC-SRF |
| | ) | (CONSOLIDATED) |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Eamonn Gardner of Cooley LLP to represent Amgen Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

                                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                    */s/ Melanie K. Sharp*
                                                    _____
                                                    Melanie K. Sharp (No. 2501)
                                                    James L. Higgins (No. 5021)
                                                    1000 North King Street
                                                    Wilmington, DE  19801
                                                    (302) 571-6600
                                                    msharp@ycst.com
                                                    jhiggins@ycst.com

Dated: 05/04/2020                      *Attorneys for Amgen Inc.*

IT IS HEREBY ORDERED this ___ day of _____, 2020 that counsel's motion for the admission *pro hac vice* of [ATTORNEY NAME(S)] is GRANTED.

                                                                       _____
                                                                       United States District Judge