IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE ) | |
| ) | |
| Plaintiffs, ) | C. A. No.: 17-1407-CFC-SRF |
| ) | (CONSOLIDATED) |
| v. ) | |
| ) | |
| AMGEN INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Orion Armon of Cooley LLP to represent Amgen Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

_____
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com

Dated: May 5, 2020            *Attorneys for Amgen Inc.*

IT IS HEREBY ORDERED this ___ day of _____, 2020 that counsel's motion for the admission *pro hac vice* of Orion Armon is GRANTED.

_____
United States District Judge