## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GENENTECH, INC. and CITY OF HOPE    )
         )
        Plaintiffs,    )
         )  C.A. No. 17-1407-CFC-SRF
      v.        )
         )  (CONSOLIDATED)
AMGEN INC.        )
         )
        Defendant.    )

## NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL ADMITTED *PRO HAC VICE*

Please withdraw the appearance of Jonathan Sidhu on behalf of Plaintiff Genentech, Inc.

in the above-captioned action.  Plaintiff Genentech, Inc. will continue to be represented by the

law firms of McCarter & English, LLP, Williams & Connolly LLP, and Durie Tangri LLP.

Dated:  May 20, 2020

OF COUNSEL:

Paul B. Gaffney
David I. Berl
Thomas S. Fletcher
Teagan J. Gregory
Williams & Connolly LLP
725 Twelfth St. NW
Washington, DC 20005
(202) 434-5000

*Attorneys for Plaintiff*
*Genentech, Inc.*

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Eneda Hoxha
DURIE TANGRI LLP
271 Leidesdorff Street
San Francisco, CA 94111

*Attorneys for Plaintiffs Genentech, Inc.*
*and City of Hope*

**MCCARTER & ENGLISH, LLP**

/s/ *Daniel M. Silver*
Michael P. Kelly (# 2295)
Daniel M. Silver (# 4758)
Alexandra M. Joyce (# 6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Genentech, Inc.*
*and City of Hope*

ME1 33384368v.1