IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE,<br><br>*Plaintiffs,*<br><br>v.<br><br>AMGEN INC.,<br><br>*Defendant.* | Civ. No. 17-1407- CFC, Consol. |
| GENENTECH, INC. and CITY OF HOPE,<br><br>*Plaintiffs,*<br><br>v.<br><br>AMGEN INC.,<br><br>*Defendant.* | Civ. No. 18-924-CFC |

**SCHEDULING ORDER ENTERED ON JUNE 5, 2020 BY SPECIAL MASTER**

The deadline for initial written submissions to the Special Master in the above-captioned matters is extended to June 19, 2020.

June 5, 2020          /s/Rodney A. Smolla
                                    Special Master