## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE,<br><br>    Plaintiffs,<br><br>                              v.<br><br>AMGEN INC.,<br><br>    Defendant. | C.A. No. 17-1407-CFC |

## JOINT STIPULATION OF DISMISSAL

This stipulation is made by and between Plaintiffs Genentech, Inc. and City of Hope and Defendant Amgen Inc. (all collectively, "the Parties").

WHEREAS, Plaintiffs and Defendant have asserted various claims and counterclaims in the above-captioned case; and

WHEREAS, the Parties have entered into a Bevacizumab Settlement Agreement, and mutually agree to voluntarily dismiss all claims and counterclaims asserted in the above-captioned case with prejudice;

NOW THEREFORE IT IS HEREBY JOINTLY STIPULATED by the Parties that:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims, and demands asserted in the above-captioned case are hereby dismissed with prejudice; and

2.      Each party will bear its own attorneys' fees and costs with respect to the above-captioned case.

Respectfully submitted,

_____ /s/ Daniel M. Silver _____          _____ /s/ Melanie K. Sharp _____

MCCARTER & ENGLISH LLP
Michael P. Kelly (No. 2295)
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Genentech, Inc. and City of Hope*

WILLIAMS & CONNOLLY LLP
Paul B. Gaffney
David I. Berl
Thomas S. Fletcher
Kyle E. Thomason
Teagan J. Gregory
C. Luke McCloud
Kathryn S. Kayali
725 Twelfth St. NW
Washington, DC  20005
(202) 434-5000

*Attorneys for Genentech, Inc.*

DURIE TANGRI
Daralyn J. Durie
Adam R. Brausa
David F. McGowan
Eneda Hoxha
Eric C. Wiener
217 Leidesdorff Street
San Francisco, CA  94111
(415) 362-6666

*Attorneys for Genentech, Inc. and City of Hope*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com

PROSKAUER ROSE LLP
Siegmund Y. Gutman
Amir Naini
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900

Steven M. Bauer
Gourdin W. Sirles
One International Place
Boston, MA 02110
(617) 526-9600

*Attorneys for Amgen Inc.*

Dated:  July 7, 2020