IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE, <br><br> Plaintiffs, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant and Counterclaim Plaintiff. | Civ. No. 17-1407-CFC |
| GENENTECH, INC. and CITY OF HOPE, <br><br> Plaintiffs, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant and Counterclaim Plaintiff. | Civ. No. 18-924-CFC |

## ORDER

At Wilmington this 1st day of October, 2020, having considered the Report and Recommendation issued by Special Master Rodney A. Smolla on September 2, 2020, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that Special Master Smolla's Report and Recommendation (D.I. 694 in Civil Action No. 17-1407-CFC, D.I. 558 in Civil Action No. 18-927-CFC) is adopted.

United States District Judge