IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GENENTECH, INC. and CITY OF HOPE )
)
           Plaintiffs, )       C. A. No.: 17-1407-CFC-SRF
)       (CONSOLIDATED)
              v. )
)
AMGEN INC., )
)
          Defendant. )

**JOINT SUBMISSION IN ACCORDANCE WITH
SPECIAL MASTER RULING**

Consistent with the Special Master's ruling (D.I. 694, as adopted by the

Court at D.I. 696), Plaintiffs and Defendant jointly submit: (1) a list of those filings

that were previously sealed in whole or in part that should now be entirely

unsealed (Ex. A); (2) a list of those filings previously sealed that are to be

continued to be sealed in their entirety (Ex. B); and (3) an Appendix which

includes all documents previously filed under seal or with redactions, in their new

form, with the redactions narrowed as approved by the Special Master in the

Sealed Appendix (Ex. C).

MCCARTER & ENGLISH, LLP         YOUNG CONAWAY STARGATT &
                                         TAYLOR, LLP

*/s/ Daniel M. Silver*                   */s/ James L. Higgins*
_____   _____
Michael P. Kelly (No. 2295)           Melanie K. Sharp (No. 2501)
Daniel M. Silver (No. 4758)            James L. Higgins (No. 5021)
Alexandra M. Joyce (No. 6423)        Steven W. Lee (No. 6676)

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Genentech, Inc. and City of Hope*

WILLIAMS & CONNOLLY LLP
Paul B. Gaffney
David I. Berl
Thomas S. Fletcher
Kyle E. Thomason
Teagan J. Gregory
C. Luke McCloud
Kathryn S. Kayali
D. Shayon Ghosh
Jingyuan Luo
Sumeet P. Dang
William F. Hawkins
725 Twelfth St. NW
Washington, DC  20005
(202) 434-5000

*Attorneys for Genentech, Inc.*

DURIE TANGRI
Daralyn J. Durie
Adam R. Brausa
David F. McGowan
Eneda Hoxha
Eric C. Wiener
217 Leidesdorff Street
San Francisco, CA  94111
(415) 362-6666

1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
slee@ycst.com

Siegmund Y. Gutman
Amir A. Naini
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900

Steven M. Bauer
Gourdin W. Sirles
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600

*Attorneys for Amgen Inc.*

*Attorneys for Genentech, Inc. and City of Hope*