# EXHIBIT A

The following sealed filings can be unsealed in their entirety.

D.I. 162

D.I. 215

D.I. 237

D.I. 299

D.I. 338

D.I. 541

D.I. 559

D.I. 570

D.I. 665

27103778.1