# EXHIBIT B

The previously filed public versions of the following sealed filings were approved as filed.

D.I. 2

D.I. 25

D.I. 29

D.I. 36

D.I. 41

D.I. 46

D.I. 53

D.I. 54

D.I. 56

D.I. 68

D.I. 69

D.I. 94

D.I. 120

D.I. 125

D.I. 144

D.I. 172

D.I. 182

D.I. 184

D.I. 202

D.I. 210

D.I. 219

D.I. 230

D.I. 231

D.I. 233

D.I. 269

D.I. 270

D.I. 271

D.I. 298

D.I. 301

D.I. 318

D.I. 468

D.I. 481

D.I. 507

D.I. 509

D.I. 512

D.I. 516

D.I. 561

D.I. 631

D.I. 638

D.I. 640

D.I. 648

D.I. 675